## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO – Cincinnati Division

| | |
|---|---|
| THE KROGER CO., | : Civil Action No. 1:24-cv-00438-DRC |
| Plaintiff, | : Judge Douglas R. Cole |
| vs. | : |
| THE FEDERAL TRADE COMMISSION, et al., | : |
| Defendants. | : |

## NOTICE OF FILING DECLARATION

Please take notice that Plaintiff, The Kroger Co., has caused the filing of the Declaration of Service of Attorney Daniel M. Lifton.

Dated: September 6, 2024

Respectfully submitted,

/s/ *Nathaniel Lampley, Jr.*
Nathaniel Lampley, Jr. (0041543)
Petra G. Bergman (0097990)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio  45202
Telephone:  513-723-4000
nlampley@vorys.com
pgbergman@vorys.com

Daniel M. Lifton (admitted *pro hac vice*)
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  212-310-8070
daniel.lifton@weil.com

Joshua M. Wesneski (admitted *pro hac vice*)
Mark A. Perry (admitted *pro hac vice*)
Weil, Gotshal & Manges, LLP
2001 M St NW #600
Washington, DC 20036
Telephone: 202-682-7248
joshua.wesneski@weil.com

Bambo Obaro (admitted *pro hac vice*)
Weil, Gotshal & Manges, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650-802-3083
bambo.obaro@weil.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of September, 2024, I filed the foregoing electronically through the CM/ECF system, causing all parties of record to be served by electronic means.

                                /s/ *Nathaniel Lampley, Jr.*
                                Nathaniel Lampley, Jr.