# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO – Cincinnati Division

| | |
|---|---|
| THE KROGER CO., | Civil Action No. 1:24-cv-00438-DRC |
| Plaintiff, | Judge Douglas R. Cole |
| vs. | |
| THE FEDERAL TRADE COMMISSION, et al., | |
| Defendants. | |

## AMENDED NOTICE OF FILING DECLARATION

Please take notice that Plaintiff, The Kroger Co., has caused the filing of the Declaration of Service of Attorney Daniel M. Lifton to include exhibits A, B and C that were inadvertently omitted from the original filing (Doc. 11).

Dated: September 9, 2024

Respectfully submitted,

/s/ *Nathaniel Lampley, Jr.*
Nathaniel Lampley, Jr. (0041543)
Petra G. Bergman (0097990)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio  45202
Telephone:  513-723-4000
nlampley@vorys.com
pgbergman@vorys.com

Daniel M. Lifton (admitted *pro hac vice*)
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  212-310-8070
daniel.lifton@weil.com

        Joshua M. Wesneski (admitted *pro hac vice*)
        Mark A. Perry (admitted *pro hac vice*)
        Weil, Gotshal & Manges, LLP
        2001 M St NW #600
        Washington, DC 20036
        Telephone: 202-682-7248
        joshua.wesneski@weil.com

        Bambo Obaro (admitted *pro hac vice*)
        Weil, Gotshal & Manges, LLP
        201 Redwood Shores Parkway
        Redwood Shores, CA 94065
        Telephone: 650-802-3083
        bambo.obaro@weil.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of September, 2024, I filed the foregoing electronically through the CM/ECF system, causing all parties of record to be served by electronic means.

                                          /s/ *Nathaniel Lampley, Jr.*
                                          Nathaniel Lampley, Jr.