IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| THE KROGER CO., *Plaintiff,* v. THE FEDERAL TRADE COMMISSION, et al., *Defendants.* | Case No. 1:24-cv-00438-DRC<br><br>District Judge Douglas R. Cole |

**MOTION BY THE STATES OF OHIO, ALABAMA, GEORGIA, IOWA, LOUISIANA, MONTANA, NEBRASKA, OKLAHOMA, SOUTH CAROLINA, TENNESSEE, TEXAS, AND WEST VIRGINIA FOR LEAVE TO FILE *AMICUS* BRIEF**

The States of Ohio, Alabama, Georgia, Iowa, Louisiana, Montana, Nebraska, Oklahoma, South Carolina, Tennessee, Texas, and West Virginia respectfully move for leave to file an *amicus* brief in this matter. This case presents the question whether a scheme in which businesses are subjected to proceedings before an Administrative Law Judge of the Federal Trade Commission violates Article II. The answer is "yes." Because the *amici* States have a significant interest in defending structural, constitutional boundaries against federal agency actions that stray beyond them, they have a substantial interest in this matter. Accordingly, the *amici* States move for leave to file an *amicus* brief supporting the plaintiffs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| STEVE MARSHALL<br>Alabama Attorney General | DAVE YOST<br>Ohio Attorney General |
| CHRISTOPHER M. CARR<br>Georgia Attorney General | */s/ T. Elliot Gaiser*<br>T. ELLIOT GAISER<br>Ohio Solicitor General<br> *Counsel of Record* |
| BRENNA BIRD<br>Iowa Attorney General | MATHURA J. SRIDHARAN<br>Deputy Solicitor General |
| ELIZABETH B. MURRILL<br>Louisiana Attorney General | 30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>614.466.8980 |
| AUSTIN KNUDSEN<br>Montana Attorney General | thomas.gaiser@ohioago.gov<br>*Counsel for State of Ohio* |
| MICHAEL T. HILGERS<br>Nebraska Attorney General |  |
| GENTNER DRUMMOND<br>Oklahoma Attorney General |  |
| ALAN WILSON<br>South Carolina Attorney General |  |
| JONATHAN SKRMETTI<br>Tennessee Attorney General<br>and Reporter |  |
| KEN PAXTON<br>Texas Attorney General |  |
| PATRICK MORRISEY<br>West Virginia Attorney General |  |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

*/s/T. Elliot Gaiser*
T. Elliot Gaiser