**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| THE KROGER CO.,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE FEDERAL TRADE COMMISSION, *et al.*,<br><br>    *Defendants*. | No. 1:24-cv-00438-DRC<br>Hon. Douglas R. Cole |

**DEFENDANTS' NOTICE OF MOTION TO RECESS
ADMINISTRATIVE PROCEEDING**

Defendants respectfully provide notice that the parties in the underlying administrative proceeding, including Complaint Counsel for the Federal Trade Commission ("FTC") and Respondents The Kroger Company and Albertsons Companies, Inc., have filed a joint motion asking the assigned Administrative Law Judge "to extend the current recess in [the administrative proceeding] until 21 days after the final resolution of the related federal preliminary injunction case captioned *FTC, et al. v. Kroger Co. & The Albertsons Cos.*, No 3:24-cv-00347-AN (D. Or.)." Expedited Jt. Mot. to Continue the Recess of the Ev. Portion of the Part 3 Administrative Hearing at 1, *In the Matter of The Kroger Co.*, Dkt. No. 9428 (Sept. 24, 2024) (attached as Exhibit A). The parties also jointly requested expedited consideration of that motion. *See id.* at 2.

Defendants will provide this Court with a further update upon the Administrative Law Judge's resolution of that motion.

Dated: September 24, 2024        Respectfully submitted,

                                                 BRIAN M. BOYNTON  
                                                 Principal Deputy Assistant Attorney General  
                                                 Civil Division

                                                 BRIAN D. NETTER  
                                                 Deputy Assistant Attorney General

                                                 CHRISTOPHER R. HALL  
                                                 Assistant Branch Director

                                                 */s/ Cassandra M. Snyder*  
                                                 CASSANDRA SNYDER  
                                                 Trial Attorney  
                                                 Department of Justice  
                                                 Federal Programs Branch  
                                                 1100 L Street, N.W., Washington, DC 20005  
                                                 Tel: (202) 451-7729  
                                                 Email: cassandra.m.snyder@usdoj.gov

                                                 *Counsel for Defendants*