# Exhibit A

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
OFFICE OF ADMINISTRATIVE LAW JUDGES

| | |
|---|---|
| In the Matter of<br><br>The Kroger Company<br><br>and<br><br>Albertsons Companies, Inc. | Docket No. 9428 |

### EXPEDITED JOINT MOTION TO CONTINUE THE RECESS OF THE EVIDENTIARY PORTION OF THE PART 3 ADMINISTRATIVE HEARING

Pursuant to 16 C.F.R. § 3.41(b), Complaint Counsel and Respondents The Kroger Company and Albertsons Companies, Inc. ("Respondents" and together with Complaint Counsel, "the Parties") jointly move to extend the current recess in this case until 21 days after the final resolution of the related federal preliminary injunction case captioned *FTC, et al. v. Kroger Co. & The Albertsons Cos.*, No 3:24-cv-00347-AN (D. Or.). Continuing the present recess will not prejudice this Court's ability to discharge its duties for several reasons. First, the federal court informed the Parties that it would act expeditiously to issue its ruling on the motion for preliminary injunction, and thus a continued recess would be of reasonable duration and would not unduly delay resolution of this case. Second, a continued recess would allow the Parties to react as appropriate to the federal court's ruling, and thus facilitate significant streamlining and allow for a more orderly hearing in this proceeding, as well as minimize the expense and burden on both the Parties and non-parties.

1

## ARGUMENT

The Parties jointly request expedited consideration of this Motion because this Court ordered the Parties to propose a schedule for resuming the Part 3 evidentiary hearing after the conclusion of the federal hearing. *See* July 12, 2024 Order at 3. A short continuance will allow both the Parties and non-parties—who have been diligently preparing for and presenting evidence at the federal hearing and are now preparing post-hearing filings to file in that court—to prepare for the Part 3 hearing in this Court in a more orderly fashion, as well as to react as appropriate to any implications of the federal court's forthcoming ruling that may be relevant to this proceeding.

On July 8, 2024, Respondents filed a motion to recess in this case, arguing that "[t]hree separate regulators have initiated four separate proceedings challenging the transaction" at issue in the administrative proceeding before this Court and requesting a recess under 16 C.F.R. § 3.41(b) "until the trials in the parallel actions are complete." July 8, 2024 Respondents' Motion to Recess the Evidentiary Portion of the Part 3 Administrative Hearing ("Respondents' Recess Motion") at 1-2. The Court granted the motion in part, recessing this case "until after the completion of the federal injunction hearing." July 12, 2024 Order at 3. However, the Court denied Respondents' request for a recess "until after the conclusion of all state injunction trials," and thus ordered the Parties to "propose a schedule for resuming the Part 3 hearing" following "the conclusion of the [federal] hearing." *Id.* Closing arguments in the federal injunction hearing concluded on September 17, 2024, and the Parties' post-hearing filings—including proposed findings of fact and conclusions of law—are due on September 27, 2024.

The Parties have met and conferred since the conclusion of the federal hearing and, given this Court's previous ruling on Respondents' Recess Motion, now request that this Court

2

continue the current recess until 21 days after the final resolution of the federal proceeding. Such a continued recess is appropriate under 16 C.F.R. § 3.41(b) because it would be only a "brief interval[] of the sort normally involved in judicial proceedings"; namely, a short pause to await the federal court's pending ruling, which may narrow—or even entirely resolve—the dispute between the Parties. Continuing the present recess would also conserve this Court's—and the Parties'—time and resources by providing the Parties the opportunity to streamline and focus their arguments and thus avoid any inefficiencies, such as proffering testimony or evidence that may be rendered irrelevant or duplicative by the federal court's forthcoming ruling. This outcome also would reduce the burden on non-parties who may otherwise be compelled to provide testimony in the Part 3 hearing before this Court.

## CONCLUSION

For the foregoing reasons, the Parties respectfully and jointly request that the Court exercise its discretion under 16 C.F.R. § 3.41(b) to continue the recess in this administrative hearing, as well as all related pre-hearing deadlines, until 21 days after the final resolution of the federal proceeding.

Dated: September 24, 2024

Respectfully submitted,

*s/ Barrett J. Anderson*
Barrett J. Anderson
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2237
Email: banderson1@ftc.gov

*Counsel Supporting the Complaint*

*s/ Mark A. Perry*
Mark A. Perry
Luke Sullivan
Weil Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7511
Email: mark.perry@weil.com

Luna Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10053
Telephone: (212) 310-8421

Matthew M. Wolf
Sonia K. Pfaffenroth
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 94-6831

*Counsel for Respondent The Kroger Company*

*s/ Enu A. Mainigi*
Enu A. Mainigi
Jonathan B. Pitt
Beth A. Stewart
A. Joshua Podoll
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000

Michael G. Cowie
Dechert LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Email: mike.cowie@dechert.com

*Counsel for Respondent Albertsons Companies, Inc.*

4

PUBLIC

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
OFFICE OF ADMINISTRATIVE LAW JUDGES

| | |
|---|---|
| In the Matter of<br><br>The Kroger Company<br><br>and<br><br>Albertsons Companies, Inc. | Docket No. 9428 |

**STATEMENT OF CONFERENCE PURSUANT TO PROVISION 4 OF THE SCHEDULING ORDER**

Pursuant to Provision 4 of the Scheduling Order, Complaint Counsel and Respondents submit this statement in support of their Joint Motion to Continue the Recess of the Evidentiary Portion of the Part 3 Administrative Hearing. The parties conferred in good faith and file this motion jointly.

Dated: September 24, 2024

Respectfully submitted,

*s/ Barrett J. Anderson*
Barrett J. Anderson
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2237
Email: banderson1@ftc.gov

*Counsel Supporting the Complaint*

*s/ Mark A. Perry*
Mark A. Perry
Luke Sullivan
Weil Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7511
Email: mark.perry@weil.com

1

Luna Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10053
Telephone: (212) 310-8421

Matthew M. Wolf
Sonia K. Pfaffenroth
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 94-6831

*Counsel for Respondent The Kroger Company*

*s/ Enu A. Mainigi*
Enu A. Mainigi
Jonathan B. Pitt
Beth A. Stewart
A. Joshua Podoll
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000

Michael G. Cowie
Dechert LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Email: mike.cowie@dechert.com

*Counsel for Respondent Albertsons Companies, Inc.*

2

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
OFFICE OF ADMINISTRATIVE LAW JUDGES

| | |
|---|---|
| In the Matter of<br><br>The Kroger Company<br><br>and<br><br>Albertsons Companies, Inc. | Docket No. 9428 |

**[PROPOSED] ORDER ON EXPEDITED JOINT MOTION TO CONTINUE THE RECESS OF THE EVIDENTIARY PORTION OF THE PART 3 ADMINISTRATIVE HEARING**

Upon consideration of the Expedited Joint Motion to Continue the Recess of the Evidentiary Portion of the Part 3 Administrative Hearing, it is hereby

ORDERED that the Motion is GRANTED.

ORDERED:

_____
D. Michael Chappell
Chief Administrative Law Judge

Date:

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I filed the foregoing document electronically using the FTC's E-Filing System, which will send notification of such filing to:

>April Tabor
>Secretary
>Federal Trade Commission
>600 Pennsylvania Ave., NW, Rm. H-113
>Washington, DC 20580
>ElectronicFilings@ftc.gov
>
>The Honorable D. Michael Chappell
>Administrative Law Judge
>Federal Trade Commission
>600 Pennsylvania Ave., NW, Rm. H-110
>Washington, DC 20580

I also certify that I caused the foregoing document to be served via email to:

Michael B. Bernstein
Matthew Wolf
Sonia Pfaffenroth
Joshua Davis
Michael Kientzle
Jason Ewart
Yasmine Harik
Christina Cleveland
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 942-5227
Email: michael.b.bernstein@arnoldporter.com
Email: matthew.wolf@arnoldporter.com
Email: sonia.pfaffenroth@arnoldporter.com
Email: joshua.davis@arnoldporter.com
Email: michael.kientzle@arnoldporter.com
Email: jason.ewart@arnoldporter.com
Email: yasmine.harik@arnoldporter.com

John Holler
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-7739

Email: john.holler@arnoldporter.com

Mark Perry
Luke Sullivan
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7511
Email: mark.perry@weil.com
Email: luke.sullivan@weil.com

Luna Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8421
Email: luna.barrington@weil.com

Bambo Obaro
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Email: bambo.obaro@weil.com

*Counsel for The Kroger Company*

Enu A. Mainigi
Tyler Infinger
Adam J. Podoll
Thomas Ryan
Williams and Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: emainigi@wc.com
Email: tinfinger@wc.com
Email: apodoll@wc.com
Email: tryan@wc.com


Edward Hassi
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004

Telephone: (202) 383-8135
Email: thassi@debevoise.com

Michael Schaper
Shannon R. Selden
J. Robert Abraham
Natascha Born
Jaime Freilich-Fried
Tom E. Buckley
Marie Ventimiglia
Debevoise & Plimpton LLP

66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6737
Email: mschaper@debevoise.com
Email: srselden@debevoise.com
Email: jrabraham@debevoise.com
Email: nborn@debevoise.com
Email: jmfried@debevoise.com
Email: tebuckley@debevoise.com
Email: msventim@debevoise.com

Mike Cowie
James Fishkin
Dechert LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3339
Email: mike.cowie@dechert.com
Email: james.fishkin@dechert.com

*Counsel for Albertsons Companies, Inc.*

*s/ Barrett J. Anderson*
Barrett J. Anderson
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2237
Email: banderson1@ftc.gov

*Counsel Supporting the Complaint*