# Exhibit A

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF OREGON

 3   FEDERAL TRADE COMMISSION,     )
     et al.,                       )
 4                                 )
              Plaintiffs,          )  Case No. 3:24-cv-00347-AN
 5                                 )
         v.                        )
 6                                 )
     THE KROGER COMPANY and        )  September 17, 2024
 7   ALBERTSONS COMPANIES, INC.,   )
                                   )
 8            Defendants.          )  Portland, Oregon
     _____)

 9

10

11

12

13

14              PRELIMINARY INJUNCTION HEARING

15          DAY 15 - DEFENDANTS' CLOSING ARGUMENT

16        BEFORE THE HONORABLE ADRIENNE NELSON

17          UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25
```

```
 1                               APPEARANCES

 2   FOR PLAINTIFF FEDERAL
     TRADE COMMISSION:          Ms. Susan Musser
 3                              Mr. Charles Dickinson
                                Mr. Daniel John Matheson
 4                              Mr. Jacob Hamburger
                                Ms. Emily Blackburn
 5                              Mr. Rohan Pai
                                Federal Trade Commission
 6                              400 7th Street S.W.
                                Washington, DC 20024
 7
                                Ms. Laura Hall
 8                              Ms. Elizabeth Arens
                                Ms. Lily Hough
 9                              Mr. Harris Rothman
                                Mr. Alexander J. Bryson
10                              Ms. Katherine Drummonds
                                Mr. Paul Frangie
11                              Ms. Jeanine Balbach
                                Ms. Trisha Grant
12                              Ms. Guia Dixon
                                Ms. Leora Tyree
13                              Federal Trade Commission
                                600 Pennsylvania Avenue, N.W.
14                              Washington, DC 20580

15   FOR PLAINTIFF STATE
     OF ARIZONA:                Mr. Saivignesh Venkat
16                              Mr. Connor Nolan
                                Office of the Arizona Attorney General
17                              400 W. Congress Street, Suite S-215
                                Tucson, AZ 85701
18

19   FOR PLAINTIFF STATE
     OF CALIFORNIA:             Ms. Nicole Gordon
20                              Office of the California Attorney
                                   General
21                              455 Golden Gate Avenue, Suite 11000
                                San Francisco, CA 94102
22
     FOR PLAINTIFF STATE
23   OF ILLINOIS:               Mr. Paul Harper
                                Office of the Illinois Attorney
24                                 General
                                115 S. LaSalle Street
25                              Chicago, IL 60603
```

```
 1                        (Appearances Cont'd.)

 2   FOR PLAINTIFF STATE
     OF OREGON:                 Mr. Christopher J. Kayser
 3                              Larkins Vacura Kayser LLP
                                121 S.W. Morrison Street, Suite 700
 4                              Portland, OR 97204

 5                              Mr. Tim D. Nord
                                Oregon Department of Justice
 6                              Civil Enforcement
                                1162 Court Street NE
 7                              Salem, OR  97301

 8                              Ms. Cheryl Hiemstra
                                Oregon Department of Justice
 9                              Civil Enforcement Division
                                1162 Court Street N.E.
10                              Salem, OR 97301

11   FOR DEFENDANT KROGER
     COMPANY:                   Mr. B. John Casey
12                              Stoel Rives LLP
                                760 S.W. Ninth Avenue, Suite 3000
13                              Portland, OR 97205

14                              Mr. Bambo Obaro
                                Weil, Gotshal & Manges LLP
15                              201 Redwood Shores Parkway
                                Redwood Shores, CA 94065
16
                                Ms. Luna Ngan Barrington
17                              Ms. Katie Rider
                                Weil, Gotshal & Manges LLP
18                              767 Fifth Avenue
                                New York, NY 10153
19
                                Mr. Matthew M. Wolf
20                              Ms. Sonia Kuester Pfaffenroth
                                Mr. Christian Schultz
21                              Mr. Joshua Davis
                                Mr. Michael Kientzle
22                              Arnold & Porter Kaye Scholer LLP
                                601 Massachusetts Avenue, N.W.
23                              Washington, DC 20001

24                              Mr. John Holler
                                Arnold & Porter Kaye Scholer LLP
25                              250 West 55th Street
                                New York, NY 10019
```

```
 1

 2                        (Appearances Cont'd.)

 3   FOR DEFENDANT KROGER
     COMPANY:
 4                        Mr. Mark Andrew Perry
                          Mr. Luke Sullivan
 5                        Mr. Sebastian Laguna
                          Mr. Win Hahn
 6                        Ms. Colleen Connors
                          Mr. Joseph Ehrenkrantz
 7                        Weil, Gotshal & Manges LLP
                          2001 M Street NW, Suite 600
 8                        Washington, DC 20036

 9                        Rebecca J. Sivitz
                          Weil, Gotshal & Manges LLP
10                        100 Federal Street, 34th Floor
                          Boston, MA 02110
11
                          Ms. Christine Wheatley
12                        Kroger General Counsel
                          The Kroger Company
13                        1014 Vine Street
                          Cincinnati, OH 45202
14

15   FOR DEFENDANT
     ALBERTSONS COMPANIES,
16   INC.:                Mr. David H. Angeli
                          Angeli Law Group LLC
17                        121 S.W. Morrison Street, Suite 400
                          Portland, OR 97204
18
                          Ms. Enu Mainigi
19                        Mr. Jonathan Bradley Pitt
                          Mr. Adam Joshua Podoll
20                        Ms. Beth A. Stewart
                          Mr. Michael Cowie
21                        Ms. Tyler Infinger
                          Ms. Adwoa Seymour
22                        Mr. Thomas Moriarty
                          Mr. Thomas Ryan
23                        Williams & Connolly
                          680 Maine Avenue S.W.
24                        Washington, DC 20024

25
```

```
 1                      (Appearances (Cont'd.)

 2    FOR DEFENDANT
      ALBERTSONS, INC.:
 3                           Mr. James Andrew Fishkin
                             Dechert, LLP
 4                           1900 K Street NW
                             Washington, DC 20006
 5
                             Jon-Peter Kelly
 6                           Senior Vice President - Head of
                             Litigation at Albertsons Companies
 7

 8                           Dan Richardson, C&S Wholesale Grocers
                             Sullivan & Cromwell LLP
 9                           1700 New York Avenue NW
                             Washington, D.C. 20006
10

11

12

13

14

15

16

17

18

19

20

21    COURT REPORTER:    Dennis W. Apodaca, RDR, CSR
                         United States District Courthouse
22                       1000 SW Third Avenue, Room 301
                         Portland, OR 97204
23                       (503)326-8182
                         dennis_apodaca@ord.uscourts.gov
24

25
```

1                                   INDEX

2   Closing argument by Mr. Wolf                      3499

3   Closing argument by Ms. Mainigi                   3552

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Closing Argument

1          (September 17, 2024)

2              P R O C E E D I N G S

3          (Morning session; proceedings resumed:)

4          THE COURT:  Please be seated.

5          All right.  Go ahead.

6          MR. WOLF:  Thank you, Your Honor.

7          Three weeks ago, I started my opening statement by

8    talking about the millions of shoppers at thousands of grocery

9    stores who were, through the merger, going to see their grocery

10   bills go down; the associates another those stores were going

11   to see their wages and benefits go up, and historic communities

12   that were going to gain more certainty that their local grocery

13   stores would not be wiped away by global non-union behemoths

14   like Walmart, Costco, Amazon, and Aldi.

15         Remarkably, through those three weeks, the plaintiffs

16   have almost entirely ignored both these opportunities and these

17   threats.  They have also ignored the fundamental task before

18   Your Honor, which is to compare the world with a merger to one

19   without.  They've simply ignored the "but for" world.  They

20   have not even attempted to challenge the fundamental imperative

21   of the deal.  Through nationwide scope and synergies, Kroger

22   could do more of what it does best for almost 100 million

23   families:  Provide a no-compromises grocery experience at

24   extraordinary, competitive prices.

25         Your Honor, we heard some objections in this case

Closing Argument

1   from plaintiffs from time to time saying they were entitled to

2   the last word, and indeed they are.  And today, they're going

3   to get the last word.  You heard they reserved almost half

4   their time to get the last word.  But the reason they get the

5   last word is because they bear a burden.  They bear a high

6   burden.  They bear an ultimate burden of persuasion to

7   establish their right to the extraordinary and drastic remedy

8   of a preliminary injunction.

9           If this were a jury trial, Your Honor, you would be

10  turning to the jury box and instructing those jurors that

11  attorney argument is not evidence, and that holds true for this

12  case as well.  We just heard plaintiffs' counsel attempt to

13  paper over enormous dispositive gaps in evidence with

14  supposition, innuendo, attorney argument, and rank speculation.

15          For example, we just heard counsel talk about the

16  divestiture, and the vast majority of what she said sounded

17  more like what they had hoped their expert would be willing to

18  say, but he simply wasn't; what they hoped the documents would

19  show, and they simply didn't.  The supposition counsel offered

20  is not evidence.  The evidence that is in the record cannot

21  possibly satisfy the high burden the Government faces in this

22  case.

23          So let's turn to that evidence, and let's start with

24  what we know, what really shouldn't be in dispute at this

25  point.  First of all, the grocery market is intensely

Closing Argument

1  competitive.  We heard from competitor after competitor,

2  witness after witness, talk about the intense competition among

3  grocers, and that has resulted in what has been called a penny

4  business.  Profit margins are in the single low percentages.

5  We have seen that everybody competes against everybody.

6  Witness after witness has testified to that straightforward

7  fact.

8       We also agree with the Government, and we share in

9  their concern about rising grocery prices.  Rising grocery

10 prices have squeezed budgets.  It has made it more difficult

11 for Americans to put food on the table.  Yet it is undisputed

12 and unexplained by the plaintiffs why they challenge the fact

13 that Albertsons, who charges 10 to 12 percent more for

14 groceries than Kroger, should be prevented from benefiting from

15 those price changes; more importantly, why consumers should not

16 be entitled to benefit from those savings.

17      We've also learned about Kroger's flywheel.  In

18 simple terms, the idea is Kroger lowers prices.  That brings

19 more customers through the door.  When customers come through

20 the door, that makes those customers more attractive to

21 advertisers, more information available -- and remember, Kroger

22 doesn't sell any private information, but Coke and Pepsi want

23 to know what those customers like.  Do they want one-liter or

24 two-liter bottles?  What do they think about the latest diet

25 cola?  That insight then creates money; money of non-grocery

Closing Argument

1   revenue that can be pumped pack into the lowering the prices,

2   and flywheel keeps rolling.  That is Kroger's business model.

3   That is the key why they are 10 to 12 percent lower than

4   Albertsons, and that is what this merger is all about:  Keeping

5   the flywheel continuously flowing; keeping prices continuously

6   coming down.

7           And we've seen that there is no dispute; that that's

8   exactly what has happened.  Witness after witness, document

9   after document has shown that year after year Kroger has

10  brought its margins down to the benefit of its customers.  They

11  forgo profits in the short term to ensure survival in the long

12  term.

13          We saw this chart from the Government showing how

14  grocery margin and price and cost interact.  And in simple

15  terms, if Kroger had not been reducing its profit margins over

16  the years, prices would be much higher.  The reason they are as

17  low as they are is because of that flywheel; it's because of

18  the commitment to lower prices

19          Why?  Why are they so singularly focused on lowering

20  prices?  Because they are singularly focused on Walmart.

21  Walmart is the price leader, and if they don't keep up with

22  Walmart, as Mr. Groff put it very starkly, they will lose

23  customers.

24          What we know is that Walmart is the low price leader.

25  There is no dispute.  And what we know, again, is that Kroger

Closing Argument

1  tracks them by every category.  In every aisle of every

2  supermarket, they say, "Some prices, we're going to have

3  identical to Walmart; some we're going to get very close."  But

4  Walmart is the lodestar.  It's the guide for Kroger.

5          And today, Kroger has done pretty darn well.  When

6  Mr. Aitken testified that weighted-active spread, it's down to

7  three-and-a-quarter percent from nearly triple that two decades

8  ago.  Kroger is succeeding, but it needs the help of this

9  merger to continue to succeed.

10          My colleague, Ms. Mainigi, will talk about

11  Albertsons' situation in the "but for" world and why Albertsons

12  decided it needed to find a merger partner.  But Mr. Silva

13  summed it up very simply:

14          "Will Albertsons be able to catch up with Walmart?

15          "Not under its current structure, no."

16          That's the reality.  That's the "but for" world that

17  the Government even refuses to acknowledge; refuses to even

18  discuss.

19          What also is known in this courtroom is the growing

20  competitive threat already overwhelming of Walmart and Costco

21  and Amazon and Aldi and others, but now an existential threat

22  to the corner grocery store.  If we don't do something, the

23  corner grocery store is in real danger, and this merger is an

24  attempt to make sure that the grocery store is there for our

25  children and our grandchildren and our grandchildren's

Closing Argument

1   children.

2           The other part of this is not just an existential

3   threat to the grocery store, it's an existential threat to

4   union labor.  The Government has barely addressed the fact that

5   every sale that Kroger or Albertsons loses to Walmart or loses

6   to Costco is a sale lost to an industry, to an organization, to

7   a company that doesn't use unions.  If we lose, unions lose.

8           We are not the only ones that see this, Your Honor.

9   This is not testimony generated for this courtroom.  Article

10  after article discussed in this case and that Your Honor

11  probably sees every day in her newspaper, supermarkets are

12  losing this food fight, and we pay a price for that fact.  We

13  pay a price at the corner grocery store.  Union labor pays a

14  price for every dollar of sales that the two companies here

15  lose to Walmart and Costco and Amazon and Aldi.

16          So those are the facts on the ground.  That's what we

17  know, and that leads to:  Why the merger?  Why are we doing

18  this?  In order to be successful, Kroger must continue to move

19  aggressively to lower prices and continue to close that price

20  gap to Walmart.  Why?  Because Kroger seeks to be a

21  no-comprises grocery store at a price competitive to Walmart.

22          The problem is there are only two ways that you can

23  lower grocery prices:  One is to lower costs, and the other is

24  to increase revenues on the non-grocery side that you can then

25  feed onto the grocery side to lower prices.  Those are the only

Closing Argument

1  two things you can do to lower grocery prices.

2        Kroger is lowering costs -- year over year thousands

3  of things every day.  But there is a limit.  There is only so

4  much cost that can be driven from the system.  There is only so

5  much cost that can be covered without more greater, more

6  dramatic action.

7        Similarly, Kroger is making revenue on the

8  non-grocery side, but there are limits to that too,

9  particularly from the fact that Kroger does not have a national

10 footprint.  If you're Pepsi, and you want to reach a national

11 audience with your in-store advertising, you have to go to

12 Kroger and someone else.  And so Kroger makes less.  And what

13 it can't make, it can't use to reduce grocery prices.

14        So this is why the merger makes so much sense.  You

15 take two companies with complementary footprints and

16 complementary cultures, and you combine them.  And now you have

17 the opportunity to both lower costs and increase non-grocery

18 revenues to the benefit of consumers and union workers and

19 communities.

20        There really isn't any dispute that the merger will

21 reduce costs.  Of course, it will.  It will reduce sourcing

22 costs and supply chain costs and merchandising and technology.

23 The two companies will combine and save hundreds of millions of

24 dollars, billions of dollars every year.  Nor is there any

25 dispute, could there be any dispute that it will increase those

Closing Argument

1    non-grocery store sources of renew.

2         We have seen board documents showing the estimates --

3    billions of dollars available from the non-grocery side to

4    support the driving down of grocery costs.  And what does that

5    mean?  It means for consumers, prices will go down from day

6    one, ramping up to a billion dollars a year.  And this isn't an

7    idle promise, an empty promise.  Your Honor has seen the

8    documents that lay out the timeline to the month, to the state,

9    to the dollar.

10        And these commitments have been made, not in this

11   courtroom, Your Honor, they've been made to investors.  They've

12   been made to the board.  They've been made to the regulators.

13   And why?  Because these investments work.  We need to make

14   these investments to close the gap on Walmart to maintain the

15   ability to be a no-compromised grocer at a cost that's

16   affordable to everyone.

17        And at the end of the day, the beneficiaries are

18   clear:  A billion dollars a year in price investments to

19   benefit customers; a billion dollars of a year in benefits and

20   wages to help associates; $1.3 billion to improve Albertsons

21   stores, all with the commitment of no store closures, no

22   frontline job losses.  10  billion meals given to those in

23   need.  Tuition reimbursement for associates and a greater,

24   enhanced focus on local produce, local meats, local goods in

25   general.

Closing Argument

1    The merger is pretty straightforward, albeit complex

2    in its detail.  At the highest levels, there is no dispute.

3    Kroger is going to acquire 1,803 stores from Albertsons.  C&S

4    will acquire 485.  C&S will acquire an additional 95 stores.

5    So it will total 579 stores from the two parties.  All of this

6    is reflected in deal documents that are in evidence.  All of

7    this is straightforward.  None of this is in dispute.

8    Let's talk about the divestiture.  The divestiture --

9    and my colleague, Ms. Mainigi, will also talk about this

10   topic -- but the divestiture is intended to set up C&S for

11   success.  We have to.  We recognized from the beginning, if we

12   didn't, we couldn't get this merger through.  And so we picked

13   a party that could get the job done.  We gave them the

14   resources so they could do the job, and you're hear more about

15   the people that will do that job.

16   There is, however, a little bit of a misnomer in how

17   the plaintiffs have talked about the merger.  You heard this

18   from Dr. Hill.  He said, "I think here it makes sense to look

19   at what the world would be like it if the divestiture works

20   perfect."

21   Well, Your Honor, that's not the legal standard.

22   Nothing works perfectly.  Nothing ever has.  Kroger doesn't

23   work perfectly, Albertsons doesn't work perfectly, and C&S

24   won't work perfectly.  That's not the question Your Honor is

25   going to have to answer.  The question is:  Does the

Closing Argument

1  divestiture sufficiently mitigate the merger's effect such that

2  it is no longer likely to substantially lessen competition?

3  That's the standard that needs to be addressed, not perfection.

4          So C&S.  We have talked at length about C&S, although

5  now it feels like six months ago, but it was only two weeks.

6  We heard about their nationwide footprint.  They, in fact, have

7  a larger footprint and three times the store service than

8  either of our two companies have individually.  They are

9  coast-to-coast from Maine to Hawaii.  They are in almost every

10  state except the mountain west, and they provide services like

11  every grocery store.  They are a great business.  They are a

12  great wholesaler.

13          We heard counsel say, "Well, where is their scale?

14  Scale, you say, is a benefit of the merger.  What about C&S?"

15  C&S has more scale today than the merger will give the combined

16  companies.

17          Now, Mr. Gokhale offered -- this is a slide from his

18  opinion.  He was our divestiture expert.  He told the Court

19  that C&S is a strong buyer and is well capitalized, and there

20  was no contrary evidence.  Your Honor, it was on your screen.

21  Their year-over-year profits -- think about that not just for

22  any given year, but collectively over the last five years.

23  They are an extraordinarily profitable, secure, well-funded

24  company.  They did comprehensive due diligence, with a

25  financial model and business plan that reflected the realities,

Closing Argument

1    the risks, and the opportunities of the deal.  Again, no

2    dispute from plaintiffs' expert.

3         C&S identified the risks.  They didn't bury their

4    head in the sand.  They didn't suggest that this was going to

5    go perfectly, and they didn't need to do anything to make sure

6    it worked.  They identified the risks, and they committed the

7    money to address them.

8         And Mr. Gokhale testified, when you combine

9    divestiture package with the existing C&S, you have a

10   standalone business.  And again, there was no dispute.

11        Your Honor, the amount of resources that C&S is

12   getting from this divestiture is staggering:  579 stores,

13   banners, distribution centers, a dairy, brands, tech stack

14   clones, and an extraordinary number of incredibly talented

15   people.  This transaction is enormous, and it is enormous to

16   set up C&S for success.  And it has succeeded in doing so.

17        And to ensure success, there is a TSA, a transition

18   services agreement, that makes sure that C&S won't be left at

19   the edge of a cliff; that they will be given time to get their

20   business up to speed as they see fit to compete against these

21   two companies here, as they see fit to do so aggressively, to

22   do with so with vigor, to do so with differentiation, to make a

23   difference.

24        There were allusions in my colleague's closing to

25   prior divestitures; specifically, the Haggen divestiture.  And

Closing Argument

1   as you heard, this deal was set up to be the anti-Haggen,

2   starting with financing the package with almost a billion

3   dollars of equity put in, through the TSA, all the way down the

4   line.

5           And you will hear my colleague, Ms. Mainigi, talk

6   about Susan Morris, her team, their talent, their energy, and

7   their plans, and how they plan to make sure that C&S is an

8   effective, vital, robust competitor.

9           Your Honor saw the deal documents.  You saw the

10  models, the deal models.  You saw a presentation of how it

11  works.  This is not a fly-by-night opportunity.  This is not a

12  fly-by-night company.  This is not a half-baked plan.  This is

13  a detailed, thoughtful, well-resourced opportunity for C&S to

14  enter the next hundred years of its existence, expanding upon

15  an extraordinary supply network to be a true competitor, the

16  No. 8 competitor from day one in the grocery industry.  From

17  day one, they will be top ten.

18          It's not just our word that you need to take for it.

19  You've heard about all the investors that are putting their

20  money behind this; that are putting their money behind the

21  opportunity; that have committed -- that if C&S fails, they

22  fail to the tune of billions of dollars.

23          Your Honor, you also heard some conspiracy theories;

24  that if C&S doesn't work, they can always sell things off; that

25  they can always just cut and run.  And Mr. Winn was asked

Closing Argument

1    directly about that possibility, and his answer was

2    straightforward:

3            "It's a bit insulting.  We wouldn't be doing

4    everything we are doing if that was just our plan."

5            And look at the documents, and that makes sense.  But

6    he also pointed out it doesn't work as a matter of math.  If

7    you spend 2.9 billion and only make 2 billion back, you've lost

8    a billion dollars.  That's not a very effective business model.

9    The Government's theories just don't make sense

10           Speaking of the Government's theories, let's talk

11   about the plaintiffs' case broadly, what they tried to do here.

12   In opening, counsel suggested "time permits us to present only

13   a sliver of the voluminous record."  You would think, assuming

14   that's the case, that they would pick their best sliver; that

15   they would pick the sliver that persuades Your Honor the most.

16           In fact, what we have been left with is scattered

17   antidotes, scattered circulars, occasional  snarky emails, but

18   no real evidence of what plaintiffs are trying to prove -- of

19   what they must prove in this case.

20           And let me start with something that's interesting

21   that Your Honor might not have had the opportunity to focus on.

22   There have been references to dividend litigation.

23   Mr. Sankaran was questioned about this at some length.

24   Albertsons did a dividend about the time of the merger.  At

25   that time a number of these plaintiffs went into federal courts

Closing Argument

1   around the country and made certain representations about

2   Albertsons.  And this is remarkable given that they want --

3   they talked about Albertsons in glowing terms, and I think

4   justifiably so, but this is what they said to other courts in

5   the dividend litigation:

6           "This payment" -- and remember, that payment did

7   occur -- "will inhibit Albertsons' ability to compete

8   effectively during the pendency of the merger review and

9   beyond, with significant immediate and long-term ramifications

10  for consumers and workers."

11          In another court:  "The dividend will leave shoppers

12  facing higher prices, worse services, less innovation, or even

13  closure of their local Safeway or their Albertsons supermarket,

14  or all of the above."

15          That's what these plaintiffs have said elsewhere, and

16  that's why it's so important that we recognize that attorney

17  argument is not evidence.  All of this supposition and

18  speculation we've heard from plaintiffs today and throughout

19  the trial, well, their track record, frankly, isn't that good.

20  Let's rely on what the experts say and the witnesses say, not

21  what the Government presupposes.

22          Now I want to shift gears to the whack-a-mole of

23  market theory that the Government has put forward.  They have,

24  in fact, during this case offered four different theories of

25  what the market is.  We start with the supermarket theory.

Closing Argument

1   This is what's in the plaintiffs' complaint.  And I'll talk
2   later in my presentation about the legal implications of the
3   way this all played out in this case, because the legal, due
4   process evidentiary implications of how they dribbled out each
5   of these four theories and what it means for Your Honor's
6   decision-making under the law.
7          But the supermarket theory, that's what is in the
8   complaint, and that excludes obvious competitors.  We will talk
9   about the supermarket at length, but it excludes Trader Joe's,
10  it excludes Costco, et cetera.
11         Then they move -- they shifted gears to the
12  large-format theory, which is utterly geographically
13  unrealistic.  It ignores the fact that a Costco, just a half
14  mile outside of the circle they drew, has just as much effect
15  on prices, draws just as many customers as someone inside the
16  circle.
17         Then we see a shift of gears to this one-stop theory,
18  and we are not even entirely clear how the one-stop shop theory
19  interacts with the supermarket and large-format market
20  approach.  But that theory excludes places where you can't get
21  a half gallon of milk or six ounces of salmon.
22         And then finally, we have the CMCR approach that we
23  will talk about at some length.  The CMCR approach, with the
24  right input, just proves the lack of economic harm from this
25  deal; in fact, the economic benefit.

Closing Argument

1          But interestingly and frustratingly, I asked the

2     expert Dr. Hill:

3          "Your view of the world is different than the

4     Government's view of the world, isn't it?

5          "ANSWER:  I don't know what their exact view of the

6     world is."

7          So, Your Honor, I don't use the word "whack-a-mole"

8     flippantly.  I don't know whether we're supposed to accept what

9     Dr. Hill says the market is, what the Government said in the

10    complaint is the market, what they said today is the market,

11    although even listening today, I'm not exactly sure what it is.

12    But ultimately we're going to have to collectively decide

13    whether they picked the right market, and they haven't told us

14    which market we are supposed to pick from.

15         Indeed another confusion here is that the Federal

16    Trade Commission has a very different view of the market than

17    the White House does.  The White House has told us that Aldi

18    and Amazon and Walgreens are in the market, while the Federal

19    Trade Commission says they're not.

20         There are also fundamental misunderstandings of

21    economics, and this is just one example, Your Honor, replete

22    throughout this case.  We heard in opening remarks that the

23    price investment committed, the billion dollars, is 1/150th of

24    revenue.  But, Your Honor, you don't spend revenue.  You can't

25    spend revenue.  You can only spend what you take home at end of

Closing Argument

1    the day.  You can only spend profit.  And this is a penny

2    business.  And our profits are $3 billion or $4 billion a year.

3    So we have committed to spend roughly a quarter of the profit

4    we make to bring down prices if this merger goes through.  To

5    trivialize that, to suggest that that's not an important

6    commitment, that that doesn't matter, just simply belies

7    economics and belies common sense.

8              So now let's shift to plaintiffs' evidence; what

9    they've done in this case.  We are going to talk individually

10   about each of the four experts in support of their position,

11   but they've also called a number of witnesses that at the end

12   of the day ultimately supported the defendants' position,

13   supported the view of the market that Kroger and Albertsons

14   have put forward in this case, supported the view of

15   competition that Kroger and Albertsons have put forward in this

16   case, supported our view of the effects of the merger that

17   Kroger and Albertsons have put forward in this case.

18             What do I mean?  Well, let's start with what matters

19   here.  The principal objective of antitrust policy is to

20   maximize consumer welfare by encouraging firms to behave

21   competitively; help consumers by increasing competition.

22             So who did we hear from first?  The Government called

23   Stater Brothers and Raley's and Sprouts, competitors of ours.

24   And each of them testified that if this merger goes through, it

25   will hurt them because they will have to lower their prices,

Closing Argument

1    but, of course, that's exactly what's supposed to happen.

2    That's exactly what the antitrust laws are supposed to

3    encourage.  Stater Brothers, of course, is opposed to this

4    merger.  Raley's is, of course, opposed to this merger, because

5    lower prices at Kroger means competitive pressure on them,

6    which means they need to lower their prices to the benefit of

7    consumers.  Stater and Raley's, at the end of the day, just

8    prove our point.  In fact, Dr. Hill acknowledged this:

9            "And you would agree, if prices came down at those

10   former Albertsons, that that would in turn have a positive

11   knock-on effect of putting pressure on Stater Brothers and

12   Raley's and Sprouts and everybody else to lower their prices to

13   compete, right?

14           "If they went down to what they otherwise would have,

15   yes, that would put pressure on others."

16           Dr. Hill admitted one of the primary benefits of this

17   merger outright.

18           Your Honor, most interestingly about this is what the

19   Government has chosen to put on vis-à-vis the consumer.  We

20   have not heard from the consumer in this case.  Remember, this

21   case is all about the consumer.  This challenge is all about

22   what's best for consumers.  But no one got on that stand would

23   was an actual consumer.  The Government didn't call a consumer,

24   a consumer representative, a consumer advocacy organization.

25   We hear counsel testify what consumers want.  We didn't hear

Closing Argument

1    from consumers what they want.  We didn't hear from consumers

2    what would benefit them.

3           Attorney argument is not evidence.  Evidence is

4    evidence.  And when you have extraordinary burden they have,

5    you would have suspected -- you would have suspected they would

6    put consumers on the stand, or representatives of consumers, to

7    tell us how this merger would hurt them.  Instead, silence.

8           Then we get this weird by-play about who the consumer

9    actually is.  Who is the consumer that Your Honor is supposed

10   to care about?

11          Raley's says, "We want people who are knowledgeable

12   workers within the store to help you pick a ripe melon.  Their

13   customers are not people who want to suffer in a Costco parking

14   lot on a Saturday and Aldi shoppers who have a different

15   shopping mission."  Raley's apparently isn't concerned with

16   those folks.

17          Stater Brothers.  Their customers are -- and we put

18   this down verbatim:  "35- to 45-year-old female head of

19   household with a family."  Their customers are not Aldi or

20   Walmart or Costco or "that type of customer who is so focused

21   on price."

22          Counsel in her closing talked about those customers

23   for whom a bus trip might be expensive; for those customers who

24   a car trip might be prohibitive; those customers for whom

25   Costco's membership fees might be significant.  Yet they call

Closing Argument

1  witnesses, as their first witnesses, who explicitly stated

2  they're not targeting those customers.  Do you know who is

3  targeting those customers?  Kroger and Albertsons.

4          We asked Mr. Aitken, "Are you limited to a

5  stereotypical big-family, middle-America, suburbia kind of

6  customer?

7          "Absolutely not.  We serve 60 million households a

8  year.  We have learned that 9 million of those customers pay

9  with SNAP or WIC."  Simply put, Kroger accepts its customers

10 regardless of the size of their wallets."

11         Your Honor, when we say who are the customers that

12 this merger benefits?  It is the customers who are in the

13 Costco parking lot.  It is the customer who is shopping at

14 Aldi.  It is the customer who is paying with WIC and SNAP.

15 That's who this merger is for.

16         Who else didn't the Government call?  Remarkably,

17 they didn't call Walmart.  They didn't call Costco.  They

18 didn't call Amazon.  It was up to us, as defendants.

19 Collectively those three companies make up the vast majority of

20 grocery sales.  Walmart alone is three times the size of either

21 Albertsons or Kroger.  But the Government didn't want to hear

22 from them.  Why?  Well, obviously because it undermines the

23 Government's case, and so it was left to us.

24         How about the experts?  Dr. Hill, indisputably an

25 esteemed economist.  Your Honor was treated to two of the best

Closing Argument

1    economics out there in this case.  But it's remarkable what

2    Dr. Hill didn't consider or didn't remember.  There's a list on

3    the screen.  It will all be in the briefing.  But most

4    importantly, he didn't even consider in his analysis the

5    potential impact of the price investment that is the very

6    purpose of this merger.  He simply refused to consider it.

7         He also didn't remember things that are really,

8    really important.  For example, remarkably, he didn't remember

9    that Albertsons' prices are higher than Kroger's.  He didn't

10   remember that, in fact, they were 10 to 12 percent higher than

11   Kroger's.  How can you do an economic analysis of this merger

12   without knowing whose prices are higher than whose?  How is

13   that even possible?

14        How about Dr. Fox?  Now, here's where we get back to

15   "attorney argument is not evidence."  Dr. Fox was the --

16   counsel referred to "paid experts."  I'm pretty sure that

17   experts on both sides of the aisle here were paid.  Dr. Fox was

18   the expert plaintiffs chose to talk about the divestiture,

19   despite the fact that he had never worked on a divestiture.  He

20   had never studied divestitures.  He had no knowledge of

21   private label practices and no knowledge of past divestiture

22   deals.  And still, remarkably, he wouldn't offer the opinion

23   that plaintiffs wanted him to offer.

24        "Professor Fox, you never concluded in your expert

25   reports that C&S is likely to fail as a divestiture buyer, do

Closing Argument

1    you?

2              "No.  I rendered no opinion on the likelihood of

3    failure."

4              There is no one in this case, other than the

5    attorneys, who have said that C&S is going to fail -- no one.

6    No one.

7              How about efficiencies, a very important part of this

8    case we will talk about in a few minutes?  Who did they choose

9    to call as their efficiencies expert?  A person who never

10   before has offered an opinion regarding efficiencies; a person

11   who never advised a company on merger transactions, who

12   couldn't tell us what standards he used.  And here is the punch

13   line, he didn't offer any opinion on the amount of

14   efficiencies.  So just like Dr. Fox, he couldn't say whether

15   C&S would or would not work, Dr. Yeater couldn't say whether or

16   not the efficiencies would or would not be attained.

17             Finally, Dr. Ashenfelter.  Again, like all their

18   experts, esteemed in their field, but, remarkably, doesn't

19   offer an opinion on what matters in it case.

20             "Professor Ashenfelter, is it true that you are not

21   offering any opinions in this case that the proposed

22   transaction between Kroger and Albertsons is likely to

23   substantially lessen competition in any relevant labor market?

24             "ANSWER:  Yes."

25             Three witnesses, three topics, three non-answers.

Closing Argument

 1   They chose the witnesses they chose.  They paid the experts

 2   they paid.  And they still wouldn't testify what the Government

 3   needed them to testify to to win this hearing.  Rather, the

 4   vast majority of what you saw in this case and what you just

 5   saw in plaintiffs' presentation was anecdotal evidence.

 6           Alternatively, we provided you with the company

 7   documents, board presentations, investor presentations, board

 8   minutes, government presentations, business plans, the

 9   agreements themselves.  We presented you with data, market

10   share data, share of wallet data, customer service data,

11   price-check data, pricing data, et cetera.

12           Critically, we also gave you -- now, most of this was

13   on the private screen, as Your Honor will recall -- documents

14   from other grocery retailers -- their data, their information,

15   their statements within the company as to who they viewed as

16   competitors; what they viewed as the market.

17           We also provided you with anecdotal evidence, but we

18   informed that anecdotal evidence with witnesses who spent a

19   combined 307 years in the grocery industry.  We brought people

20   here and sat them on that stand who worked their way up from

21   box checker and checkout clerk to CEO, to COO, to division

22   manager, whatever the case may be.  We brought folks here that

23   could talk about the industry, that could talk about the

24   business, that could talk about what the world is, what the

25   world is becoming, and why this merger is so important to these

Closing Argument

1    respective companies in face of what is coming around that

2    corner; in fact, what has already turned the corner:  And

3    that's Walmart.  That's Amazon.  That's Costco.  That's Aldi.

4    That's the threat to the corner grocery store.

5           Your Honor, I go back to plaintiffs' opening

6    statement:  "Time permits us to present only a sliver of the

7    voluminous record."  And respectfully, what plaintiffs have

8    presented us is just that -- a sliver.  And that sliver cannot

9    possibly meet their burden of proof.

10           Now let's turn to the preliminary injunction standard

11   itself.  The four factors that are relevant -- and again, it's

12   an extraordinary and drastic remedy requiring a clear showing

13   as to each of the factors.  And like I did in my opening, let

14   me start with the public interest.  And it is important here to

15   recognize that the public interest is the most important thing

16   for Your Honor to consider.  Even if they prove a likelihood of

17   success, if we show the public interest favors this merger, the

18   merger should go through, because this is all about consumers

19   at the end of the day.  If this will benefit consumers, as we

20   believe it unambiguously absolutely certainly will, then the

21   merger should go through.

22           And I talked about the "but for" world, the "but for"

23   world that plaintiffs refuse to face.  This case hinges -- and

24   this is from Baker Hughes on their transactions' probable

25   effect on future competition.  And I asked Dr. Hill:

Closing Argument

1          "And you would agree with me that the fundamental

2     question of merger analysis is what's going to happen to prices

3     in a world where there is a merger versus a world where there

4     isn't a merger, right?

5          "That's fair."

6          That's the decision that needs to be made, all in the

7     context of what Mr. McMullen said -- and I don't think there

8     any dispute -- in business, once something is obvious, it's too

9     late.

10          So what does the world look like with the merger?

11     For new Kroger customers, those customers formerly of

12     Albertsons, they're going to see lower margins, lower prices,

13     revitalized stores, fresher foods, an enhanced store and

14     fulfillment network, improved data and tech capabilities, like

15     loyalty programs, and a broader supplier base to bring a more

16     diverse set of products to their shelves.  All of that is

17     undisputed.  All of it, I repeat, is undisputed.

18          How about existing Kroger customers, the folks that

19     shop at Kroger today?  They're going to see fresher food,

20     improved supply chain, more merchandise.  We heard, for

21     example, that Albertsons does better with certain kinds of

22     ethnic foods.  That's now going to benefit Kroger.

23          Reduced costs.  Increased revenue to fuel that

24     flywheel, to allow us to drive margins down even lower.

25     Continued lower margins.  Improved customer experience.

Closing Argument

1        How about the new Kroger associates, the ones that

2    used to be at Albertsons stores?  They're going to higher

3    wages, greater benefits, tuition reimbursement, and an

4    assumption of every CBA

5        Now, what about C&S?  What about the stores that C&S

6    is going to run that used to be run by Albertsons?  They're

7    going to see lower prices.  You heard from Mr. Winn about the

8    price investment commitment that C&S has made.  They will see

9    expanded private label selection, improved localized

10   assortment, infrastructure.  "Billions of dollars," Mr. Winn

11   testified to, improve the stores that C&S acquired from

12   Albertsons.  An expanded distribution network.  This is all

13   going to sit upon the extraordinary distribution network that

14   C&S has in place today and has run for more than a century.

15   And improved IT systems

16       It's not just new C&S customers, though, that will

17   benefit.  Remember, C&S services 7,500 stores today,

18   mom-and-pop stores, many of them.  Those mom-and-pop stores are

19   going to benefit from this merger, because C&S will now have

20   all of the benefits, all of the resources that it receives from

21   the merger that it can not only use in its own stores, but that

22   it can use with the wholesalers.

23       And finally, think about everybody else that shops

24   everywhere else.  Kroger is going to be putting downward price

25   pressure from day one.  And Stater Brothers, Raley's, Costco,

Closing Argument

 1  Walmart, Sprouts, Trader Joe's, Whole Foods, every one of those

 2  stores is going to have to respond to the price pressure that

 3  Kroger is going to put upon them.

 4          And who benefits from that?  Consumers.  Consumers,

 5  not just of these two companies, but of everyone that buys

 6  groceries in the United States.  Everyone that buys groceries

 7  in the U.S. will see their prices go down, assuming the stores

 8  they shop respond to our lower prices, and if they don't, do

 9  you know what those consumers are going to do?  They are going

10  to vote with their feet and come shop at Kroger.

11          Now, what about if there is no merger?  Well, all

12  those benefits I just talked about are going to go away.

13  They're just not going to happen.  We are going to lose the

14  check to rising grocery prices, and perhaps most importantly --

15  well, maybe not most importantly -- but still critically, the

16  dominance of Walmart and Costco and Amazon will continue

17  unchecked.  The threat to the corner grocery store; the threat

18  to union labor will be unchecked.  There can be no real dispute

19  that this merger will help consumers, the very consumers that

20  the Government didn't want to hear from in this case.

21          Let's talk about the two factors likelihood of

22  irreparable harm and balance of harm.  This case will decide

23  the fate of the merger.  You heard Mr. Cosset explain why.  But

24  again, I want to address statements being made by these

25  plaintiffs, again, in a different proceeding outside this

Closing Argument

1    Court.  You've heard counsel multiple times tell you that all

2    they want Your Honor to do is press the pause button, to hit

3    "stop" so the FTC and the Part 3 proceeding can do its job.  So

4    it's really not that important whether this PI issues or not,

5    because someone else will ultimately decide the fate of the

6    merger.

7         Your Honor, as we speak, there is litigation going on

8    in the Southern District of Ohio about the FTC's jurisdiction,

9    and in that case the FTC is represented -- they're a party, but

10   they're represented by the Department of Justice.  And look at

11   what the Department of Justice has said about these claims by

12   the Government, by the plaintiffs, that this is just a pause;

13   that this really isn't a decision that will make a difference

14   to the merger.

15        Furthermore, the administrative proceedings, known as

16   Part 3 proceedings, "may well be adjourned or vacated entirely

17   based on the outcome of the FTC's concurrent action in the

18   District of Oregon."  And do you know what?  The Department of

19   Justice is absolutely right.  This is what matters.  This is

20   what will decide the fate of the merger.  The FTC knows that.

21   The FTC is telling other courts that that's the truth; that

22   that's the fact.

23        So now let's turn to the likelihood of success.  The

24   Baker Hughes framework is straightforward.  First, you need to

25   define a product market.  If you define the product and the

Closing Argument

1   geographic market correctly, then you go on and ask:  Have the

2   defendants shown that there is no threat of substantial

3   anticompetitive effect?  And once we do that, the burden, which

4   is always on the Government, have they shown that there will be

5   anticompetitive effect?  So let's take these one at a time.

6           And remember, the ultimate burden of persuasion

7   remains on the Government at all times.  That sliver of

8   evidence needs to overcome that burden.  And there are five

9   independent reasons why the plaintiffs cannot meet their

10  burden:  They have not properly defined any market; Walmart

11  constrains Kroger pricing and will continue to do so post

12  merger; real-world data shows Albertsons does not affect

13  Kroger's pricing; the competitive-effects analysis, the GUPPI

14  and CMCR show no harm to competition; and that efficiencies

15  offset any harm to competition, if it exists, which, as I said,

16  it doesn't.

17          So first, market.  Plaintiffs have not properly

18  defined any market.  And this is critical.  The law is clear.

19  A plaintiff must accurately define the relevant markets, and

20  failing to define a relevant market alone is fatal to an

21  antitrust claim.

22          And what do we mean by "a market"?  It's a simple

23  question.  This is from Dr. Hill's slide, but there is no

24  dispute -- excuse me, Dr. Israel -- but Dr. Hill didn't

25  dispute.  It's if we attempt to increase prices or reduce

Closing Argument

1   quality as a result of the merger, where would shoppers turn?

2   If they would turn to someone in that circumstance, then

3   they're part of the market.

4          So let's talk first about the supermarket market.  It

5   plainly excludes relevant competitors.  It excludes

6   Trader Joe's and Costco and Sam's and Whole Foods and Aldi and

7   Lidl and Sprouts and Amazon.com, all of whom Your Honor has

8   heard again and again and again are options for shoppers in

9   this market.

10         Who rejects the Government's supermarket market?

11  Well, Kroger rejects it.  You saw our documents.  You heard our

12  testimony.  That's not the world in which we live in.  That's

13  not the reality of the grocery market at all.  You will hear

14  from Ms. Mainigi that Albertsons rejects the supermarket

15  market.  In fact, all competitors reject the supermarket

16  market.  We heard from Whole Foods and Amazon and Walmart and

17  Ahold and Costco, all of whom said that this supermarket market

18  is way too narrow.  You're excluding people that we compete

19  against every single day.

20         You know, taking a step back, what are they really

21  saying?  Just think about it from the apples' perspective:

22  Kroger, they include.  But we're going to exclude Aldi, because

23  they don't have enough different types of apples.  Sure, they

24  have apples, but not enough.  And how about Costco?  Sure, they

25  have apples, but you can't buy just one.  You have to buy ten,

Closing Argument

 1    and we're going to exclude them because of that.  And how about

 2    Sprouts?  Well, we are not really sure why we are excluding

 3    Sprouts, but maybe they're too organic.  Maybe because they're

 4    too healthy.  Maybe because they have too many choices of

 5    apples.  I'm not even sure why that is the case.

 6            That Goldilocks approach to marketing is unsupported

 7    by the case law, and, more importantly, it's unsupported by the

 8    facts on the ground that every single competitor in this case

 9    has testified to.

10            Your Honor has seen probably too many examples of

11    this graphic, the share of wallet data.  I won't belabor it,

12    but this is just from Kroger's perspective.  We lose more than

13    50 percent of our grocery dollar sales to Costco and to Sam's

14    and to Sprouts and to Whole Foods and to Aldi, and they exclude

15    all of it from the market.

16            Here is a very straightforward example:  Plaintiff

17    acknowledges that Super Target and Walmart are in the market.

18    Super Target and Walmart account for about 12.7 percent of our

19    diverted sales.  But Sam's and Costco actually account for more

20    than that, and they're excluded from the market.  Why?  There

21    is simply no explanation.  There can't be, because Sam's and

22    Costco are in the market.  They do compete with us every single

23    day.

24            Similarly, Target, 5.3 percent diversion.  Sprouts,

25    Whole Foods, Trader Joe's, exactly the same number, yet they're

Closing Argument

1    excluded from the market when Target is included.  Without
2    justification, without explanation, they're in the market.

3              Here is another form of analysis of data that was
4    done.  So here, Dr. Hill is asked:  If Kroger is in a market
5    and a new store enters that market, how much does Kroger lose
6    in sales to that new store?

7              Well, if Albertsons comes to a market, Kroger loses
8    about 5 percent of sales.  If Walmart comes to a market, we
9    lose more than that; about 6 percent.  Both of those are in the
10   Government's supermarket market.

11             What about Costco, who is excluded?  We lose
12   5 percent to Costco when they enter a market, the exact same
13   number as Albertsons.  Again, without explanation, without
14   logic, without common sense, why is Costco not included in the
15   supermarket market?  Of course it should be.

16             Now, here, I'm going to turn to the one-stop shopper
17   market.  And I'm not, frankly, sure what role this plays in the
18   case.  I don't know whether the Government thinks it reinforces
19   the supermarket market, whether it's an alternative market,
20   whether it's supposed to sit on top of the grocery market.  I
21   don't really know what it's doing here.  But what I do know is
22   it doesn't make a lot of sense.

23             Remember, the FTC told us the relevant antitrust
24   question is for those consumers who value a one-stop shop
25   supermarket experience, which companies offer reasonably

Closing Argument

 1   interchangeably substitutes for that purpose?  Your Honor may

 2   recall, I asked Dr. Hill for 15 minutes about one-stop

 3   shopping.  He actually grew exasperated with me.  "No, I didn't

 4   analyze one-stop shopping at Amazon or at Costco or at Aldi,"

 5   and concluded, "I don't know what else the Government says

 6   about one-stop shop.  I'm not sure what they did."  He doesn't

 7   know why they're talking about one-stop shopping.  "I didn't

 8   look at the 'one-stop shop' definition for anticompetitor."

 9          So the Government is talking about it.  Dr. Hill

10   refused to talk about it.  He didn't want to talk about it.  As

11   I said, he grew exasperated when I insisted on talking about

12   it.  What role does it play?  Well, we really don't have to

13   worry about that question, because it's an archaic concept in

14   today's world.  We heard witness after witness say, "One-stop

15   shopping may have been relevant 20 years ago, 30 years, and

16   briefly for the pandemic, because people wanted to limit the

17   number of public exposures they had, but it's just not the

18   reality of today."

19          The reason, in any event, why we don't have to

20   consider it is, everybody is a one-stop shop.  Everybody we

21   see.  Of course, Kroger is.  Albertsons is.  Walmart is.

22   There's no dispute about that.  But all the folks that they

23   exclude from their supermarket market -- Costco, Sam's Club,

24   Whole Foods, Trader Joe's, Aldi, BJ's, Lidl, Sprouts -- all of

25   them, with the exception that we amusingly talked about with

Closing Argument

1    BJ;s and alcohol -- all of them satisfy that "one-stop shop"

2    definition.  That's hard to say.

3            And when I asked Dr. Hill about this, whether he

4    challenged this notion, he responded, "I don't recall this

5    chart, so I definitely didn't rebut it."

6            So why are we talking about one-stop shopping?  We

7    are done, Your Honor -- to be clear, the supermarket market

8    fails, according to the witnesses, according to the

9    competitors, according to the data.  There is no such thing

10   anymore as a supermarket market.  And under the law, we are

11   done.  We can stop.  There is no likelihood of success.

12           Let's now talk about their second market.  What if

13   you say, "Well, at least let me think about the large-format

14   market."  We have heard a lot about that in this case.  What

15   role does it play?

16           Now, this is where we get to issues of due process

17   and defendants' rights.  I asked Dr. Hill:  "You agree that in

18   the complaint the Government does not allege that the

19   large-format market is the market we should be talking about,

20   right?

21           "Correct.

22           "And in the preliminary injunction motion, the

23   Government doesn't suggest that the large-format market is the

24   market we should be talking about?

25           "I believe that's correct."

Closing Argument

1    So we have the Government sue us and say that we are

2  violating the antitrust laws in light of the supermarket

3  market.  We have them file a preliminary injunction motion,

4  where they say, "Here are the reasons Your Honor should enjoin

5  the merger based on the supermarket market."  And then we have

6  an expert witness who has already said that he doesn't even

7  know what the Government is talking about half the time,

8  saying, "Well, okay.  I'm now going to throw into the hopper a

9  new market, a large-format market."

10    The Government never amended their complaint.  They

11  never went back and amended their preliminary injunction

12  proceeding.  And the law is pretty clear:  When they don't,

13  it's not part of the case.  They have to put us on notice of

14  what their theory of the case is, not an expert, who time and

15  again says, "I don't know what the Government says about X, Y,

16  or Z."  It doesn't matter what the Government's expert theory

17  of the case is.  It matters what the plaintiffs' theory of the

18  case is.  And plaintiff didn't put this theory of the case in

19  either their complaint or their preliminary injunction motion.

20    But even if they had, the large-format market falls

21  under its own weight.  Why?  Because those circles that you

22  have seen so often over the last three weeks don't make any

23  sense.

24    Here is the most basic example:  In Portland, Oregon,

25  Dr. Hill drew a circle around the Fred Meyer in Portland and

Closing Argument

1   excluded from that Fred Meyer market the Costco a half mile

2   out, likely the Costco that provided the Government's water in

3   this case.

4           But Dr. Hill, their own witness, admitted that that

5   Costco was a competitor to Fred Meyer.  In fact, he admitted it

6   was the biggest competitor to that Fred Meyer.  Remember,

7   Your Honor, there were the concentric circles -- this was on

8   Friday.

9           "Confirm for me, please, that in both markets Costco

10  is the single biggest competitor to Kroger, but in the

11  store-based market, the circle market, you don't even consider

12  it, right?

13          "Correct."

14          So you see Costco has 14 percent.  The largest other

15  competitor is 13 percent in that outer wheel.  That's

16  Albertsons.  So that circle-based approach in the real world,

17  in this city, excludes the single biggest competitor to Kroger.

18  That makes no sense.  That's inconsistent with the law.

19          And why?  Because we know, as a matter of fact, as

20  witness after witness has testified, as the data shows, people

21  are willing to drive a little farther to Costco and to Walmart

22  and to Target than they are to their neighborhood grocery

23  store.  And so if you draw a circle based on how far people are

24  willing to drive to Kroger or Albertsons, you're going to

25  exclude the folks that are willing to drive a little further.

Closing Argument

1    Now, when the question is, what happens if Kroger raises their

2    prices?  Can Kroger raise their prices without being punished?

3    That's the fundamental question here.  We know that if Kroger

4    raises their prices with a Costco just half a mile outside of

5    that circle, the customer is going to say, "Hey, Kroger, go to

6    heck.  I'm going to drive to Costco, and I'm going to buy my

7    water there."

8           It's not just a problem of distance.  It's a problem

9    of the geometry itself, the circle.  A circle makes no sense.

10   Walmart was asked straight up:

11          "Is a trade area a circle?

12          "ANSWER:  It is not a circle."

13          Stater Brothers:  "You look at a combination of

14   factors when deciding who you compete with, what's in your

15   trade area.  It's in a lot of things -- geography, highway

16   infrastructure, the nature of competitors."  That's all true.

17   That's all undisputed.

18          Mr. Aitken cleverly said, "It's not a circle.  It's a

19   splat."  And what did he mean by "a splat"?  Let's look at,

20   again, a real-world example.  Here is Corvallis, Oregon.  We

21   see the circle that Dr. Hill drew around Corvallis.  It's

22   6.14 miles that excludes all those stores up in Albany.  But

23   when you look at where those people that shop at that

24   Fred Meyer in the center of the circle of Corvallis actually

25   shop, 22 percent, almost a quarter of their shopping, occurs

Closing Argument

1    outside the circle up there in Albany at the Safeway and the

2    Target and the Walmart and the Costco up there, and there we

3    see that gray blotch, or as Mr. Aitken would call it, "a

4    splat."  That's what it actually looks like.  That's what the

5    geography actually is.

6            We also have the problem of simple overinclusiveness,

7    the approach that Dr. Hill took.  It's the simple example used.

8    There's an Albertsons at the top of the circle.  50 miles away,

9    there's a Kroger.  According to Dr. Hill, someone would drive

10   50 miles, skipping the other 549 stores in between, to go to

11   those two stores.  The circle approach doesn't make sense.

12           And you know what?  I think plaintiffs agree, because

13   they barely talked about it in their closing.  Instead, the

14   slide they showed you, and you can go back and look, was based

15   upon what Dr. Hill called a "customer-based approach," the

16   fall-back approach.  And here, we have another fundamental due

17   process problem, another fundamental problem with the high

18   burden they face, the fundamental problem with the approach the

19   Government has taken with the whack-a-mole markets that they've

20   offered.

21           Dr. Hill.  "And you can confirm for me that the

22   customer-based geographic market -- that's the market

23   plaintiffs relied upon just an hour ago -- is nowhere in your

24   opening expert report, right?

25           "ANSWER:  That's correct."

Closing Argument

1          So now we have a geographic market that's not in the

2     complaint, not in the preliminary injunction motion, and not

3     even in the expert's opening report.

4          Now, Your Honor may remember that we asked Dr. Israel

5     about this, and plaintiffs correctly objected.  "Objection,

6     Your Honor.  Beyond the scope of his expert report."  And, of

7     course, it was, because Dr. Hill submitted a report.

8     Dr. Israel responded.  Dr. Hill then submitted a reply report.

9     Dr. Israel didn't have a surreply right.  And it was in that

10    report that he brought up this customer-based approach that now

11    the Government is putting all of their marbles in -- I don't

12    know what the metaphor is, Your Honor -- all of their chips on.

13    I'm not a big roulette player, but I think that's the right way

14    to phrase it.  But they're putting all of this on something

15    that wasn't raised until their expert's rebuttal report, not

16    mentioned in their complaint, not mentioned in their PI.  And

17    even then, there's a fundamental problem with the

18    customer-based approach.

19         I asked Dr. Hill:  "To calculate customer-based

20    market shares, you look at customer location, right?

21         "ANSWER:  Correct.

22         "At least for the majority of the competitive stores

23    you did not have customer information about where they lived,

24    right?

25         "Correct."

Closing Argument

1         So although Dr. Israel had no opportunity to respond

2   on the stand, although they didn't raise it until their reply

3   expert report, although it doesn't show up in any of their

4   pleadings, at least their initial pleadings, even then, this

5   approach falls under its own weight, and this is probably the

6   nature of the fact they brought it up on reply.  He couldn't

7   get the data in time, so he put in a half-baked approach.

8         So even if you allow them, which, frankly,

9   Your Honor, we believe you shouldn't, respectfully, to raise

10  the large-format market at this stage, that fails too.  Again,

11  we can stop.

12        All right.  But let's assume you agree with them --

13  against the evidence, against the law; okay, at least I want to

14  look for and see what the competitive effects are within a

15  market.  What do we have there?  The question is:  Are there

16  anticompetitive effects?  And the answer is no.

17        Now, you saw five or ten slides in plaintiffs'

18  presentation about head-to-head competition, and that's really

19  a red herring, Your Honor.  As the law says, "The mere fact

20  that a merger eliminates competition between the firms

21  concerned has never been a sufficient basis for illegality,"

22  nor could it, because then every merger would be blocked.  The

23  question is not:  Is a head-to-head competitor eliminated?  The

24  question is:  As a result of the merger, is competition

25  substantially diminished?

Closing Argument

1          Why isn't substantial competition diminished?  Well,

2     the first reason and the most important reason and unrebutted

3     reason is Walmart will remain after the merger.  Walmart will

4     remain to constrain prices.  Your Honor will remember that

5     Dr. Israel put a chart next to him with four conclusions.  The

6     first one was "Walmart constrains Kroger's pricing and will

7     continue to do so post merger."  That was his No. 1 conclusion.

8     That reason alone would support the merger, would preclude the

9     entry of this preliminary injunction.  And do you know what

10    Dr. Hill said when he was called up on rebuttal on Friday about

11    this conclusion?  Nothing.

12          In fact, originally when I asked him:

13          "Did you consider any analysis whatsoever of whether

14    Walmart will cease to be the No. 1 price determinant for Kroger

15    post merger?

16          "I didn't determine whether they were the No. 1

17    factor pre- or post merger."

18          He didn't even analyze it.

19          Walmart is the everyday low price.  Kroger

20    price-checks Walmart in 100 percent of its overlap zones.  We

21    saw this at length, the documents that show that they

22    price-check against Walmart, that they price based on Walmart.

23    And the evidence shows that Walmart guides our pricing, and

24    that evidence is unrebutted.

25          We heard in the plaintiffs' presentation about QFC in

Closing Argument

1   the Northwest and Mariano's in Chicago.  And of all of Kroger,

2   these two divisions out of 23 are the only two that don't have

3   Walmart as their lodestar, for historical reasons that aren't

4   terribly important in this case.  But do you know what?  Those

5   two divisions are being sent as part of the divestiture to C&S.

6   So anything you see in the presentation about QFC, about

7   Mariano's is utterly irrelevant.  In fact, it's a red herring,

8   because that's not what Kroger will be post merger.  Post

9   merger every single division of Kroger will follow what the

10  corporate policy has been from day one, which is we are tied,

11  guided, checked, and guarded by Walmart.  So, again, we're

12  done.  There are no anticompetitive effects.

13          Similarly, but independently, real-world data shows

14  Albertsons' prices did not affect Kroger's pricing.  And this

15  is simple, Your Honor.  In the real world, you can do a natural

16  experiment.  We are going to take areas where there is an

17  Albertsons and areas where there is not and say, "Are the

18  prices different?"  We can compare them.  And Dr. Israel

19  compared them and found there was no price difference.

20          Dr. Hill didn't offer an alternative.  He didn't say,

21  "I ran a different study with different parameters and came up

22  with different conclusions."  No, what he said was and what the

23  plaintiffs have said was:  "Well, this test is never done.

24  What Dr. Israel did is not allowed under the law.  It's

25  inappropriate."

Closing Argument

1          It's bizarre that they would say that, because the

2     FTC itself uses this test.  For example, in FTC v. Staples,

3     they used precisely this test to prove their point.  So they

4     use it when they prove their point, and they claim it doesn't

5     exist when it proves their point doesn't work.

6          And how about Dr. Hill?  I asked him about

7     Staples/Office Depot, when he claimed "I've never seen this

8     done before."  And what was his response?  He said he didn't

9     read it or remember it.  So we have Dr. Hill on the stand

10    saying, "This is unheard of.  This is unprecedented."  And I

11    bring up a case where it's not only not heard of and

12    unprecedented, it was used by the FTC, and he said, "Sorry.  I

13    just don't remember that."

14         Again, they fail to meet their burden.

15         Let's talk finally about GUPPI and CMCR.  It shows no

16    harm to competition.  This comes down to margins, Your Honor.

17    The simple idea is the lower your profit, the less you can

18    afford to lose customers by raising your prices.  That's the

19    simple logic behind this concept.  There was a tussle in this

20    case about what margins to use, what the profit measure was --

21    gross margins or variable margins?  Because, as we will talk

22    about in a second, if you use variable margins, as you're

23    supposed to, this merger is clearly not anticompetitive.

24         We saw this chart.  Dr. Hill said in his report --

25    and you heard counsel say today -- that there are 1,500

Closing Argument

1   problematic stores.  But that number immediately goes down to

2   693 if you use variable margins.  In other words, if when

3   you're figuring out how much money Kroger actually takes home,

4   you actually take into account increased cost of hourly

5   employees if they have to work stores more, because you have

6   more customers, the supplies to service those customers,

7   credit card fees, warehousing, transportation.  If you take

8   those into account, we make less money, and, of course, we take

9   this into account.  It was undisputed.

10          Mr. Groff and Mr. Maharoof:  "Do gross margins

11  capture all variable costs?

12          "No."

13          Then why did Dr. Hill use them?  Because they prove

14  the Government's point, whereas if you use variable margins,

15  like you're supposed to, they prove ours.

16          And I asked Dr. Hill about this, about the fact that

17  he used variable margins in previous cases.

18          In the Bertelsmann case -- "In Bertelsmann, you

19  stated that the GUPPI methodology is explicit that you should

20  include variable costs?

21          "Could be.

22          "Do you have any reason to doubt it?

23          "No."

24          Nor could he have any reason to doubt it, because

25  that testimony is cited in the Bertelsmann opinion.  Both the

Closing Argument

1    second score option model and the GUPPI model are explicit that

2    one should use firms' variable margins.  And look who the cite

3    is to, Your Honor.  It's to Dr. Hill.  He knew in the past case

4    he used variable margins.  In fact, in Bertelsmann, he went

5    farther.  He told the Court, "With hindsight, I wish I had just

6    gone through and tried to characterize them, the cost, as

7    exactly what percentage is fixed, is variable."

8          He knew he should have done it then.  He said it's

9    explicitly required, yet he refused to do it here.  If you do

10   it, what you find is that the lower number, the 17 percent

11   number, is the right number.  And if you use that right number,

12   we drop immediately from 1,517 problematic stores to 693.

13         But what about the divestiture?  I asked Dr. Hill:

14   "So if" -- meaning C&S -- "lowers the prices through price

15   investment and spruces up the stores to the tune of

16   $1.2 billion, not only might it not compete with equal vigor as

17   Albertsons stores, it might compete with greater vigor."  And

18   he said it's possible, but he didn't analyze that.

19         And as we've talked about, C&S intends, expects, and

20   is positioned to do just that -- not just replace Albertsons,

21   but compete with greater vigor than Albertsons.  And so if you

22   just factor in the divestiture, you go from 1,517 to 234.

23         And then I asked him:  "You will confirm for me that

24   nowhere on your chart you were asked the question what happens

25   if we apply Dr. Israel's margin and assume a well-functioning

Closing Argument

1    divestiture, right?

2              "ANSWER:  Correct.

3              "And when Dr. Israel did combine it, he came up with

4    a number that I believe with four stores left, and you didn't

5    quibble with the math that he did to your chart?

6              "Correct."

7              So far, we agree four stores.  So those are the four

8    stores that counsel mentioned in their closing in New Mexico,

9    but they forgot to mention the following question and answer,

10   Your Honor:

11             "And when you apply price zones to those four stores,

12   you end up with zero stores that suffer competitive harm from

13   this merger, right?

14             "That is correct."

15             That is their witness saying that their attorney

16   argument about Santa Fe New Mexico is wrong.  Zero.  There is

17   no anticompetitive effect.

18             Now, I want to talk briefly about efficiencies.  Then

19   I'm running out of time.  I will talk about labor as quickly as

20   the court reporter and my voice will allow.

21             Efficiencies.  Efficiencies are really important,

22   because if a company saves money or makes revenue that allows

23   them to lower prices, that is pro-competitive.  And so we have

24   to measure whatever anticompetitive effect there might be

25   against the pro-competitive effect.  And if we save more money

Closing Argument

1    than we cost, if we pass that along to consumers, then the

2    merger is pro-competitive.  It's a good thing for the consumers

3    we care about in this case.  We talked about the reduction in

4    cost, reduction of sourcing, merchandising, technology, and

5    supply chain.

6              Your Honor, on a private screen, you see one example

7    in national brands.  This is the notion that Albertsons may

8    have a better deal with Coke.  We may have a better deal with

9    Pepsi.  And we know, in the real world, people went into a

10   clean room and figured out that when the merger happens, we are

11   going to save that amount of money that's in the red box on

12   Your Honor's screen -- that amount of money in just one of the

13   categories

14             Counsel called Smucker to try to debunk this notion.

15   But Smucker did exactly the opposite.  Smucker acknowledged

16   disclosure of the information -- the stuff in the clean room --

17   "would give Smucker's current and future customers a

18   significant advantage in negotiating future agreements with

19   Smucker's, right?

20             "ANSWER:  Correct."

21             That's precisely the point.  When the companies

22   merge, they can get the best of each world.  And they will save

23   that money and much more.

24             In fact, the total, again, on your private screen,

25   Your Honor, we see in the lower right-hand corner, a number

Closing Argument

1    that's on the left.  And the high number, that's the band of

2    verifiable and merger-specific efficiencies that Mr. Gokhale

3    established.  And why is that important?  Because that money

4    can then we used to turn around and help consumers.  That's the

5    money that helps pay for the billion-dollar-price investment.

6    That's the money that the merger guidelines reflect should be

7    considered by this Court in deciding whether or not there is an

8    anticompetitive effect, because that's the money, as you can

9    see here from our own board documents, that those efficiencies

10   fuel the price investment.

11            And what happens?  So suppose, Your Honor, you say,

12   "You know, I'm a little skeptical the divestiture is going to

13   work quite as well as you had hoped, defendants.  It might not

14   work at all."  Well, helpfully, Dr. Hill -- remember, those

15   store numbers, the 1,500 stores, 600 stores -- helpfully, he

16   reduced those store numbers to dollar figures.  And that's what

17   you have on your screen.  So rather than 1,500 stores, you have

18   $1.5 billion all the way down the waterfall.

19            So we can compare the efficiencies -- thanks to

20   Dr. Hill -- of the merger against the purported cost.  So he

21   says that, with the divestiture, there is -- let's just look

22   at -- I will make this quick, again, for time.

23            If you compare the billion dollars -- if the

24   divestiture and Dr. Israel's margins are both validated by this

25   Court, it's a billion dollars to three.  With just a

Closing Argument

1   divestiture, it's a billion dollars to $52 million.  Suppose

2   you totally discount the divestiture, Your Honor.  You say,

3   "Not only do I not think it will work well, I think it will be

4   a failure."  Well, Dr. Hill then says, "Well, the damage --

5   assuming you use variable margins -- is $323 million."

6           Your Honor, the efficiencies here triple that.  You

7   can completely discount the divestiture.  You can completely

8   discount it, and the billion-dollar price investment washes

9   away any anticompetitive purported harm of this merger.  Any

10  way you look at it, this is a pro-competitive merger.  Any way

11  you look at it, this merger benefits consumers.  Any way you

12  look at it, there will be more money in consumers' pockets.

13  There will be more money in workers' pockets, in associates'

14  pockets.  There will be safer communities.  There will be more

15  well-fed communities.  They will be more secure communities if

16  this merger goes through.

17          We can stop talking about likelihood of success now

18  in the grocery market.

19          Let's turn briefly to the labor market, Your Honor.

20          To be clear, no case has ever enjoined a merger on

21  this theory ever, and that's in part because the labor of a

22  human being is not a commodity or article of commerce.  But

23  this is more fundamental.  Let's assume it is.  You have to

24  start with the labor market the same way you start with the

25  grocery market, which is:  What's the market?  What's the

Closing Argument

1    product?  What's the geography?

2          Dr. McCrary said that union grocery labor in CBA

3    areas is not a valid antitrust market.  No one rebutted that.

4    The only rebuttal we have to that is attorney argument, weaving

5    together, cobbling together, taping, Scotch taping, failing

6    tape, guide wire, random scraps of union labor testimony.

7    There is no market.

8          Dr. McCrary's concentration argument, also

9    unrebutted.  There is no concentration.  And whether the merger

10   is likely to lead to harm for workers, again, he said "no," and

11   that is unrebutted by any expert.

12          Why?  Because Kroger and Albertsons compete in a

13   broad market for labor.  When Kroger looks to hire a new

14   worker, they don't just go to grocery stores.  They don't just

15   go to places that have unionized labor, let alone going to

16   places that have only unionized grocery labor.  The market is

17   incredibly broad, as every witness you heard from testified.

18   There is no testimony from any witness that Kroger and

19   Albertsons only compete for grocery union labor.

20          The data backs this up.  When we look at where people

21   used to work, when they come to Kroger and Albertsons, between

22   1 and 2 percent used to work for a union grocery store.  98 to

23   99 percent worked either at a place that wasn't a grocery

24   store, that wasn't union, or wasn't both.  That's the market.

25   We're not competing against each other.  And we can look at

Closing Argument

1   that for subsequent employers as well.  When folks leave Kroger

2   or Albertsons, where do they go?  If there was a thing called a

3   "union grocery market," you would expect the vast majority of

4   those folks would go to another unionized grocery store.  The

5   evidence is they don't.  98.7 percent goes somewhere that falls

6   outside of the Government's definition of "market."  There is

7   no mart.

8          The second part of their market definition is

9   geographic.  They say it's defined by collective bargaining

10  agreement areas.  Well, that just belies common sense.  That

11  would have workers driving from Bakersfield to San Diego to

12  compete in the same market, or in other places, to not be

13  willing to drive 15 minutes to look for a job.  There is no

14  support for the notion that CBAs are the proper geographic

15  market.

16         The conclusion is the proposed merger would not lead

17  to a worsening of those terms with respect to unionized

18  employees as to competitive effects.  Even if you accept there

19  is a market -- remember, that's the first step -- there is no

20  evidence.  No expert has come into this court and said that no

21  market exists -- not anybody.

22         But if it did, there is also no evidence of harm.

23  And we saw this data, again, unrebutted, that if you compare

24  areas with and without an overlap, wages are the same.

25  Benefits are the same.  We heard counsel say, "Well, there has

Closing Argument

1    got to be a reason that people join unions."  And there is many

2    reasons that people join unions, but it has nothing to do with

3    the grocery union market.  It doesn't exist.  There are

4    benefits to unions, and that's precisely why this merger is so

5    important.  Because we will preserve the unions.  We will keep

6    the unions.  But if we lose sales to Walmart, union labor will

7    lose their jobs.  Walmart is not going to unionize.  Amazon is

8    not going to unionize.  Costco is not going to unionize, Aldi

9    is not going to unionize.  That's what happens if this merger

10   doesn't go through:  Jobs are lost to non-union employers.

11           When we asked Dr. Ashenfelter about this fundamental

12   conclusion:

13           "You don't address this?

14           "That's correct.

15           "You don't disagree with it?

16           "I did see -- I didn't analyze this set of issues."

17           As to bargaining tactics, Your Honor, we heard a lot

18   about whipsaw bargaining, an awful lot.  That has nothing to do

19   with antitrust law.  There is not a case out there that has

20   ever said that the preservation of whipsaw bargaining has

21   anything to do with antitrust law.  But you can still whipsaw

22   bargain against every other kind of employer -- union or

23   non-union -- out there, if you choose to use that tactic.  And

24   we heard witness after witness say that.

25           And we also heard witness after witness say that, in

Closing Argument

1   fact, this merger will increase leverage of unions when they

2   threaten a strike.  Why?  The bigger the union, the bigger the

3   threat if you strike.  And you don't have to take our word for

4   it.  Ms. Zinder, in her blog post that was in evidence, said,

5   "It is precisely because of the large number of union members

6   that Local 324 has been so successful in maintaining the pay

7   and benefits that stands as the envy of the rest of the

8   country."

9           That's what is being said outside the four walls of

10  the courtroom.  That's what is being said by folks that are

11  talking directly to the members, not using this case as

12  leverage to drive a better deal in the next collective

13  bargaining agreement negotiations.

14          As Mr. King said:  "The size and unity of the union

15  membership is quite important.  The larger the bargaining

16  union, the more members the union represents, the greater

17  leverage it has in the collective bargaining process."  That

18  conclusion was not disputed by anybody yet again.

19          Your Honor, I'm about to turn it over to Ms. Mainigi,

20  I think close to on time, with the following, just to leave

21  with you.  Your Honor is obviously going to have post-trial

22  briefing.  I would like to thank you, most of all, for your

23  extraordinary cooperation and patience with the parties.  It

24  has been an amazing experience for the defense.  Thank you for

25  the hospitality of your court staff.  Thank you for your

Closing Argument

1   incredible time commitments.  It has been special, and it has

2   been important for those of us who believe in this merger that

3   you have given us the opportunity to talk as fully and with the

4   passion that we have.

5          The reason we believe in this merger is because of

6   what it will do for the American people and the American

7   worker.  It will lower their prices.  It will improve their

8   stores.  It will improve associates' salaries.  No stores will

9   close.  More folks will be fed who can't afford to feed

10  themselves.  There will be no frontline job losses.  Union

11  contracts will be honored, because these companies honor

12  unions.  There will be more local food in your stores.  There

13  will be greater variety of local foods in stores down the road

14  and across the country, which enures to the benefits of not

15  just the farmers but the environment.

16         Your Honor, this merger matters.  Again, thank you

17  for your time.

18         MS. MAINIGI:  Good morning, Your Honor.

19         THE COURT:  Good morning.

20         MS. MAINIGI:  While I'm setting up, I also wanted to,

21  in advance, extend our heartfelt thanks to everybody on your

22  staff and Your Honor for the tremendous amount of time and

23  patience that you have given all of us.  We are grateful.

24         So, Your Honor, I'm going to try to hit three

25  different areas.  They are not necessarily tied together:  What

Closing Argument

1   happens if the merger doesn't go through and how is the public

2   interest affected?  Why the C&S divestiture will be a success.

3   And then I will touch upon the competitive landscape.

4           So, Your Honor, I told you three weeks ago that if

5   the merger does not happen, that that would be a bad

6   development for Albertsons, its customers, its associates, and

7   the communities that it serves, but it would also be terrible

8   for the future of the supermarket industry.

9           Now, why would an injunction be bad for the industry?

10  If we look at the commercial realities of where we are at this

11  point in time, the industry has changed in ways that have made

12  supermarkets extremely vulnerable, and the FTC says it wants to

13  preserve the traditional supermarket channel for that very

14  small group of people who supposedly still one-stop shop.  And

15  the way that the FTC proposes doing that is by blocking this

16  merger.

17          But the commercial realities suggest that this is

18  totally backwards, because the commercial reality is that this

19  merger is the only way Albertsons can achieve the type of scale

20  that would allow it to lower its prices enough to compete with

21  Walmart, Costco, and Amazon.  So if the FTC has its way and

22  blocks this merger, it is actually making it harder for

23  traditional supermarkets to survive and thrive in the very long

24  term.  So that will result in fewer options ultimately,

25  Your Honor, for consumers.  And giving consumers fewer options

Closing Argument

1   in the future is exactly what Section 7 of the Clayton Act is

2   trying to prevent.

3           Now, what about Albertsons and the consumers and

4   associates it serves?  Well, the evidence at trial pointed in

5   one direction only:  The customers, associates, and communities

6   that Albertsons serves will be far better off if this merger

7   proceeds.

8           Now, Albertsons' CEO, Mr. Sankaran, came in, and he

9   testified on this issue, and his testimony is uncontradicted.

10  He explained that if the merger is blocked, Albertsons will be

11  okay for the next two to four years.  They will regroup; they

12  will recalibrate.  They will need to consider layoffs, he said.

13  And chances are, they will need to consider store closures.

14          They will need to consider whether they have to exit

15  some of the markets that they are currently serving.  And as I

16  said in my opening, Your Honor, change is coming for this

17  company one way or the other, but plaintiffs have not shown you

18  any evidence at this trial that Albertsons won't have to take

19  those steps, much less any evidence that this "Plan B" world is

20  in the public's interest.

21          Now, the FTC did try a little bit today, a little bit

22  throughout this trial to make it seem like Albertsons could be

23  fine without the merger if it just worked hard enough to lower

24  its costs and its prices, and they tried to do that two

25  different ways.  They focused on the special dividend that

Closing Argument

1   Mr. Wolf alluded to that Albertsons paid its shareholders in

2   2022, and they focused on various efforts Albertsons made like

3   Project Edison, to cut costs.

4           So Mr. Sankaran explained that the decision to paper

5   the dividend and the statements that he made to Congress about

6   Albertsons' financial health came right on the heels of COVID.

7   Here is his testimony on slide 4.

8           Now, the company's statements about its financial

9   performance were true at that time.  You've heard from multiple

10  retailers, witnesses that every large grocer was doing well

11  during COVID.  But how the company was performing during COVID,

12  Your Honor, unfortunately, says nothing about how it is

13  performing today, and it certainly does not tell you how it

14  will be doing in two to five years.

15          So the FTC also mentioned various cost-cutting

16  initiatives and said, "Well, those would give you the same

17  benefit of the merger."  But what you've heard from multiple

18  witnesses, including Mr. Sankaran and Ms. Susan Morris, is that

19  Albertsons has tried to lower costs and tried to lower prices,

20  and it has had some success.  But those cost savings have been

21  offset by rising costs in other areas, like utilities and labor

22  and insurance.

23          And that's why Albertsons decided to proceed with

24  this merger, because without the merger, Albertsons cannot get

25  the type of cost savings it would need to lower its prices and

Closing Argument

 1   really compete with the scale of someone like Walmart.

 2          The industry is changing faster than Albertsons can

 3   keep up, Your Honor, and so this is not all about just doing

 4   the right things, as the Government alluded to.  Albertsons has

 5   to make some kind of transformational change to remain

 6   competitive, and if it's not the merger, it will have to be

 7   some version of the options that Mr. Sankaran described, and

 8   that outcome, Your Honor, is plainly not in the public

 9   interest.

10          Now, let me briefly also address why the merger will

11   help, not harm unionized labor.  As we know, and as we have

12   discussed, there is no unionized labor -- virtually none at

13   Walmart, Amazon, and Costco.  And Mr. Dan Dosenbach from

14   Albertsons came in, and he testified that if the merger is

15   allowed to happen, this will be a critically important

16   development for union labor.

17          Slide 7, Mr. Simmons.

18          As you can see here, he explains, no matter what, if

19   the merger isn't allowed to go through, the end result is going

20   to be fewer union labor members.

21          Now, you also heard about that from Mr. Clay, from

22   Local 555, who originally supported the merger.  And Mr. Clay

23   testified about a news letter that the union issued after the

24   C&S divestiture was announced, and that testimony is shown on

25   the slide on the screen here, Your Honor.  And what the union

Closing Argument

1    was telling its members at that time was that if this merger is

2    blocked, Albertsons could very well be bought by someone else,

3    and that someone else most certainly would not be a union

4    employer.

5            So what Local 555 told its members originally was

6    they should think hard about who another buyer might be,

7    because those union members would rather work for people who

8    run grocery stores over online or big box retailers or any

9    other employer who might not assume Albertsons' collective

10   bargaining agreements.

11           So which world is in the public interest?  A world

12   with all the benefits that will flow from the merger, or a

13   world in which Albertsons, as it currently exists, will be

14   forced to undergo transformational change to survive, including

15   change that will affect its customers, its associates, and the

16   communities it serves?  We suggest the answer on that point,

17   Your Honor, is clear.

18           Now, Your Honor, I want to turn to the FTC's claim

19   that C&S's divestiture will fail.  The FTC could not be more

20   wrong.  C&S is getting the right people and the right assets to

21   make these stores a success, and as a result, of the

22   divestiture will bring a formidable new competitor to this

23   industry.

24           Before I cover the evidence on C&S's ability to

25   succeed, Your Honor, I want to pause on a fairly recent merger

Closing Argument

1   decision that gives some guidance on how courts should analyze

2   the effect of a divestiture on competition, and that was a

3   merger, Your Honor, between UnitedHealth Group and Change

4   Healthcare in 2022, and that merger also involved a proposed

5   divestiture that was a core aspect of the transaction.  And DOJ

6   was involved in that case, Your Honor.  They challenged the

7   merger, and the federal district court in D.C. rejected that

8   challenge.

9           Now, one major reason the Court rejected DOJ's

10  challenge was because of the effect of the divestiture on

11  competition.  Ms. Hall suggested that the divestiture fails --

12  that the C&S divestiture fails under the law if it fails to

13  preserve the status quo of competition, and we disagree with

14  that, Your Honor.  The evidence shows that the divestiture will

15  increase competition.  But regardless, she has the standard

16  wrong.  This slide shows -- this is from a different court.  I

17  think Mr. Wolf also cited something similar from another court,

18  but this court in D.C. shows.  "The question is not whether the

19  status quo is preserved.  The question is whether, as a whole,

20  the transaction substantially lessens competition."

21          So that is the standard, Your Honor.

22          But coming back to the facts of this

23  UnitedHealth-Change case, Your Honor, a big part of the

24  conclusion that the Court reached there had to do with the

25  people the divested business was getting.  So the Court in that

Closing Argument

1   matter analyzed the divestiture, and it analyzed who was going

2   to be going over to the divested company.

3           If we could put up slide 10.

4           As you can see from this slide -- -- there's a lot

5   here.  The Court explained that a large team of individuals

6   with extensive experience managing the divested business will

7   continue to work with the business post divestiture.  And the

8   Court there relied in particular on the fact that a senior

9   leader, Carolyn Wukitch in that case, was coming over with the

10  divestiture.  And the Court said Ms. Wukitch was a core member

11  of the business that was being divested.  The Court spoke about

12  her experience and expertise with all aspects of that business.

13          And the Court found that the fact that Ms. Wukitch,

14  along with around 375 other individuals, the fact that they

15  would all be conveyed with the divestiture to run the business

16  day-to-day was powerful evidence that the divestiture would be

17  successful and that it would be able to be able to compete from

18  day one.  And the Court went on to discuss those people in

19  greater detail in its opinion, as you can see, on slide 12.

20          Now, I'm sure you can guess where I'm going with

21  this, Your Honor.  The reason this case matters is because this

22  is the situation we have here with Susan Morris and the team

23  that is going with her to C&S.  When the FTC says that C&S

24  doesn't have the right talent, they tend to only focus on the

25  people who are working at C&S today and the retail experience

Closing Argument

1    that C&S has now.  And that's what they did in their closing

2    argument.  That's what they did in the core of their case.

3            But as part of this deal, Your Honor, C&S is getting

4    tens of thousands of people to run those stores and to run the

5    business -- turn to slide 13.  And that includes 67,000

6    employees who are currently running the stores and the

7    distribution centers C&S is getting in the deal.

8            And it also includes, Your Honor, thousands of people

9    in the corporate office, all the way up to the leadership team

10   that C&S is building to run this business at the top.  Those

11   are just a handful of the people in the leadership team.

12           Now, let me talk about Ms. Susan Morris, because her

13   story is critical to C&S's future, and it is also very personal

14   to Albertsons.  You've heard from over a dozen witnesses in

15   this hearing who have spent their lives working in and around

16   the grocery industry, and not one of them has more experience

17   in this industry than Susan Morris.  Ms. Morris has spent her

18   entire 39-year career in this industry, and her work has

19   involved her in just about every single aspect of the grocery

20   business.

21           She has been a clerk in stores.  She has worked in

22   pricing.  She has managed stores.  She has run entire

23   departments of stores.  She has worked in merchandising, in

24   sales, and in marketing.  She has run two divisions.  And while

25   she was a division president, she helped grow the company from

Closing Argument

1   200 stores, as of 2010, to 1,000 stores in 2013, and just a few

2   years later, to the 2,300 stores Albertsons has today,

3   Your Honor.  And she is now overseeing all of those 2,300

4   stores in her role as COO.

5        And even now, as a senior executive, Ms. Morris is in

6   her stores to watch what's happening and figuring out how to

7   make things run better.  And you heard her talk when she came

8   in to testify about the regular store visits she conducts and

9   the time that she spends talking to the people working in those

10  stores.  And the vast majority of stores, Your Honor, 486 out

11  of 579 that are being divested to C&S, those are Albertsons'

12  stores, they are Susan Morris' stores, and they are coming with

13  Susan Morris' people

14       Now, it's not just her resume, Your Honor, that

15  qualifies her to run the divested business, because you also

16  heard at trial from multiple witnesses about how well respected

17  she is by everyone in the industry.  You heard from

18  Mr. Sankaran, Albertsons' CEO, who said Ms. Morris is "probably

19  the most respected leader in the company; someone who gets it

20  done, no matter what challenge is thrown her way."

21       You heard it confirmed by division presidents who

22  have worked for her for years, who talked about how the people

23  at Albertsons are excited about the possibility of going to

24  work for Ms. Morris at C&S.

25       Todd Broderick was in here testifying, and he

Closing Argument

1  described Ms. Morris as "the brightest, smartest, best grocer

2  I've ever worked with."  And he said that the people in the

3  stores that he oversees in Denver were all encouraged and

4  excited when they learned that Susan was made CEO.  And Kevin

5  Curry said more of the same.

6          What the evidence at this hearing has shown is that

7  there is just about no one more qualified than Susan Morris to

8  run the divested stores and run them well.  The fact that Susan

9  Morris and all of these other people are coming with her to run

10  this divested business, that's not just a nice fact.  It should

11  be a critical factor that this Court should consider in its

12  consideration of the divestiture, because that critical factor

13  completely undercuts one of the FTC's key theories of harm that

14  will come out of this merger.

15          Now, the other big point the FTC tries to make is

16  that C&S isn't getting the right assets to run a successful

17  business that can compete with Kroger after the merger.  The

18  first point that the Government spent a lot of time on -- they

19  made a big deal about it -- was the banners that C&S is getting

20  and the stores that C&S will have to re-banner

21          The plaintiffs and their expert, Mr. Fox, tried to

22  make it sound like that re-bannering is one of the hardest

23  challenges that a company could face and that the scope of the

24  re-bannering that C&S would have to do would make it very, very

25  difficult for them to succeed.  But that's not what the

Closing Argument

1    evidence actually showed, Your Honor.

2         First, as you've heard, less than half of the

3    divested stores are actually going to have to be re-bannered,

4    and for the stores that do have to be re-bannered, the majority

5    are located in markets that already have one of the banners

6    that C&S is acquiring, and you can see that from this slide

7    here.  So that leaves, Your Honor, about and at most 129 stores

8    that C&S will have to re-banner in markets where a banner is

9    not already present.  So 129 out of 579, which is less than

10   25 percent, and that's even by the FTC's count.

11        And you've heard Ms. Morris describe the many

12   re-bannerings she's done over the course of her career, and

13   that included 70 A&P stores Albertsons bought out of

14   bankruptcy, which they re-bannered successfully in just a few

15   months.

16        Now, based on her experience, Ms. Morris knows that

17   there are ways to re-banner and to re-banner right.  She has

18   already, as she testified, thought about plans for ways that

19   C&S can do that here, and she provided examples of that when

20   she was testifying at trial.  The other thing that she

21   testified to, Your Honor, is that -- and other witnesses as

22   well -- that the transition services agreement gives C&S the

23   time they need to make that transition, that re-bannering

24   thoughtfully and successfully.

25        So in addition to re-bannering, Your Honor, the

Closing Argument

1    Government has said -- the FTC has said on private label, C&S

2    is going to be at a huge disadvantage, because they won't have

3    the same scope of private label offerings as Kroger and

4    Albertsons at day one of the merger.  But the evidence at trial

5    actually shows that those concerns do not hold water.

6              So, first, Ms. Morris testified about the experience

7    that she has had with developing private label products over

8    the course of her career, and then she also talked about the

9    private label brands that C&S already has and how she feels

10   confident that C&S has everything it needs to build a strong

11   private label portfolio with the assets that it's getting and

12   the time it has to develop them.  And she also talked about how

13   common it actually is in the industry to retain third-party

14   companies like TopCo to provide private label brands to

15   companies that don't have their own.

16             The evidence at trial was that Walmart uses TopCo,

17   Target uses TopCo, and some of the witnesses, like Raley's and

18   Stater Brothers, even use TopCo.  So again, their arguments

19   about private label really are much ado about nothing.

20             The tech stack, Your Honor.  As to the tech stack,

21   Ms. Morris also explained that more than 80 percent of the

22   stores being divested are already running on the exact system

23   that C&S is acquiring.  And for the stores that are not already

24   running on this tech stack, C&S is getting the people with the

25   right expertise to help those stores transition.  So the FTC

Closing Argument

1    tried to solicit testimony about how hard things would be for
2    C&S.  But what you heard over and over again from Ms. Morris
3    and others is that C&S will have the means to build and plan
4    and execute on all of this.
5            Now, let me just briefly address the conspiracy
6    theory that Mr. Wolf raised that C&S won't run these stores,
7    just from Albertsons' point of view.
8            Again, let me come back to Ms. Morris, who explained
9    that she had agreed to take on this new role as head of retail
10   of C&S only because she was absolutely confident about C&S's
11   commitment to running these stores.  She got that commitment
12   from C&S's owner, Rick Cohen, in her meeting with him.  This is
13   her testimony on that.  And as you can see on the slide -- and
14   you may recall, Your Honor, from the testimony, she asked him
15   point-blank if he was going to buy the stores and sell them
16   off, because she was not interested in that.  And Mr. Cohen
17   told her, "Absolutely not.  We want to be in the grocery
18   business."
19           And as she further testified, she would not be
20   putting her very own people, the people that she has worked
21   with for 35 years, on the line if she was not confident that
22   C&S was both willing to run these stores and capable of doing
23   so.
24           Now, on Haggen, Your Honor, the FTC has fizzled.
25   They made a big deal in the opening about how they've seen this

Closing Argument

1  story before with Haggen, who everybody said was going to be

2  great, and then they ran the stores into the ground.  They

3  talked about how they were going to bring a witness, Naomi

4  Oligario, to testify about her experience.  But the FTC never

5  called Ms. Oligario.  In fact, they didn't bring any witness in

6  this trial who could talk about Haggen from a position of

7  experience as opposed to speculation.

8          They got some secondhand speculation from Stater

9  Brothers, one union representative, Ms. Zinder, that thought

10  she thought it was a mistake to tell union workers to go to

11  Haggen.  But there were no people who came in who had

12  first-hand knowledge of Haggen.  Instead, the only thing we

13  heard from anyone who knew anything about this firsthand was

14  from Susan Morris, again.  Ms. Morris was a division president

15  when the Safeway and Haggen merger happened.  And she explained

16  that there were a lot of important differences between Haggen

17  and C&S.

18          Slide 19.

19          So there is a huge difference in the supply chain

20  networks.  C&S has a massive supply chain network that puts it

21  on a whole different level than Haggen.  Then the TSA, which

22  gives C&S time to make transition, and, of course, all the

23  personnel that we have discussed already that C&S is getting to

24  run the stores.

25          So the only evidence that is in the record,

Closing Argument

1    Your Honor, about the Haggen divestiture, shows that that

2    divestiture has nothing to do with the type of facts we have

3    here and that are present for the C&S divestiture.  So the

4    bottom line is that no matter how much plaintiffs try to say

5    that C&S will not succeed, and one of the reasons is the Haggen

6    divestiture, they do not have the goods to back that up.

7            So, Your Honor, let me turn to the competitive

8    landscape, and that's obviously important, because it relates

9    to the relevant market, and it relates to competitive harm in

10   that market.  And as you've heard, the FTC claims that there is

11   a market for consumers who value visiting supermarkets and who

12   like to fill up their baskets as one-stop shoppers.  But the

13   evidence that we have seen at trial has completely contradicted

14   this particular theory.  And let me walk through some of that

15   evidence.

16           First, the Government is wrong about how consumers

17   shop.  How many stops are consumers making per week for their

18   groceries has been something that has come up a few times

19   during trial.  In the Albertsons data that Ms. Kinney shared

20   with you, it said they're making multiple trips per week.  She

21   came in here and testified that, today, the Albertsons customer

22   makes an average of six trips per week for their grocery

23   needs.  So what does that mean for the Government's one-stop

24   shopping theory?  Well, as Ms. Kinney explained, if Albertsons

25   customers were one-stop shopping, that trip count would be one,

Closing Argument

 1   not six.

 2          And then where are consumers shopping when they

 3   aren't shopping at supermarkets like Albertsons?  Now, the

 4   Government gets this wrong also.  They claim that stores like

 5   Albertsons and Kroger are in head-to-head competition for this

 6   very specific group of customers who prioritize a one-stop

 7   shopping experience.  But we don't know who these supermarket

 8   superfans are.  We have not seen any data emerge from the

 9   Government on that, and the Albertsons data suggests that they

10   don't exist.

11          As Your Honor will recall from the share of wallet

12   data, Albertsons customers spend 12 cents of every dollar with

13   Albertsons and 88 cents of their dollar with other channels,

14   like Walmart, Costco, and Amazon, as well as a long list

15   of other retailers, and that's the effect of the channel

16   blur.

17          So if consumers were engaging in one-stop shopping at

18   supermarkets, this share of wallet data, Your Honor, would look

19   very, very different.  So that's one way we know.

20          Another way we know is the MULO+ data from Circana,

21   which confirms this also.  Again, Ms. Kinney explained that

22   Circana, who is a third-party source, they classify retailers

23   as food MULO and MULO+, and they've got a handful of grocers in

24   food.  They've got Target, Walmart, Sam's Club in MULO, and

25   they recently added Costco and Amazon to MULO+.  And for a long

Closing Argument

1  time Albertsons received and focused on just the food data.  So

2  one subset, one part of that puzzle, and that's why you see a

3  focus, as Ms. Kinney explained, in a lot of documents on a

4  primary food competitor.

5          But the MULO+ data, once the MULO plus data was

6  obtained -- unfortunately, the MULO+ data shows that they are

7  losing a lot more share than they expected, and they're losing

8  it to players that the Government says don't even compete in

9  the relevant market, such as Costco and Amazon.

10          Now, the purpose and the function of the retailers

11  that the Government brought in to testify in their case was to

12  demonstrate that there are separate and distinct channels.  But

13  as you heard, the witnesses from all of those supposedly

14  different channels, they all ultimately agreed that they are

15  competing for the same share of wallet.  They are competing for

16  the consumers' grocery dollar against a long list of

17  competitors that include themselves, that include Kroger, that

18  include Albertsons, that include Walmart, Costco, and Amazon.

19  And so they too -- the grocers that came in the FTC's case,

20  they too are experiencing the channel blur that Albertsons has

21  experienced.

22          Now, the FTC claims they didn't call the Walmarts,

23  the Targets, the Amazon, and Costcos themselves because they

24  offer a fundamentally different shopping experience.  But the

25  fact that some of these third parties might have a different

Closing Argument

1    go-to-market strategy than Albertsons does not mean that they

2    don't compete with Albertsons, and the share of wallet

3    demonstrates that.

4            So when you hear from the FTC that someone is outside

5    of the market, because of the height of their ceilings or the

6    concrete floors, because of the pallets, or because they sell

7    organic chicken instead of Tyson's chicken, those are not

8    tools, Your Honor, to opt out of competition in the market.

9    They're tools to opt in.

10           So the Government gets it completely wrong as to what

11   these consumers buy when they shop outside supermarkets, and

12   you heard about this from the FTC in their opening.  They say

13   people go to certain places for certain specific products:

14   Gatorade from one store; cases of water at another.  And they

15   say that not every store that sells groceries is a substitute

16   for another one, but they offer no evidence to support this

17   theory, Your Honor.

18           By contrast, what the Albertsons data shows is that

19   when consumers leave supermarkets to buy a particular product,

20   they end up filling their baskets with products in every

21   category, not just toothpaste and toilet paper, but fish and

22   fresh produce as well.

23           And as you saw from Ms. Kinney's analysis, Albertsons

24   learned that once a customer went elsewhere to buy toothpaste,

25   by only a year later their Albertsons basket had fallen by an

Closing Argument

1     average of 40 percent.

2            Now, the deep dive Ms. Kinney's team did on Costco

3     showed this exact same phenomena.  And you remember

4     Ms. Kinney's headline she had:  "Contrary to popular belief,

5     Costco is a grocery store."  And you remember the bar charts in

6     her analysis showing that Albertsons' customers shopping at

7     Costco weren't just buying certain products.  They were buying

8     products in every category, so not just cases of water as the

9     FTC might suggest.  They were buying eggs, they were buying

10    milk, and they were buying fresh produce.  And for many of

11    those categories, Your Honor, the customers were buying more of

12    it from Costco than from Albertsons.

13           So the FTC also completely misunderstands why

14    consumers are shopping the way that they are, because the

15    Government says that if Kroger and Albertsons combine, the

16    merged company is absolutely going to be free to raise prices,

17    because their biggest competitor will be gone, and that's their

18    main theory of competitive harm -- increased prices.

19           Now, Mr. Wolf has already touched on Walmart, but it

20    bears repeating again, that the Government completely ignores

21    the effect that Walmart's scale and pricing has on the entire

22    industry, not just Kroger, not just Albertsons, but the entire

23    industry.  But they didn't call Walmart to testify, we had to

24    do that.  And the commercial reality of Walmart's influence on

25    price cannot be understated.

Closing Argument

1          I think Your Honor remembers from my opening the

2     mac-and-cheese example.  Walmart can sell mac-and-cheese

3     cheaper than we can buy it.  And it is no wonder that Walmart

4     has become the largest grocer in America.

5          Even Mr. Fox, the FTC's own expert, wrote an article

6     pointing out Walmart's dominance and the fact that it now gets

7     one-out-of-four of every grocery dollars, and the result is

8     that Walmart is pushing prices down, not up.  They are the

9     low-price setter in this industry, and everyone else is just

10    trying to keep up as best they can.

11         But the problem is, Your Honor, Walmart is not alone

12    anymore, because during the course of this trial you also heard

13    about value retailers who are also growing rapidly and

14    expanding in the industry by using their scale to drive prices

15    down.  So there are players like Aldi, Your Honor, who have

16    more stores than Albertsons today and plan to open 800 more in

17    the next four years, and they have the scale of an

18    international company:  And Dollar General, who has fresh

19    produce in 3,000 stores, which is more than Albertsons' entire

20    footprint, and they have plans to expand that fresh into 5,000

21    stores by the end of the year.

22         And then, of course, we've only scratched the surface

23    in this trial, Your Honor, of the rapid growth of e-commerce,

24    which, as we heard from Ms. Kinney, is expected to grow at

25    11 percent over the next ten years while brick-and-mortar only

Closing Argument

1    grows 1.6 percent.

2            So in the future, Your Honor, these trends are only

3    going to accelerate and add even more downward pressure on

4    price.  The grocery dollars in this industry are shifting more

5    and more away from supermarkets and toward the low-cost players

6    with scale.  And they're shifting towards the e-commerce

7    platform, such as Amazon, which the Government, of course,

8    excludes from both of its markets.  And that shift also is

9    going to keep downward pressure on price,

10           And the future matters, Your Honor.  The future

11   matters here in your analysis, because what all of the

12   antitrust authority says, and that's both cases and the merger

13   guidelines themselves, is that the Court must look to the

14   probable future.

15           So as we try to analyze a future world both with and

16   without a merger, the evidence in this case has been consistent

17   that the industry is only going to get more and more

18   competitive in the future, and the ability to compete on price

19   is one of the key factors, and it is what this merger offers.

20   And that ability is exactly what these companies will need to

21   survive and thrive in an industry that is hyper-competitive

22   today and will only get more so in the future.

23           Thank you, Your Honor

24           THE COURT:  Thank you.

25           You have rebuttal.

1          I assume you want a break?

2          MS. MUSSER:  A five-minute break would be lovely.

3          THE COURT:  We can take ten.

4          All right.  I'm feeling generous today.

5          (Recess.)

1

2

3                                   --oOo--

4

5              I certify, by signing below, that the foregoing is a

6    correct transcript of the record of proceedings in the

7    above-entitled cause.  A transcript without an original

8    signature, conformed signature, or digitally signed signature

9    is not certified.

10
     /s/ Dennis W. Apodaca                    September 17, 2024
11   DENNIS W. APODACA, RDR, RMR, FCRR, CRR             DATE
     Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

"**ANSWER: [7]**   3514/4 3520/23 3535/11
3536/24 3537/20 3544/1 3545/19
**MR. WOLF: [1]**   3499/5
**MS. MAINIGI: [2]**   3552/17 3552/19
**MS. MUSSER: [1]**   3574/1
**THE COURT: [4]**   3499/3 3552/18 3573/23
3574/2

## $

**$1.2 [1]**   3543/16
**$1.2 billion [1]**   3543/16
**$1.3 [1]**   3506/20
**$1.3 billion [1]**   3506/20
**$1.5 [1]**   3546/18
**$1.5 billion [1]**   3546/18
**$3 [1]**   3515/2
**$323 [1]**   3547/5
**$4 [1]**   3515/2
**$4 billion [1]**   3515/2
**$52 [1]**   3547/1
**$52 million [1]**   3547/1

## '

**'one [1]**   3531/8
**'one-stop [1]**   3531/8

## –

**--oOo [1]**   3575/3

## /

**/s [1]**   3575/10

## 0

**02110 [1]**   3496/10

## 1

**1,000 [1]**   3561/1
**1,500 [3]**   3541/25 3546/15 3546/17
**1,517 [2]**   3543/12 3543/22
**1,803 [1]**   3507/3
**1.6 percent [1]**   3573/1
**1/150th [1]**   3514/23
**10 [4]**   3501/13 3502/3 3519/10 3559/3
**10  billion [1]**   3506/22
**100 [2]**   3496/10 3539/20
**100 million [1]**   3499/22
**1000 [1]**   3497/22
**10019 [1]**   3495/25
**1014 [1]**   3496/13
**10153 [1]**   3495/18
**11 percent [1]**   3572/25
**11000 [1]**   3494/21
**115 [1]**   3494/24
**1162 [2]**   3495/6 3495/9
**12 [3]**   3501/13 3559/19 3568/12
**12 percent [2]**   3502/3 3519/10
**12.7 percent [1]**   3529/18
**121 [2]**   3495/3 3496/17
**129 [2]**   3563/7 3563/9
**13 [1]**   3560/5
**13 percent [1]**   3534/15
**14 percent [1]**   3534/14
**15 [3]**   3493/15 3531/2 3549/13
**150th [1]**   3514/23
**17 [3]**   3493/6 3499/1 3575/10
**17 percent [1]**   3543/10
**1700 [1]**   3497/9
**19 [1]**   3566/18
**1900 [1]**   3497/4

## 2

**2 percent [1]**   3548/22
**2,300 [2]**   3561/2 3561/3
**2.9 billion [1]**   3511/7
**20 [1]**   3531/15
**200 [1]**   3561/1
**20001 [1]**   3495/23
**20006 [2]**   3497/4 3497/9
**2001 [1]**   3496/7
**20024 [2]**   3494/6 3496/24
**20036 [1]**   3496/8
**201 [1]**   3495/15
**2010 [1]**   3561/1
**2013 [1]**   3561/1
**2022 [2]**   3555/2 3558/4
**2024 [3]**   3493/6 3499/1 3575/10
**20580 [1]**   3494/14
**215 [1]**   3494/17
**22 percent [1]**   3535/25
**23 [1]**   3540/2
**234 [1]**   3543/22
**25 percent [1]**   3563/10
**250 [1]**   3495/25

## 3

**3,000 [1]**   3572/19
**30 [1]**   3531/15
**3000 [1]**   3495/12
**301 [1]**   3497/22
**307 [1]**   3521/19
**324 [1]**   3551/6
**326-8182 [1]**   3497/23
**3499 [1]**   3498/2
**34th [1]**   3496/10
**35 [2]**   3517/18 3565/21
**3552 [1]**   3498/3
**375 [1]**   3559/14
**39-year [1]**   3560/18
**3:24-cv-00347-AN [1]**   3493/4

## 4

**40 percent [1]**   3571/1
**400 [3]**   3494/6 3494/17 3496/17
**45-year-old [1]**   3517/18
**45202 [1]**   3496/13
**455 [1]**   3494/21
**485 [1]**   3507/4
**486 [1]**   3561/10

## 5

**5 percent [2]**   3530/8 3530/12
**5,000 [1]**   3572/20
**5.3 percent [1]**   3529/24
**50 miles [2]**   3536/8 3536/10
**50 percent [1]**   3529/13
**503 [1]**   3497/23
**549 [1]**   3536/10
**555 [2]**   3556/22 3557/5
**55th [1]**   3495/25
**579 [4]**   3507/5 3509/12 3561/11 3563/9

## 6

**6 percent [1]**   3530/9
**6.14 miles [1]**   3535/22
**60 million [1]**   3518/7
**600 [3]**   3494/13 3496/7 3546/15
**601 [1]**   3495/22
**60603 [1]**   3494/25
**67,000 [1]**   3560/5
**680 [1]**   3496/23
**693 [2]**   3542/2 3543/12

70 [1]   3563/13
700 [1]   3495/3
760 [1]   3495/12
767 [1]   3495/18
7th [1]   3494/6

8

80 percent [1]   3564/21
800 [1]   3572/16
8182 [1]   3497/23
85701 [1]   3494/17
88 [1]   3568/13

9

9 million [1]   3518/8
94065 [1]   3495/15
94102 [1]   3494/21
95 [1]   3507/4
97204 [3]   3495/4 3496/17 3497/22
97205 [1]   3495/13
97301 [2]   3495/7 3495/10
98 [1]   3548/22
98.7 percent [1]   3549/5
99 percent [1]   3548/23

A

ability [5]   3506/15 3512/7 3557/24
  3573/18 3573/20
able [3]   3503/14 3559/17 3559/17
about [143]
above [2]   3512/14 3575/7
above-entitled [1]   3575/7
absolutely [6]   3518/7 3522/20 3526/19
  3565/10 3565/17 3571/16
accelerate [1]   3573/3
accept [2]   3514/8 3549/18
accepts [1]   3518/9
according [4]   3532/8 3532/8 3532/9
  3536/9
account [5]   3529/18 3529/19 3542/4
  3542/8 3542/9
accurately [1]   3527/19
achieve [1]   3553/19
acknowledge [1]   3503/17
acknowledged [2]   3516/8 3545/15
acknowledges [1]   3529/17
acquire [3]   3507/3 3507/4 3507/4
acquired [1]   3524/11
acquiring [2]   3563/6 3564/23
across [1]   3552/14
Act [1]   3554/1
action [2]   3505/6 3526/17
active [1]   3503/6
actual [1]   3516/23
actually [13]   3517/9 3529/19 3531/3
  3535/24 3536/4 3536/5 3542/3 3542/4
  3553/22 3563/1 3563/3 3564/5 3564/13
Adam [1]   3496/19
add [1]   3573/3
added [1]   3568/25
addition [1]   3563/25
additional [1]   3507/4
address [3]   3509/7 3525/24 3550/13
  3556/10 3565/5
addressed [2]   3504/4 3508/3
adjourned [1]   3526/16
administrative [1]   3526/15
admitted [3]   3516/16 3534/4 3534/5
ado [1]   3564/19
ADRIENNE [1]   3493/16
advance [1]   3552/21

advantage [1]   3545/18
advertise [1]   3561/21
advertising [1]   3505/11
advised [1]   3520/11
advocacy [1]   3516/24
Adwoa [1]   3496/21
affect [3]   3527/12 3540/14 3557/15
affected [1]   3553/2
afford [2]   3541/18 3552/9
affordable [1]   3506/16
after [14]   3501/1 3501/2 3501/6 3502/8
  3502/9 3502/9 3504/10 3531/14 3534/20
  3539/3 3550/24 3550/25 3556/23 3562/17
again [28]   3502/5 3509/1 3509/10
  3520/17 3522/11 3525/24 3525/25 3528/8
  3528/8 3528/8 3530/13 3533/15 3535/20
  3538/10 3540/11 3541/14 3545/24 3546/22
  3548/10 3549/23 3551/18 3552/16 3564/18
  3565/2 3565/8 3566/14 3568/21 3571/20
against [11]   3501/5 3509/20 3528/19
  3538/13 3538/13 3539/22 3544/25 3546/20
  3548/25 3550/22 3569/16
aggressively [2]   3504/19 3509/21
ago [6]   3499/7 3503/8 3508/5 3531/15
  3536/23 3553/4
agree [7]   3501/8 3516/9 3523/1 3532/17
  3536/12 3538/12 3544/7
agreed [2]   3565/9 3569/14
agreement [4]   3509/18 3549/10 3551/13
  3563/22
agreements [3]   3521/9 3545/18 3557/10
ahead [1]   3499/5
Ahold [1]   3528/17
aisle [2]   3503/1 3519/17
Aitken [4]   3503/6 3518/4 3535/18 3536/3
al [1]   3493/3
Albany [2]   3535/22 3536/1
albeit [1]   3507/1
ALBERTSONS [87]
Albertsons' [12]   3503/11 3512/7 3519/9
  3540/14 3554/8 3555/6 3557/9 3561/11
  3561/14 3565/3 3571/6 3572/9
alcohol [1]   3532/1
Aldi [15]   3499/14 3503/21 3504/15
  3514/17 3517/14 3517/19 3518/14 3522/3
  3528/6 3528/22 3529/14 3531/4 3531/24
  3550/8 3572/15
Alexander [1]   3494/9
all [60]   3499/5 3500/25 3502/4 3506/21
  3507/5 3507/6 3510/3 3510/19 3512/14
  3512/17 3513/3 3516/21 3516/21 3519/3
  3520/17 3522/18 3523/6 3523/16 3523/17
  3524/12 3524/20 3524/20 3525/11 3526/1
  3527/7 3528/7 3528/13 3528/15 3528/17
  3529/15 3531/22 3531/24 3532/1 3535/16
  3535/15 3535/22 3537/11 3537/12 3537/14
  3538/12 3540/1 3542/11 3546/14 3546/18
  3551/22 3552/23 3556/3 3557/12 3559/12
  3559/15 3560/9 3561/3 3562/3 3562/9
  3565/4 3566/22 3569/13 3569/14 3573/11
  3574/4
allege [1]   3532/18
allow [4]   3523/24 3538/8 3544/20 3553/20
allowed [3]   3540/24 3556/15 3556/19
allows [1]   3544/22
alluded [2]   3555/1 3556/4
allusions [1]   3509/24
almost [6]   3499/16 3499/22 3500/3 3508/9
  3510/2 3535/25
alone [5]   3518/20 3527/20 3539/8 3548/15
  3572/11
along [2]   3545/1 3559/14
already [11]   3503/20 3522/2 3533/6

**already... [8]** 3563/5 3563/9 3563/18
3564/9 3564/22 3564/23 3566/23 3571/19
**also [35]** 3499/17 3501/8 3501/17 3503/19
3507/9 3510/23 3511/6 3514/20 3515/11
3519/7 3521/12 3521/17 3536/6 3548/8
3549/22 3550/25 3552/20 3553/7 3555/15
3556/10 3556/21 3558/4 3558/17 3560/8
3560/13 3561/15 3564/8 3564/12 3564/21
3568/4 3568/21 3571/13 3572/12 3572/13
3573/8
**alternative [2]** 3530/19 3540/20
**Alternatively [1]** 3521/6
**although [5]** 3508/4 3514/11 3538/1
3538/2 3538/3
**always [3]** 3510/24 3510/25 3527/4
**amazing [1]** 3551/24
**Amazon [18]** 3499/14 3503/21 3504/15
3514/18 3518/18 3522/3 3525/16 3528/16
3531/4 3550/7 3553/21 3556/13 3568/14
3568/25 3569/9 3569/18 3569/23 3573/7
**Amazon.com [1]** 3528/7
**amended [2]** 3533/10 3533/11
**America [2]** 3518/5 3572/4
**American [2]** 3552/6 3552/6
**Americans [1]** 3501/11
**among [1]** 3501/2
**amount [5]** 3509/11 3520/13 3545/11
3545/12 3552/22
**amusingly [1]** 3531/25
**analysis [9]** 3519/4 3519/11 3523/2
3527/13 3530/3 3539/13 3570/23 3571/6
3573/11
**analyze [6]** 3531/4 3539/18 3543/18
3550/16 3558/1 3573/15
**analyzed [2]** 3559/1 3559/1
**Andrew [2]** 3496/4 3497/3
**anecdotal [3]** 3521/5 3521/17 3521/18
**Angeli [2]** 3496/16 3496/16
**announced [1]** 3556/24
**another [12]** 3499/10 3512/11 3514/15
3530/3 3536/16 3536/17 3549/4 3557/6
3558/17 3568/20 3570/14 3570/16
**answer [5]** 3507/25 3511/1 3538/16 3544/9
3557/16
**answers [1]** 3520/25
**anti [1]** 3510/1
**anti-Haggen [1]** 3510/1
**anticompetitive [9]** 3527/3 3527/5
3538/16 3540/12 3541/23 3544/17 3544/24
3546/8 3547/9
**anticompetitor [1]** 3531/8
**antidotes [1]** 3511/17
**antitrust [9]** 3515/19 3516/2 3527/21
3530/23 3533/2 3548/3 3550/19 3550/21
3573/12
**any [29]** 3501/22 3505/20 3505/24 3505/25
3508/22 3512/13 3520/21 3520/23 3523/8
3527/10 3527/15 3527/18 3531/19 3533/22
3538/3 3539/13 3542/22 3542/24 3547/9
3547/9 3547/10 3547/11 3548/11 3548/18
3554/18 3554/19 3557/8 3566/5 3568/8
**anybody [2]** 3549/21 3551/18
**anymore [2]** 3532/10 3572/12
**anyone [1]** 3566/13
**anything [4]** 3509/5 3540/6 3550/21
3566/13
**apodaca [4]** 3497/21 3497/23 3575/10
3575/11
**apparently [1]** 3517/15
**APPEARANCES [4]** 3494/1 3495/1 3496/2
3497/1

**apples [4]** 3528/23 3529/24 3528/25
3528/25
**apples' [1]** 3528/21
**apply [2]** 3543/25 3544/11
**approach [14]** 3513/20 3513/22 3513/23
3529/6 3534/16 3536/7 3536/11 3536/15
3536/16 3536/18 3537/10 3537/18 3538/5
3538/7
**archaic [1]** 3531/13
**are [124]**
**area [2]** 3535/11 3535/15
**areas [7]** 3540/16 3540/17 3548/3 3549/10
3549/24 3552/25 3555/21
**aren't [2]** 3540/3 3568/3
**Arens [1]** 3494/8
**argument [12]** 3493/15 3498/2 3498/3
3500/11 3500/14 3512/17 3517/3 3519/15
3544/16 3548/4 3548/8 3560/2
**arguments [1]** 3564/18
**ARIZONA [2]** 3494/15 3494/16
**Arnold [2]** 3495/22 3495/24
**around [7]** 3512/1 3522/1 3533/25 3535/21
3546/4 3559/14 3560/15
**article [4]** 3504/9 3504/10 3547/22
3572/5
**as [96]**
**Ashenfelter [3]** 3520/17 3520/20 3550/11
**ask [1]** 3527/1
**asked [19]** 3510/25 3514/1 3518/4 3522/25
3530/4 3531/2 3532/3 3532/17 3535/10
3537/4 3537/19 3539/12 3541/6 3542/16
3543/13 3543/23 3543/24 3550/11 3565/14
**aspect [2]** 3558/5 3560/19
**aspects [1]** 3559/12
**assets [3]** 3557/20 3562/16 3564/11
**associates [8]** 3499/10 3506/20 3506/23
3524/1 3553/6 3554/4 3554/5 3557/15
**associates' [2]** 3547/13 3552/8
**assortment [1]** 3524/10
**assume [5]** 3538/12 3543/25 3547/23
3557/9 3574/1
**assuming [3]** 3511/13 3525/7 3547/5
**assumption [1]** 3524/4
**attained [1]** 3520/16
**attempt [3]** 3500/12 3503/24 3527/25
**attempted [1]** 3499/20
**attorney [10]** 3494/16 3494/20 3494/23
3500/11 3500/14 3512/16 3517/3 3519/15
3544/15 3548/4
**attorneys [1]** 3520/5
**attractive [1]** 3501/20
**audience [1]** 3505/11
**authority [1]** 3573/12
**available [2]** 3501/21 3506/3
**Avenue [8]** 3494/13 3494/21 3495/12
3495/18 3495/22 3496/23 3497/9 3497/22
**average [2]** 3567/22 3571/1
**away [5]** 3499/13 3525/12 3536/8 3547/9
3573/5
**awful [1]** 3550/18
**AZ [1]** 3494/17

---

**B**

**back [10]** 3511/7 3519/14 3522/5 3528/20
3533/11 3536/14 3536/16 3558/22 3565/8
3567/6
**backs [1]** 3548/20
**backwards [1]** 3553/18
**bad [2]** 3553/5 3553/9
**baked [2]** 3510/12 3538/7
**Baker [2]** 3522/24 3526/24
**Bakersfield [1]** 3549/11
**balance [1]** 3525/22

**Balbach [1]** 3494/11
**Bambo [1]** 3495/14
**band [1]** 3546/1
**bankruptcy [1]** 3563/14
**banner [5]** 3562/20 3563/8 3563/8 3563/17 3563/17
**bannered [3]** 3563/3 3563/4 3563/14
**bannering [4]** 3562/22 3562/24 3563/23 3563/25
**bannerings [1]** 3563/12
**banners [3]** 3509/13 3562/19 3563/5
**bar [1]** 3571/5
**barely [2]** 3504/4 3536/13
**bargain [1]** 3550/22
**bargaining [8]** 3549/9 3550/17 3550/18 3550/20 3551/13 3551/15 3551/17 3557/10
**Barrington [1]** 3495/16
**base [1]** 3523/15
**based [13]** 3526/17 3533/5 3534/11 3534/16 3534/23 3536/14 3536/15 3536/22 3537/10 3537/18 3537/19 3539/22 3563/16
**basic [1]** 3533/24
**basis [1]** 3538/21
**basket [1]** 3570/25
**baskets [2]** 3567/12 3570/20
**be [97]**
**bear [3]** 3500/5 3500/5 3500/6
**bears [1]** 3571/20
**because [60]** 3500/5 3502/17 3502/17 3502/20 3504/20 3506/13 3513/3 3515/25 3516/4 3518/22 3522/18 3524/19 3526/5 3528/22 3529/1 3529/3 3529/4 3529/21 3531/13 3531/16 3533/21 3534/19 3536/12 3537/7 3538/22 3540/8 3541/1 3541/21 3542/5 3542/13 3542/24 3544/22 3546/3 3546/8 3547/21 3548/12 3550/5 3551/5 3552/5 3552/11 3553/18 3555/24 3557/7 3558/10 3559/21 3560/12 3561/15 3562/12 3564/2 3565/10 3565/16 3567/8 3569/23 3570/5 3570/6 3570/6 3571/14 3571/17 3572/12 3573/11
**become [1]** 3572/4
**becoming [1]** 3521/25
**been [19]** 3501/3 3502/15 3506/10 3506/11 3506/12 3506/12 3511/16 3511/22 3531/15 3538/21 3540/10 3551/6 3551/24 3552/1 3552/2 3555/20 3560/21 3567/18 3573/16
**before [6]** 3493/16 3499/17 3520/10 3541/8 3557/24 3566/1
**beginning [1]** 3507/11
**behave [1]** 3515/20
**behemoths [1]** 3499/13
**behind [3]** 3510/20 3510/20 3541/19
**being [9]** 3525/24 3535/2 3540/5 3547/22 3551/9 3551/10 3559/11 3561/11 3564/22
**belabor [1]** 3529/11
**belief [1]** 3571/4
**belies [3]** 3515/6 3515/7 3549/10
**believe [6]** 3522/20 3532/25 3538/9 3544/4 3552/2 3552/5
**below [1]** 3575/5
**beneficiaries [1]** 3506/17
**benefit [13]** 3501/16 3502/10 3505/18 3506/19 3508/14 3513/25 3516/6 3517/2 3522/19 3523/22 3524/17 3524/19 3555/17
**benefiting [1]** 3501/14
**benefits [14]** 3499/11 3506/19 3516/16 3518/12 3524/3 3524/20 3525/4 3525/12 3547/11 3549/25 3550/4 3551/7 3552/14 3557/12
**Bertelsmann [4]** 3542/18 3542/18 3542/25

**best [4]** 3489/22 3511/7 3516/22 3518/25 3545/22 3562/1 3572/10
**Beth [1]** 3496/20
**better [6]** 3523/21 3545/8 3545/8 3551/12 3554/6 3561/7
**between [6]** 3520/22 3536/10 3538/20 3548/21 3558/3 3566/16
**beyond [2]** 3512/9 3537/6
**big [7]** 3518/5 3537/13 3557/8 3558/23 3562/15 3562/19 3565/25
**big-family [1]** 3518/5
**bigger [2]** 3551/2 3551/2
**biggest [4]** 3534/6 3534/10 3534/17 3571/17
**billion [19]** 3506/6 3506/18 3506/19 3506/20 3506/22 3510/2 3511/7 3511/7 3511/8 3514/23 3515/2 3515/2 3543/16 3546/5 3546/18 3546/23 3546/25 3547/1 3547/8
**billion-dollar [1]** 3547/8
**billion-dollar-price [1]** 3546/5
**billions [4]** 3505/24 3506/3 3510/22 3524/10
**bills [1]** 3499/10
**bit [4]** 3507/16 3511/3 3554/21 3554/21
**bizarre [1]** 3541/1
**BJ [1]** 3532/1
**BJ's [1]** 3531/24
**Blackburn [1]** 3494/4
**blank [1]** 3565/15
**blocked [3]** 3538/22 3554/10 3557/2
**blocking [1]** 3553/15
**blocks [1]** 3553/22
**blog [1]** 3551/4
**blotch [1]** 3536/3
**blur [2]** 3568/16 3569/20
**board [5]** 3506/2 3506/12 3521/7 3521/7 3546/9
**Boston [1]** 3496/10
**both [12]** 3499/16 3505/17 3519/17 3530/9 3534/9 3542/25 3546/24 3548/24 3565/22 3573/8 3573/12 3573/15
**bottles [1]** 3501/24
**bottom [1]** 3567/4
**bought [2]** 3557/2 3563/13
**box [4]** 3500/10 3521/21 3545/11 3557/8
**Bradley [1]** 3496/19
**brands [4]** 3509/13 3545/7 3564/9 3564/14
**break [2]** 3574/1 3574/2
**brick [1]** 3572/25
**brick-and-mortar [1]** 3572/25
**briefing [2]** 3519/3 3551/22
**briefly [5]** 3531/16 3544/18 3547/19 3556/10 3565/5
**brightest [1]** 3562/1
**bring [6]** 3515/4 3523/15 3541/11 3557/22 3566/3 3566/5
**brings [1]** 3501/18
**broad [2]** 3548/13 3548/17
**broader [1]** 3523/15
**broadly [1]** 3511/11
**Broderick [1]** 3561/25
**Brothers [8]** 3515/23 3516/3 3516/11 3517/17 3524/25 3535/13 3564/18 3566/9
**brought [6]** 3502/10 3521/19 3521/22 3537/10 3538/6 3569/11
**Bryson [1]** 3494/9
**budgets [1]** 3501/10
**build [2]** 3564/10 3565/3
**building [1]** 3560/10
**burden [12]** 3500/5 3500/6 3500/6 3500/21 3517/4 3522/9 3527/3 3527/6 3527/8

**B**

**burden... [3]** 3527/10 3536/18 3541/14
**bury [1]** 3509/3
**bus [1]** 3517/23
**business [24]** 3501/4 3502/2 3508/11
 3508/25 3509/10 3509/20 3511/8 3515/2
 3521/8 3521/24 3523/8 3558/25 3559/6
 3559/7 3559/11 3559/12 3559/15 3560/5
 3560/10 3560/20 3561/15 3562/10 3562/17
 3565/18
**but for [1]** 3522/22
**button [1]** 3526/2
**buy [8]** 3528/25 3528/25 3535/6 3565/15
 3570/11 3570/19 3570/24 3572/3
**buyer [3]** 3508/19 3519/25 3557/6
**buying [6]** 3571/7 3571/7 3571/9 3571/9
 3571/10 3571/11
**buys [2]** 3525/5 3525/6
**by-play [1]** 3517/8

**C**

**CA [2]** 3494/21 3495/15
**calculate [1]** 3537/19
**CALIFORNIA [2]** 3494/19 3494/20
**call [10]** 3516/23 3517/25 3518/16
 3518/17 3518/17 3518/18 3520/9 3536/3
 3569/22 3571/23
**called [8]** 3501/3 3515/11 3515/22
 3536/15 3539/10 3545/14 3549/2 3566/5
**came [10]** 3516/9 3540/21 3544/3 3554/8
 3555/6 3556/14 3561/7 3566/11 3567/21
 3569/19
**can [46]** 3502/1 3504/22 3504/24 3505/1
 3505/4 3505/5 3510/24 3510/25 3514/25
 3515/1 3519/11 3524/21 3524/22 3525/18
 3526/3 3532/11 3535/2 3536/14 3536/21
 3538/11 3540/15 3540/18 3541/17 3545/22
 3546/4 3546/8 3546/19 3547/7 3547/7
 3547/17 3548/25 3550/21 3553/19 3556/2
 3556/18 3559/4 3559/19 3559/20 3562/17
 3563/6 3563/19 3565/13 3572/2 3572/3
 3572/10 3574/3
**can't [7]** 3505/13 3505/13 3513/20
 3514/24 3528/25 3529/21 3552/9
**cannot [5]** 3500/20 3522/8 3527/9 3555/24
 3571/25
**capabilities [1]** 3523/14
**capable [1]** 3565/22
**capitalized [1]** 3508/19
**capture [1]** 3542/11
**car [1]** 3517/24
**card [1]** 3542/7
**care [2]** 3517/10 3545/3
**career [3]** 3560/18 3563/12 3564/8
**Carolyn [1]** 3559/9
**case [57]** 3493/4 3499/25 3500/12 3500/22
 3504/10 3511/11 3511/14 3511/19 3512/24
 3513/3 3514/22 3515/9 3515/14 3515/16
 3515/17 3516/20 3516/21 3518/23 3519/1
 3520/4 3520/8 3520/19 3520/21 3521/4
 3521/22 3522/23 3525/20 3525/22 3526/9
 3529/5 3529/7 3529/8 3530/18 3532/14
 3533/13 3533/14 3533/17 3533/18 3533/18
 3534/3 3540/4 3541/11 3541/20 3542/18
 3543/3 3545/3 3547/20 3550/19 3551/11
 3558/6 3558/23 3559/9 3559/21 3560/2
 3569/11 3569/19 3573/16
**cases [4]** 3542/17 3570/14 3571/8 3573/12
**Casey [1]** 3495/11
**catch [1]** 3503/14
**categories [2]** 3545/13 3571/11
**category [3]** 3503/1 3570/21 3571/8

**cause [1]** 3575/7
**CBA [2]** 3524/6 3549/2
**CBAs [1]** 3549/14
**cease [1]** 3539/14
**ceilings [1]** 3570/5
**center [1]** 3535/24
**centers [2]** 3509/13 3560/7
**cents [2]** 3568/12 3568/13
**century [1]** 3524/14
**CEO [4]** 3521/21 3554/8 3561/18 3562/4
**certain [5]** 3512/1 3523/21 3570/13
 3570/13 3571/7
**certainly [3]** 3522/20 3555/13 3557/3
**certainty [1]** 3499/12
**certified [1]** 3575/9
**certify [1]** 3575/5
**cetera [2]** 3513/10 3521/11
**chain [5]** 3505/22 3523/20 3545/5 3566/19
 3566/20
**challenge [6]** 3499/20 3501/12 3516/21
 3558/8 3558/10 3561/20
**challenged [2]** 3532/4 3558/6
**challenges [1]** 3562/23
**chances [1]** 3554/13
**change [6]** 3554/16 3556/5 3557/14
 3557/15 3558/3 3558/23
**changed [1]** 3553/11
**changes [1]** 3501/15
**changing [1]** 3556/2
**channel [3]** 3553/13 3568/15 3569/20
**channels [3]** 3568/13 3569/12 3569/14
**characterize [1]** 3543/6
**charges [1]** 3501/13
**Charles [1]** 3494/3
**chart [6]** 3502/13 3532/5 3539/5 3541/24
 3543/24 3544/5
**charts [1]** 3571/5
**cheaper [1]** 3572/3
**check [3]** 3521/11 3525/14 3539/22
**checked [1]** 3540/11
**checker [1]** 3521/21
**checkout [1]** 3521/21
**checks [1]** 3539/20
**cheese [2]** 3572/2 3572/2
**Cheryl [1]** 3495/8
**Chicago [2]** 3494/25 3540/1
**chicken [2]** 3570/7 3570/7
**children [2]** 3503/25 3504/1
**chips [1]** 3537/12
**choices [1]** 3529/4
**choose [2]** 3520/8 3550/23
**chose [3]** 3519/18 3521/1 3521/1
**chosen [1]** 3516/19
**Christian [1]** 3495/20
**Christine [1]** 3496/11
**Christopher [1]** 3495/2
**Cincinnati [1]** 3496/13
**Circana [2]** 3568/20 3568/22
**circle [17]** 3513/14 3513/14 3533/25
 3534/11 3534/16 3534/23 3535/5 3535/9
 3535/9 3535/11 3535/12 3535/18 3535/21
 3535/24 3536/1 3536/8 3536/11
**circle-based [1]** 3534/16
**circles [2]** 3533/21 3534/7
**circulars [1]** 3511/17
**circumstance [1]** 3528/2
**cite [1]** 3543/2
**cited [2]** 3542/25 3558/17
**city [1]** 3534/17
**Civil [2]** 3495/6 3495/9
**claim [4]** 3527/21 3541/4 3557/18 3568/4
**claimed [1]** 3541/7
**claims [3]** 3526/11 3567/10 3569/22

**C**
**classify [1]** 3568/22
**Clay [2]** 3556/21 3556/22
**Clayton [1]** 3554/1
**clean [2]** 3545/10 3545/16
**clear [8]** 3506/18 3513/18 3522/12
3527/18 3532/7 3533/12 3547/20 3557/17
**clearly [1]** 3541/23
**clerk [2]** 3521/21 3560/21
**cleverly [1]** 3535/18
**cliff [1]** 3509/19
**clones [1]** 3509/14
**close [5]** 3503/3 3504/19 3506/14 3551/20
3552/9
**closing [8]** 3493/15 3498/2 3498/3
3509/24 3517/22 3536/13 3544/8 3560/1
**closure [1]** 3512/13
**closures [2]** 3506/21 3554/13
**Club [2]** 3531/23 3568/24
**CMCR [4]** 3513/22 3513/23 3527/14 3541/15
**coast [2]** 3508/9 3508/9
**coast-to-coast [1]** 3508/9
**cobbling [1]** 3548/5
**Cohen [2]** 3565/12 3565/16
**Coke [2]** 3501/22 3545/8
**cola [1]** 3501/25
**colleague [3]** 3503/10 3507/9 3510/5
**colleague's [1]** 3509/24
**collective [4]** 3549/9 3551/12 3551/17
3557/9
**collectively [3]** 3508/22 3514/12 3518/19
**Colleen [1]** 3496/6
**combination [1]** 3535/13
**combine [5]** 3505/16 3505/23 3509/8
3544/3 3571/15
**combined [2]** 3508/15 3521/19
**come [7]** 3501/19 3525/10 3548/21 3549/20
3562/14 3565/8 3567/18
**comes [3]** 3530/7 3530/8 3541/16
**coming [7]** 3502/6 3522/1 3554/16 3558/22
3559/9 3561/12 3562/9
**commerce [3]** 3547/22 3572/23 3573/6
**commercial [4]** 3553/10 3553/17 3553/18
3571/24
**COMMISSION [6]** 3493/3 3494/2 3494/5
3494/13 3514/16 3514/19
**commitment [6]** 3502/18 3506/21 3515/6
3524/8 3565/11 3565/11
**commitments [2]** 3506/10 3552/1
**committed [4]** 3509/6 3510/21 3514/23
3515/3
**commodity [1]** 3547/22
**common [4]** 3515/7 3530/14 3549/10
3564/13
**communities [8]** 3499/11 3505/19 3547/14
3547/15 3547/15 3553/7 3554/5 3557/16
**companies [18]** 3493/7 3496/15 3497/6
3504/14 3505/15 3505/23 3508/8 3508/16
3509/21 3518/19 3522/1 3525/5 3530/25
3545/21 3552/11 3564/14 3564/15 3573/20
**company [19]** 3493/6 3495/11 3496/3
3496/12 3504/7 3508/24 3510/12 3520/11
3521/6 3521/15 3544/22 3554/17 3555/11
3559/2 3560/25 3561/19 3562/23 3571/16
3572/18
**company's [1]** 3555/8
**compare [5]** 3499/18 3540/18 3546/19
3546/23 3549/23
**compared [1]** 3540/19
**compete [19]** 3509/20 3512/7 3516/13
3528/18 3529/22 3535/14 3543/16 3543/17
3543/21 3548/12 3548/19 3549/12 3553/20

**competes [1]** 3501/5
**competing [3]** 3548/25 3569/15 3569/15
**competition [20]** 3501/2 3508/2 3515/15
3515/21 3520/23 3522/25 3527/14 3527/15
3538/18 3538/20 3538/24 3539/1 3541/16
3558/2 3558/11 3558/13 3558/15 3558/20
3568/5 3570/8
**competitive [21]** 3499/24 3501/1 3503/20
3504/21 3516/5 3527/13 3537/22 3538/14
3544/12 3544/23 3544/25 3545/2 3547/10
3549/18 3553/3 3556/6 3567/7 3567/9
3571/18 3573/18 3573/21
**competitive-effects [1]** 3527/13
**competitively [1]** 3515/21
**competitor [15]** 3501/1 3501/1 3510/8
3510/15 3510/16 3529/8 3534/5 3534/6
3534/10 3534/15 3534/17 3538/23 3557/22
3569/4 3571/17
**competitors [8]** 3513/8 3515/23 3521/16
3528/5 3528/15 3532/9 3535/16 3569/17
**complaint [8]** 3513/1 3513/8 3514/10
3532/18 3533/10 3533/19 3537/2 3537/16
**complementary [2]** 3505/15 3505/16
**completely [7]** 3547/7 3547/7 3562/13
3567/13 3570/10 3571/13 3571/20
**complex [1]** 3507/1
**comprehensive [1]** 3508/24
**comprises [1]** 3504/21
**compromised [1]** 3506/15
**compromises [1]** 3499/23
**concentration [2]** 3548/8 3548/9
**concentric [1]** 3534/7
**concept [2]** 3531/13 3541/19
**concern [1]** 3501/9
**concerned [2]** 3517/15 3538/21
**concerns [1]** 3564/5
**concluded [2]** 3519/24 3531/5
**conclusion [6]** 3539/7 3539/11 3549/16
3550/12 3551/18 3558/24
**conclusions [2]** 3539/5 3540/22
**concrete [1]** 3570/6
**concurrent [1]** 3526/17
**conducts [1]** 3561/8
**confident [3]** 3564/10 3565/10 3565/21
**confirm [3]** 3534/9 3536/21 3543/23
**confirmed [1]** 3561/21
**confirms [1]** 3568/21
**conformed [1]** 3575/8
**confusion [1]** 3514/15
**Congress [2]** 3494/17 3555/5
**Connolly [1]** 3496/23
**Connor [1]** 3494/16
**Connors [1]** 3496/6
**consider [11]** 3519/2 3519/4 3519/6
3522/16 3531/20 3534/11 3539/13 3554/12
3554/13 3554/14 3562/11
**consideration [1]** 3562/12
**considered [1]** 3546/7
**consistent [1]** 3573/16
**conspiracy [2]** 3510/23 3565/5
**constrain [1]** 3539/4
**constrains [2]** 3527/11 3539/6
**consumer [10]** 3515/20 3516/19 3516/20
3516/21 3516/23 3516/23 3516/24 3516/24
3517/8 3517/9
**consumers [35]** 3501/15 3505/18 3506/5
3512/10 3515/21 3516/7 3516/22 3516/25
3517/1 3517/1 3517/6 3517/6 3522/18
3522/19 3525/4 3525/4 3525/9 3525/19
3525/19 3530/24 3545/1 3545/2 3546/4
3547/11 3553/25 3553/25 3554/3 3567/11

**C**

**consumers... [7]** 3567/16 3567/17 3568/2
3568/17 3570/11 3570/19 3571/14
**consumers' [2]** 3547/12 3569/16
**Cont'd [3]** 3495/1 3496/2 3497/1
**context [1]** 3523/7
**continue [7]** 3503/9 3504/18 3504/19
3525/16 3527/11 3539/7 3559/7
**Continued [1]** 3523/25
**continuously [2]** 3502/5 3502/5
**contracts [1]** 3552/11
**contradicted [1]** 3567/13
**contrary [2]** 3508/20 3571/4
**contrast [1]** 3570/18
**conveyed [1]** 3559/15
**COO [2]** 3521/21 3561/4
**cooperation [1]** 3551/23
**core [3]** 3558/5 3559/10 3560/2
**corner [8]** 3503/22 3503/23 3504/13
3522/2 3522/2 3522/4 3525/17 3545/25
**corporate [2]** 3540/10 3560/9
**correct [12]** 3532/21 3532/25 3534/13
3536/25 3537/21 3537/25 3544/2 3544/6
3544/14 3545/20 3550/14 3575/6
**correctly [2]** 3527/1 3537/5
**Corvallis [3]** 3535/20 3535/21 3535/24
**Cosset [1]** 3525/23
**cost [13]** 3502/14 3505/4 3505/5 3506/15
3542/4 3543/6 3545/1 3545/4 3546/20
3555/15 3555/20 3555/25 3573/5
**cost-cutting [1]** 3555/15
**Costco [44]** 3499/14 3503/20 3504/6
3504/15 3513/10 3513/13 3517/13 3517/20
3518/13 3518/17 3522/3 3524/25 3525/16
3528/6 3528/17 3528/24 3529/13 3529/19
3529/22 3530/11 3530/12 3530/14 3531/4
3531/23 3534/1 3534/2 3534/5 3534/9
3534/14 3534/21 3535/4 3535/6 3536/2
3550/8 3553/21 3556/13 3568/14 3568/25
3569/9 3569/18 3571/2 3571/5 3571/7
3571/12
**Costco's [1]** 3517/25
**Costcos [1]** 3569/23
**costs [14]** 3504/23 3505/2 3505/17
3505/21 3505/22 3505/22 3506/4 3523/23
3542/11 3542/20 3554/24 3555/3 3555/19
3555/21
**could [16]** 3499/22 3505/25 3507/13
3507/14 3521/23 3521/23 3521/24 3538/22
3542/21 3542/24 3554/22 3557/2 3557/19
3559/3 3562/23 3566/6
**couldn't [5]** 3507/12 3520/12 3520/14
3520/15 3538/6
**counsel [14]** 3496/12 3500/12 3500/15
3500/19 3508/13 3511/12 3516/25 3517/22
3519/16 3526/1 3541/25 3544/8 3545/14
3549/25
**count [2]** 3563/10 3567/25
**country [3]** 3512/1 3551/8 3552/14
**course [14]** 3505/21 3516/1 3516/3 3516/4
3530/15 3531/21 3537/7 3542/8 3563/12
3564/8 3566/22 3572/12 3572/22 3573/7
**court [30]** 3493/1 3493/17 3495/6 3495/9
3497/21 3508/18 3512/11 3526/1 3543/5
3544/20 3546/7 3546/25 3549/20 3551/25
3558/7 3558/9 3558/16 3558/17 3558/18
3558/24 3558/25 3559/5 3559/8 3559/10
3559/11 3559/13 3559/18 3562/11 3573/13
3575/11
**Courthouse [1]** 3497/21
**courtroom [4]** 3503/19 3504/9 3506/11
3551/10

**counts [4]** 3511/25 3512/4 3526/9 3558/1
**cover [1]** 3557/24
**covered [1]** 3505/5
**COVID [3]** 3555/6 3555/11 3555/11
**Cowie [1]** 3496/20
**creates [1]** 3501/25
**credit [1]** 3542/7
**credit card [1]** 3542/7
**critical [4]** 3527/18 3560/13 3562/11
3562/12
**critically [3]** 3521/12 3525/15 3556/15
**Cromwell [1]** 3497/8
**CRR [1]** 3575/11
**CSR [1]** 3497/21
**cultures [1]** 3505/16
**current [3]** 3503/13 3545/17
**currently [3]** 3554/15 3557/13 3560/6
**Curry [1]** 3562/5
**customer [16]** 3517/20 3518/6 3518/13
3518/14 3521/10 3523/25 3535/5 3536/15
3536/22 3537/10 3537/18 3537/19 3537/20
3537/23 3567/21 3570/24
**customer-based [5]** 3536/15 3536/22
3537/10 3537/18 3537/19
**customers [36]** 3501/19 3501/19 3501/20
3501/23 3502/10 3502/23 3506/19 3513/15
3517/13 3517/17 3517/19 3517/22 3517/23
3517/24 3518/2 3518/3 3518/8 3518/9
3518/11 3518/12 3523/11 3523/11 3523/18
3524/16 3541/18 3542/6 3542/6 3545/17
3553/6 3554/5 3557/15 3567/25 3568/6
3568/12 3571/6 3571/11
**cut [2]** 3510/25 3555/3
**cutting [1]** 3555/15
**cv [1]** 3493/4

**D**

**D.C [3]** 3497/9 3558/7 3558/18
**dairy [1]** 3509/13
**damage [1]** 3547/4
**Dan [2]** 3497/8 3556/13
**Dan Richardson [1]** 3497/8
**danger [1]** 3503/23
**Daniel [1]** 3494/3
**darn [1]** 3503/5
**data [28]** 3521/9 3521/10 3521/10 3521/10
3521/11 3521/11 3521/14 3523/14 3527/12
3529/11 3530/3 3532/9 3534/20 3538/7
3540/13 3548/20 3549/23 3567/19 3568/7
3568/9 3568/12 3568/18 3568/20 3569/1
3569/5 3569/5 3569/6 3570/18
**DATE [1]** 3575/11
**David [1]** 3496/16
**Davis [1]** 3495/21
**day [19]** 3493/15 3504/11 3505/3 3506/5
3506/17 3510/16 3510/17 3515/1 3515/12
3516/7 3522/19 3524/25 3528/19 3529/23
3540/10 3559/16 3559/16 3559/18 3564/4
**day-to-day [1]** 3559/16
**DC [6]** 3494/6 3494/14 3495/23 3496/8
3496/24 3497/4
**deal [14]** 3499/21 3507/6 3509/1 3510/1
3510/9 3510/10 3513/25 3545/8 3545/8
3551/12 3560/3 3560/7 3562/19 3565/25
**deals [1]** 3519/22
**debunk [1]** 3545/14
**decades [1]** 3503/7
**Dechert [1]** 3497/3
**decide [4]** 3514/12 3525/22 3526/5
3526/20
**decided [2]** 3503/12 3555/23
**deciding [2]** 3535/14 3546/7
**decision [5]** 3513/6 3523/6 3526/13

decision... **[2]**  3555/4 3558/1
decision-making **[1]**  3513/6
deep **[1]**  3571/2
DEFENDANT **[4]**  3495/11 3496/3 3496/15
3497/2
defendants **[4]**  3493/8 3518/18 3527/2
3546/13
defendants' **[3]**  3493/15 3515/12 3532/17
defense **[1]**  3551/24
define **[4]**  3526/25 3526/25 3527/19
3527/20
defined **[3]**  3527/10 3527/18 3549/9
definitely **[1]**  3532/5
definition **[4]**  3531/2 3532/2 3549/6
3549/8
demonstrate **[1]**  3569/12
demonstrates **[1]**  3570/3
dennis **[4]**  3497/21 3497/23 3575/10
3575/11
Denver **[1]**  3562/3
Department **[5]**  3495/5 3495/8 3526/10
3526/11 3526/18
departments **[1]**  3560/23
Depot **[1]**  3541/7
describe **[1]**  3563/11
described **[2]**  3556/7 3562/1
despite **[1]**  3519/19
detail **[2]**  3507/2 3559/19
detailed **[1]**  3510/13
determinant **[1]**  3539/14
determine **[1]**  3539/16
develop **[1]**  3564/12
developing **[1]**  3564/7
development **[2]**  3553/6 3556/16
Dickinson **[1]**  3494/3
did **[22]**  3508/24 3511/24 3512/6 3515/22
3520/8 3522/13 3531/6 3535/19 3537/23
3539/13 3540/14 3540/24 3542/13 3544/3
3544/5 3545/15 3549/22 3550/16 3554/21
3560/1 3560/2 3571/2
didn't **[40]**  3500/19 3507/12 3509/3
3509/4 3509/5 3516/23 3516/25 3517/1
3518/16 3518/17 3518/17 3518/18 3518/21
3519/2 3519/2 3519/4 3519/7 3519/8
3519/9 3520/13 3525/20 3527/24 3531/3
3531/7 3531/10 3532/5 3533/18 3537/9
3538/2 3539/16 3539/18 3540/20 3540/20
3541/8 3543/18 3544/4 3550/16 3566/5
3569/22 3571/23
Diego **[1]**  3549/11
diet **[1]**  3501/24
difference **[4]**  3509/23 3526/13 3540/19
3566/19
differences **[1]**  3566/16
different **[18]**  3512/24 3514/3 3514/16
3517/14 3525/25 3528/23 3540/18 3540/21
3540/21 3540/22 3552/25 3554/25 3558/16
3566/21 3568/19 3569/14 3569/24 3569/25
differentiation **[1]**  3509/22
difficult **[2]**  3501/10 3562/25
digitally **[1]**  3575/8
diligence **[1]**  3508/24
diminished **[2]**  3538/25 3539/1
direction **[1]**  3554/5
directly **[2]**  3511/1 3551/11
disadvantage **[1]**  3564/2
disagree **[2]**  3550/15 3558/13
disclosure **[1]**  3545/16
discount **[3]**  3547/2 3547/7 3547/8
discuss **[2]**  3503/18 3559/18
discussed **[3]**  3504/24 3556/12 3566/23

dispositive **[1]**  3500/13
dispute **[19]**  3500/23 3502/7 3502/25
3505/20 3505/25 3505/25 3507/2 3507/7
3509/2 3509/10 3523/8 3525/18 3527/24
3527/25 3531/22
disputed **[1]**  3551/18
distance **[1]**  3535/8
distinct **[1]**  3569/12
distribution **[4]**  3509/13 3524/12 3524/13
3560/7
district **[7]**  3493/1 3493/2 3493/17
3497/21 3526/8 3526/18 3558/7
dive **[1]**  3571/2
diverse **[1]**  3523/16
diversion **[1]**  3529/24
diverted **[1]**  3529/19
divested **[10]**  3558/25 3559/2 3559/6
3559/11 3561/11 3561/15 3562/8 3562/10
3563/3 3564/22
divestiture **[44]**  3500/16 3507/8 3507/8
3507/10 3507/19 3508/1 3508/18 3509/9
3509/12 3509/25 3519/18 3519/19 3519/21
3519/25 3540/5 3543/13 3543/22 3544/1
3546/12 3546/21 3546/24 3547/1 3547/2
3547/7 3553/2 3556/24 3557/19 3557/22
3558/2 3558/5 3558/10 3558/11 3558/12
3558/14 3559/1 3559/7 3559/10 3559/15
3559/16 3562/12 3567/1 3567/2 3567/3
3567/6
divestitures **[2]**  3509/25 3519/20
dividend **[6]**  3511/22 3511/24 3512/5
3512/11 3554/25 3555/5
division **[6]**  3495/9 3521/21 3540/9
3560/25 3561/21 3566/14
divisions **[3]**  3540/2 3540/5 3560/24
Dixon **[1]**  3494/12
do **[51]**  3499/22 3501/23 3501/24 3503/22
3505/1 3507/14 3507/15 3509/5 3509/21
3509/22 3509/22 3511/11 3515/18 3518/2
3519/11 3519/25 3525/8 3525/9 3526/2
3526/3 3526/18 3527/3 3527/11 3527/22
3529/22 3530/21 3538/15 3539/7 3539/9
3540/4 3540/15 3542/10 3542/22 3543/9
3543/9 3543/20 3547/3 3549/2 3550/2
3550/18 3550/21 3552/6 3554/24 3558/24
3562/24 3563/4 3563/19 3564/5 3567/2
3567/6 3571/24
document **[2]**  3502/8 3502/9
documents **[12]**  3500/18 3506/2 3506/8
3507/6 3510/9 3511/5 3521/7 3521/13
3528/11 3539/21 3546/9 3569/3
does **[16]**  3499/22 3505/9 3506/4 3507/25
3514/17 3523/10 3523/21 3527/12 3530/5
3531/12 3532/15 3532/18 3553/5 3555/13
3567/23 3570/1
doesn't **[22]**  3501/22 3504/7 3507/22
3507/23 3510/24 3511/6 3515/6 3520/18
3527/16 3530/22 3531/6 3532/3 3533/6
3533/16 3536/11 3538/3 3541/4 3541/5
3550/3 3550/10 3553/1 3559/24
doing **[10]**  3504/17 3509/16 3511/3 3511/4
3530/21 3553/15 3555/10 3555/14 3556/3
3565/22
DOJ **[1]**  3558/5
DOJ's **[1]**  3558/9
dollar **[10]**  3504/14 3506/9 3529/13
3546/5 3546/16 3547/8 3568/12 3568/13
3569/16 3572/18
dollars **[16]**  3505/24 3505/24 3506/3
3506/6 3506/18 3506/19 3510/3 3510/22
3511/8 3514/23 3524/10 3546/23 3546/25
3547/1 3572/7 3573/4
dominance **[2]**  3525/16 3572/6

**D**

**don't [34]** 3502/21 3503/22 3511/9 3514/5 3514/7 3514/8 3514/24 3523/7 3525/8 3528/23 3530/18 3530/21 3531/5 3531/12 3531/19 3532/4 3533/12 3533/15 3533/22 3534/11 3537/11 3540/2 3541/13 3548/14 3548/14 3549/5 3550/13 3550/15 3551/3 3564/15 3568/7 3568/10 3569/8 3570/2
**done [12]** 3503/5 3507/13 3515/9 3530/4 3532/7 3532/11 3540/12 3540/23 3541/8 3543/8 3561/20 3563/12
**door [2]** 3501/19 3501/20
**Dosenbach [1]** 3556/13
**doubt [2]** 3542/22 3542/24
**down [19]** 3499/10 3502/6 3502/10 3503/6 3506/4 3506/5 3510/3 3515/4 3516/9 3516/14 3517/18 3523/24 3525/7 3541/16 3542/1 3546/18 3552/13 3572/8 3572/15
**downward [3]** 3524/24 3573/3 3573/9
**dozen [1]** 3560/14
**Dr. [57]** 3507/18 3514/2 3514/9 3516/16 3518/24 3519/2 3519/14 3519/15 3519/17 3520/14 3520/15 3520/17 3522/25 3527/23 3527/24 3527/24 3530/4 3531/2 3531/9 3532/3 3532/17 3533/25 3534/4 3535/21 3536/7 3536/9 3536/15 3536/21 3537/4 3537/7 3537/8 3537/8 3537/9 3537/19 3538/1 3539/5 3539/10 3540/18 3540/20 3540/24 3541/6 3541/9 3541/24 3542/12 3542/16 3543/3 3543/13 3545/25 3544/3 3546/14 3546/20 3546/24 3547/4 3548/2 3548/8 3550/11
**Dr. Ashenfelter [2]** 3520/17 3550/11
**Dr. Fox [4]** 3519/14 3519/15 3519/17 3520/14
**Dr. Hill [36]** 3507/18 3514/2 3514/9 3516/8 3516/16 3518/24 3519/2 3522/25 3527/24 3530/4 3531/2 3531/9 3532/3 3532/17 3533/25 3534/4 3535/21 3536/7 3536/9 3536/15 3536/21 3537/7 3537/8 3537/19 3539/10 3540/20 3541/6 3541/9 3541/24 3542/12 3542/16 3543/3 3543/13 3546/14 3546/20 3547/4
**Dr. Hill's [1]** 3527/23
**Dr. Israel [9]** 3527/24 3537/4 3537/8 3537/9 3538/1 3539/5 3540/18 3540/24 3544/3
**Dr. Israel's [2]** 3543/25 3546/24
**Dr. McCrary [1]** 3548/2
**Dr. McCrary's [1]** 3548/8
**Dr. Yeater [1]** 3520/15
**dramatic [1]** 3505/6
**drastic [2]** 3500/7 3522/12
**draw [1]** 3534/23
**draws [1]** 3513/15
**drew [3]** 3513/14 3533/25 3535/21
**dribbled [1]** 3513/4
**drive [9]** 3523/24 3534/21 3534/24 3534/25 3535/6 3536/9 3549/13 3551/12 3572/14
**driven [1]** 3505/4
**driving [2]** 3506/4 3549/11
**drop [1]** 3543/12
**Drummonds [1]** 3494/10
**due [4]** 3508/24 3513/3 3532/16 3536/16
**during [6]** 3512/8 3512/24 3555/11 3555/11 3567/19 3572/12

**E**

**e-commerce [2]** 3572/23 3573/6
**each [6]** 3513/4 3515/10 3515/24 3522/13 3545/22 3548/25

**economic [3]** 3513/24 3513/25 3519/11
**economy [2]** 3514/21 3515/7
**economist [1]** 3518/25
**economists [1]** 3519/1
**edge [1]** 3509/19
**Edison [1]** 3555/3
**effect [14]** 3508/1 3513/14 3516/11 3522/25 3527/3 3527/5 3544/17 3544/24 3544/25 3546/8 3558/2 3558/10 3568/15 3571/21
**effective [2]** 3510/8 3511/8
**effectively [1]** 3512/8
**effects [6]** 3515/16 3527/13 3538/14 3538/16 3540/12 3549/18
**efficiencies [13]** 3520/7 3520/9 3520/10 3520/14 3520/16 3527/14 3544/18 3544/21 3544/21 3546/2 3546/9 3546/19 3547/6
**efforts [1]** 3555/2
**eggs [1]** 3571/9
**Ehrenkrantz [1]** 3496/6
**either [4]** 3508/8 3518/20 3533/19 3548/23
**eliminated [1]** 3538/23
**eliminates [1]** 3538/20
**Elizabeth [1]** 3494/8
**else [10]** 3505/12 3516/12 3518/16 3524/23 3524/24 3526/5 3531/5 3557/2 3557/3 3572/9
**elsewhere [2]** 3512/15 3570/24
**emails [1]** 3511/17
**emerge [1]** 3568/8
**Emily [1]** 3494/4
**employees [3]** 3542/5 3549/18 3560/6
**employer [3]** 3550/22 3557/4 3557/9
**employers [2]** 3549/1 3550/10
**empty [1]** 3506/7
**encourage [1]** 3516/3
**encouraged [1]** 3562/3
**encouraging [1]** 3515/20
**end [9]** 3506/17 3514/25 3515/11 3516/7 3522/19 3544/12 3556/19 3570/20 3572/21
**energy [1]** 3510/6
**Enforcement [2]** 3495/6 3495/9
**engaging [1]** 3568/17
**enhanced [2]** 3506/24 3523/13
**enjoin [1]** 3533/4
**enjoined [1]** 3547/20
**enormous [3]** 3500/13 3509/15 3509/15
**enough [4]** 3528/23 3528/24 3553/20 3554/23
**ensure [2]** 3502/11 3509/17
**enter [2]** 3510/14 3530/12
**enters [1]** 3530/5
**entire [5]** 3560/18 3560/22 3571/21 3571/22 3572/19
**entirely [3]** 3499/16 3513/18 3526/16
**entitled [3]** 3500/1 3501/16 3575/7
**entry [1]** 3539/9
**Enu [1]** 3496/18
**enures [1]** 3552/14
**environment [1]** 3552/15
**envy [1]** 3551/7
**equal [1]** 3543/16
**equity [1]** 3510/3
**establish [1]** 3500/7
**established [1]** 3546/3
**esteemed [2]** 3518/25 3520/18
**estimates [1]** 3506/2
**et [3]** 3493/3 3513/10 3521/11
**et cetera [1]** 3513/10
**ethnic [1]** 3523/22
**even [26]** 3499/20 3503/17 3503/17 3512/12 3513/18 3514/11 3519/4 3519/13

**E**

**even...** **[18]** 3522/16 3523/24 3529/5 3533/6 3533/20 3534/11 3537/3 3537/17 3538/4 3538/8 3539/18 3549/18 3561/5 3563/10 3564/18 3569/8 3572/5 3573/3

**event** **[1]** 3531/19

**ever** **[5]** 3507/22 3547/20 3547/21 3550/20 3562/2

**every** **[26]** 3503/1 3503/1 3503/1 3504/5 3504/11 3504/14 3505/3 3505/24 3508/9 3508/11 3524/4 3525/1 3528/19 3529/8 3529/22 3538/22 3540/9 3548/17 3550/22 3555/10 3560/19 3568/12 3570/15 3570/20 3571/8 3572/7

**everybody** **[8]** 3501/5 3501/5 3516/12 3524/23 3531/20 3531/20 3552/21 3566/1

**everyday** **[1]** 3539/19

**everyone** **[5]** 3506/16 3525/5 3525/6 3561/17 3572/9

**everything** **[2]** 3511/4 3564/10

**everywhere** **[1]** 3524/24

**evidence** **[40]** 3500/11 3500/13 3500/20 3500/20 3500/23 3507/6 3508/20 3511/18 3512/17 3515/8 3517/3 3517/3 3517/4 3519/15 3521/5 3521/17 3521/18 3527/8 3538/13 3539/23 3539/24 3549/5 3549/20 3549/22 3551/4 3554/4 3554/18 3554/19 3557/24 3558/14 3559/16 3562/6 3563/1 3564/4 3564/16 3566/13 3567/13 3567/15 3570/16 3573/16

**evidentiary** **[1]** 3513/4

**exact** **[4]** 3514/5 3530/12 3564/22 3571/3

**exactly** **[9]** 3502/8 3514/11 3516/1 3516/2 3529/25 3543/7 3545/15 3554/1 3573/20

**example** **[11]** 3500/15 3514/21 3519/8 3523/21 3529/16 3533/24 3535/20 3536/7 3541/2 3545/6 3572/2

**examples** **[2]** 3529/10 3563/19

**exasperated** **[2]** 3531/3 3531/11

**except** **[1]** 3508/10

**exception** **[1]** 3531/25

**excited** **[2]** 3561/23 3562/4

**exclude** **[5]** 3528/22 3529/1 3529/14 3531/23 3534/25

**excluded** **[4]** 3529/20 3530/1 3530/11 3534/1

**excludes** **[9]** 3513/8 3513/9 3513/10 3513/20 3528/5 3528/5 3534/17 3535/22 3573/8

**excluding** **[2]** 3528/18 3529/2

**excuse** **[1]** 3527/24

**execute** **[1]** 3565/4

**executive** **[1]** 3561/5

**exist** **[3]** 3541/5 3550/3 3568/10

**existence** **[1]** 3510/14

**existential** **[3]** 3503/21 3504/2 3504/3

**existing** **[2]** 3509/9 3523/18

**exists** **[3]** 3527/15 3549/21 3557/13

**exit** **[1]** 3554/14

**expand** **[1]** 3572/20

**expanded** **[2]** 3524/9 3524/12

**expanding** **[2]** 3510/14 3572/14

**expect** **[1]** 3549/3

**expected** **[2]** 3569/7 3572/24

**expects** **[1]** 3543/19

**expensive** **[1]** 3517/23

**experience** **[14]** 3499/23 3523/25 3530/25 3551/24 3559/6 3559/12 3559/25 3560/16 3563/16 3564/6 3566/4 3566/7 3568/7 3569/24

**experienced** **[1]** 3569/21

**experiencing** **[1]** 3569/20

**experiment** **[1]** 3540/16

**expert** **[19]** 3500/15 3508/16 3509/2 3514/2 3519/18 3519/24 3520/9 3533/6 3533/14 3533/16 3536/24 3537/6 3538/3 3548/11 3549/20 3562/21 3572/5

**expert's** **[2]** 3537/3 3537/15

**expertise** **[2]** 3559/12 3564/25

**experts** **[7]** 3512/20 3515/10 3518/24 3519/16 3519/17 3520/18 3521/1

**explain** **[1]** 3525/23

**explained** **[9]** 3554/10 3555/4 3559/5 3564/21 3565/8 3566/15 3567/24 3568/21 3569/3

**explains** **[1]** 3556/18

**explanation** **[3]** 3529/21 3530/2 3530/13

**explicit** **[2]** 3542/19 3543/1

**explicitly** **[2]** 3518/1 3543/9

**exposures** **[1]** 3531/17

**extend** **[1]** 3552/21

**extensive** **[1]** 3559/6

**extraordinarily** **[1]** 3508/23

**extraordinary** **[8]** 3499/24 3500/7 3509/14 3510/15 3517/4 3522/12 3524/13 3551/23

**extremely** **[1]** 3553/12

**F**

**face** **[4]** 3522/1 3522/23 3536/18 3562/23

**faces** **[1]** 3500/21

**facing** **[1]** 3512/12

**fact** **[34]** 3501/2 3501/12 3504/4 3504/12 3505/9 3508/6 3511/16 3512/24 3513/13 3513/25 3516/8 3519/10 3519/19 3522/2 3526/22 3528/15 3534/5 3534/19 3538/6 3538/19 3539/12 3540/7 3542/16 3543/4 3545/24 3551/1 3559/8 3559/13 3559/14 3562/8 3562/10 3566/5 3569/25 3572/6

**factor** **[4]** 3539/17 3543/22 3562/11 3562/12

**factors** **[5]** 3522/11 3522/13 3525/21 3535/14 3573/19

**facts** **[4]** 3504/16 3529/8 3558/22 3567/2

**fail** **[5]** 3510/22 3519/25 3520/5 3541/14 3557/19

**failing** **[2]** 3527/20 3548/5

**fails** **[6]** 3510/21 3532/8 3538/10 3558/11 3558/12 3558/12

**failure** **[2]** 3520/3 3547/4

**fair** **[1]** 3523/5

**fairly** **[1]** 3557/25

**fall** **[1]** 3536/16

**fall-back** **[1]** 3536/16

**fallen** **[1]** 3570/25

**falls** **[3]** 3533/20 3538/5 3549/5

**families** **[1]** 3499/23

**family** **[2]** 3517/19 3518/5

**far** **[3]** 3534/23 3544/7 3554/6

**farmers** **[1]** 3552/15

**farther** **[2]** 3534/21 3543/5

**faster** **[1]** 3556/2

**fatal** **[1]** 3527/20

**fate** **[3]** 3525/23 3526/5 3526/20

**favors** **[1]** 3522/17

**FCRR** **[1]** 3575/11

**Fe** **[1]** 3544/16

**fed** **[2]** 3547/15 3552/9

**federal** **[9]** 3493/3 3494/2 3494/5 3494/13 3496/10 3511/25 3514/15 3514/18 3558/7

**feed** **[2]** 3504/25 3552/9

**feeling** **[1]** 3574/4

**feels** **[2]** 3508/5 3564/9

**fees** **[2]** 3517/25 3542/7

**feet** **[1]** 3525/10

**female** **[1]** 3517/18

**F**

**few [4]**   3520/8 3561/1 3563/14 3567/18
**fewer [3]**   3553/24 3553/25 3556/20
**field [1]**   3520/18
**Fifth [1]**   3495/18
**fight [1]**   3504/12
**figured [1]**   3545/10
**figures [1]**   3546/16
**figuring [2]**   3542/3 3561/6
**file [1]**   3533/3
**fill [1]**   3567/12
**filling [1]**   3570/20
**finally [4]**   3513/22 3520/17 3524/23
3541/15
**financial [3]**   3508/25 3555/6 3555/8
**financing [1]**   3510/2
**find [2]**   3503/12 3543/10
**fine [1]**   3554/23
**firms [2]**   3515/20 3538/20
**firms' [1]**   3543/2
**first [14]**   3500/25 3515/22 3518/1
3526/24 3527/17 3528/4 3539/2 3539/6
3549/19 3562/18 3563/2 3564/6 3566/12
3567/16
**first-hand [1]**   3566/12
**firsthand [1]**   3566/13
**fish [1]**   3570/21
**Fishkin [1]**   3497/3
**fit [2]**   3509/20 3509/21
**five [5]**   3508/22 3527/8 3538/17 3555/14
3574/2
**five-minute [1]**   3574/2
**fixed [1]**   3543/7
**fizzled [1]**   3565/24
**flippantly [1]**   3514/8
**Floor [1]**   3496/10
**floors [1]**   3570/6
**flow [1]**   3557/12
**flowing [1]**   3502/5
**fly [2]**   3510/11 3510/12
**fly-by-night [2]**   3510/11 3510/12
**flywheel [5]**   3501/17 3502/2 3502/5
3502/17 3523/24
**focus [4]**   3506/24 3511/21 3559/24 3569/3
**focused [6]**   3502/19 3502/20 3517/20
3554/25 3555/2 3569/1
**folks [9]**   3517/16 3521/22 3523/18
3531/22 3534/25 3549/1 3549/4 3551/10
3552/9
**follow [1]**   3540/9
**following [2]**   3544/9 3551/20
**food [8]**   3501/11 3504/12 3523/19 3552/12
3568/23 3568/24 3569/1 3569/4
**foods [9]**   3523/13 3523/22 3525/1 3528/6
3528/16 3529/14 3529/25 3531/24 3552/13
**footprint [4]**   3505/10 3508/6 3508/7
3572/20
**footprints [1]**   3505/15
**forced [1]**   3557/14
**foregoing [1]**   3575/5
**forgo [1]**   3502/11
**forgot [1]**   3544/9
**form [1]**   3530/3
**format [8]**   3513/12 3513/19 3532/13
3532/19 3532/23 3533/9 3533/20 3538/10
**former [1]**   3516/10
**formerly [1]**   3523/11
**formidable [1]**   3557/22
**forward [4]**   3512/23 3515/14 3515/15
3515/17
**found [2]**   3540/19 3559/13
**four [13]**   3512/24 3513/5 3515/10 3522/11

**F** (continued)

3539/5 3544/4 3544/7 3544/7 3544/7
3547/5 3564/14 3572/7 3572/17
**Fox [7]**   3519/14 3519/15 3519/17 3519/24
3520/14 3562/21 3572/5
**framework [1]**   3526/24
**Francisco [1]**   3494/21
**Frangie [1]**   3494/10
**frankly [3]**   3512/19 3530/17 3538/8
**Fred [5]**   3533/25 3534/1 3534/5 3534/6
3535/24
**Fred Meyer [5]**   3533/25 3534/1 3534/5
3534/6 3535/24
**free [1]**   3571/16
**fresh [4]**   3570/22 3571/10 3572/18
3572/20
**fresher [2]**   3523/13 3523/19
**Friday [2]**   3534/8 3539/10
**frontline [2]**   3506/22 3552/10
**frustratingly [1]**   3514/1
**FTC [26]**   3526/3 3526/9 3526/20 3526/21
3530/23 3541/2 3541/2 3541/12 3553/12
3553/15 3553/21 3554/21 3555/15 3557/19
3559/23 3562/15 3564/1 3564/25 3565/24
3566/4 3567/10 3569/22 3570/4 3570/12
3571/9 3571/13
**FTC's [7]**   3526/8 3526/17 3557/18 3562/13
3563/10 3569/19 3572/5
**fuel [2]**   3523/23 3546/10
**fulfillment [1]**   3523/14
**fully [1]**   3552/3
**function [1]**   3569/10
**functioning [1]**   3543/25
**fundamental [11]**   3499/17 3499/20 3514/20
3523/1 3535/3 3536/16 3536/17 3536/18
3537/17 3547/23 3550/11
**fundamentally [1]**   3569/24
**funded [1]**   3508/23
**further [2]**   3534/25 3565/19
**Furthermore [1]**   3526/15
**future [13]**   3522/25 3545/17 3545/18
3553/8 3554/1 3560/13 3573/2 3573/10
3573/10 3573/14 3573/15 3573/18 3573/22

**G**

**gain [1]**   3499/12
**gallon [1]**   3513/21
**gap [2]**   3504/20 3506/14
**gaps [1]**   3500/13
**Gate [1]**   3494/21
**Gatorade [1]**   3570/14
**gave [2]**   3507/13 3521/12
**gears [3]**   3512/22 3513/11 3513/17
**general [6]**   3494/16 3494/20 3494/24
3496/12 3506/25 3572/18
**generated [1]**   3504/9
**generous [1]**   3574/4
**geographic [5]**   3527/1 3536/22 3537/1
3549/9 3549/14
**geographically [1]**   3513/12
**geography [3]**   3535/15 3536/5 3548/1
**geometry [1]**   3535/9
**get [16]**   3500/3 3500/4 3500/4 3503/3
3507/12 3507/13 3509/19 3513/20 3517/8
3519/14 3532/16 3538/7 3545/22 3555/24
3573/17 3573/22
**gets [4]**   3561/19 3568/4 3570/10 3572/6
**getting [10]**   3509/12 3557/20 3558/25
3560/3 3560/7 3562/16 3562/19 3564/11
3564/24 3566/23
**give [3]**   3508/15 3545/17 3555/16
**given [6]**   3506/22 3508/22 3509/19 3512/2
3552/3 3552/23
**gives [3]**   3558/1 3563/22 3566/22

**G**

**giving [1]** 3553/25
**global [1]** 3499/13
**glowing [1]** 3512/3
**go [26]** 3499/5 3499/10 3499/11 3505/11 3506/5 3509/5 3522/5 3522/18 3522/21 3525/7 3525/21 3527/1 3535/5 3536/10 3536/14 3543/22 3548/14 3548/15 3549/2 3549/4 3550/10 3553/1 3556/19 3566/10 3570/1 3570/13
**go-to-market [1]** 3570/1
**goes [5]** 3515/4 3525/4 3542/1 3547/16 3549/5
**going [63]** 3499/9 3499/10 3499/12 3500/2 3503/2 3503/3 3507/3 3507/25 3509/4 3514/12 3515/9 3520/5 3523/2 3523/12 3523/19 3523/22 3524/2 3524/6 3524/7 3524/13 3524/19 3524/24 3525/2 3525/3 3525/9 3525/9 3525/12 3525/13 3525/13 3526/7 3528/22 3529/1 3530/16 3533/8 3534/24 3535/5 3535/6 3535/6 3540/16 3545/11 3546/12 3548/15 3550/7 3550/8 3550/8 3550/9 3551/21 3552/24 3556/19 3559/1 3559/2 3559/20 3559/23 3561/23 3563/3 3564/2 3565/15 3566/1 3566/3 3571/16 3573/3 3573/9 3573/17
**Gokhale [3]** 3508/17 3509/8 3546/2
**Golden [1]** 3494/21
**Goldilocks [1]** 3529/6
**gone [2]** 3543/6 3571/17
**good [4]** 3512/19 3545/2 3552/18 3552/19
**goods [2]** 3506/24 3567/6
**Gordon [1]** 3494/19
**got [6]** 3516/22 3550/1 3565/11 3566/8 3568/23 3568/24
**Gotshal [4]** 3495/14 3495/17 3496/7 3496/9
**government [42]** 3500/21 3501/8 3502/13 3503/17 3504/4 3512/21 3512/23 3514/9 3515/22 3516/19 3516/23 3518/16 3518/21 3521/2 3521/8 3525/20 3526/12 3527/4 3527/7 3530/18 3531/5 3531/9 3532/18 3532/23 3533/1 3533/7 3533/10 3533/15 3536/19 3537/11 3556/4 3562/18 3564/1 3567/16 3568/4 3568/9 3569/8 3569/11 3570/10 3571/15 3571/20 3573/7
**Government's [11]** 3511/9 3511/10 3514/4 3518/23 3528/10 3530/10 3533/16 3534/2 3542/14 3549/6 3567/23
**grandchildren [1]** 3503/25
**grandchildren's [1]** 3503/25
**Grant [1]** 3494/11
**graphic [1]** 3529/11
**grateful [1]** 3552/23
**gray [1]** 3536/3
**great [3]** 3508/11 3508/12 3566/2
**greater [8]** 3505/5 3506/23 3524/3 3543/17 3543/21 3551/16 3552/13 3559/19
**grew [2]** 3531/3 3531/11
**grocer [4]** 3506/15 3555/10 3562/1 3572/4
**groceries [5]** 3501/14 3525/6 3525/6 3567/18 3570/15
**grocers [4]** 3497/8 3501/3 3568/23 3569/19
**grocery [57]** 3499/8 3499/9 3499/12 3499/23 3500/25 3501/9 3501/9 3501/25 3502/14 3503/22 3503/23 3503/24 3504/3 3504/13 3504/21 3504/23 3504/24 3504/25 3505/1 3505/8 3505/13 3505/17 3506/1 3506/3 3506/4 3508/11 3510/16 3518/20 3521/14 3521/19 3522/4 3525/14 3525/17 3528/13 3529/13 3530/20 3534/22 3547/18

**G**

3547/25 3548/2 3548/14 3548/16 3548/19 3549/22 3552/7 3552/16 3553/3 3553/8 3553/24 3557/8 3560/16 3560/19 3565/17 3567/22 3569/16 3571/5 3572/7 3573/4
**Groff [2]** 3502/22 3542/10
**gross [2]** 3541/21 3542/10
**ground [3]** 3504/16 3529/8 3566/2
**group [4]** 3496/16 3553/14 3558/3 3568/6
**grow [2]** 3560/25 3572/24
**growing [2]** 3503/19 3572/13
**grows [1]** 3573/1
**growth [1]** 3572/23
**guarded [1]** 3540/11
**guess [1]** 3559/20
**Guia [1]** 3494/12
**guidance [1]** 3558/1
**guide [2]** 3503/4 3548/6
**guided [1]** 3540/11
**guidelines [2]** 3546/6 3573/13
**guides [1]** 3539/23
**GUPPI [4]** 3527/13 3541/15 3542/19 3543/1

**H**

**had [19]** 3500/17 3502/15 3511/21 3519/19 3519/20 3519/20 3531/17 3533/20 3538/1 3543/5 3546/13 3555/20 3558/24 3564/7 3565/9 3566/11 3570/25 3571/4 3571/23
**Haggen [12]** 3509/25 3510/1 3565/24 3566/1 3566/6 3566/11 3566/12 3566/15 3566/16 3566/21 3567/1 3567/5
**Hahn [1]** 3496/5
**half [9]** 3500/3 3510/12 3513/13 3513/21 3533/7 3534/1 3535/4 3538/7 3563/2
**half-baked [2]** 3510/12 3538/7
**Hall [2]** 3494/7 3558/11
**Hamburger [1]** 3494/24
**hand [2]** 3545/25 3566/12
**handful [2]** 3560/11 3568/23
**happen [5]** 3516/1 3523/2 3525/13 3553/5 3556/15
**happened [2]** 3502/8 3566/15
**happening [1]** 3561/6
**happens [6]** 3535/1 3543/24 3545/10 3546/11 3550/9 3553/1
**hard [4]** 3532/2 3554/23 3557/6 3565/1
**harder [1]** 3553/22
**hardest [1]** 3562/22
**harm [14]** 3513/24 3525/22 3525/22 3527/14 3527/15 3541/16 3544/12 3547/9 3548/10 3549/22 3556/11 3562/13 3567/9 3571/18
**Harper [1]** 3494/23
**Harris [1]** 3494/9
**has [83]** 3501/3 3501/3 3501/6 3501/10 3502/8 3502/9 3502/9 3503/5 3504/4 3506/7 3507/22 3508/15 3509/16 3512/23 3513/14 3514/16 3514/17 3516/19 3520/10 3522/2 3524/8 3524/14 3524/14 3526/11 3528/7 3529/9 3529/10 3533/6 3534/14 3534/20 3536/19 3538/21 3540/10 3547/20 3549/20 3549/25 3550/2 3550/18 3550/19 3550/20 3551/6 3551/17 3551/24 3552/1 3552/1 3553/11 3553/21 3555/19 3555/20 3556/4 3558/15 3560/1 3560/16 3560/17 3560/18 3560/21 3560/21 3560/22 3560/22 3560/23 3560/24 3561/2 3562/6 3563/17 3564/1 3564/1 3564/7 3564/9 3564/10 3564/12 3565/20 3565/24 3566/20 3567/2 3567/13 3567/18 3567/18 3569/20 3571/19 3571/21 3572/4 3572/18 3573/16
**have [121]**
**haven't [1]** 3514/13
**Hawaii [1]** 3508/9

**H**

**he [64]** 3500/18 3507/18 3508/18 3508/18 3511/6 3519/4 3519/6 3519/7 3519/8 3519/9 3519/19 3519/19 3519/20 3519/22 3520/12 3520/13 3520/14 3531/3 3531/6 3531/10 3531/11 3532/3 3532/4 3533/6 3534/5 3535/19 3537/10 3538/6 3538/7 3539/10 3539/18 3540/20 3540/22 3541/7 3541/8 3541/8 3541/12 3542/17 3542/24 3543/3 3543/4 3543/4 3543/5 3543/8 3543/8 3543/8 3543/9 3543/18 3543/18 3544/3 3544/5 3546/15 3546/20 3548/10 3554/8 3554/10 3554/12 3555/5 3556/14 3556/18 3561/25 3562/2 3562/3 3565/15

**head [10]** 3497/6 3509/4 3517/18 3538/18 3538/18 3538/23 3538/23 3565/9 3568/5 3568/5

**head-to-head [3]** 3538/18 3538/23 3568/5

**headline [1]** 3571/4

**health [1]** 3555/6

**Healthcare [1]** 3558/4

**healthy [1]** 3529/4

**hear [10]** 3507/14 3510/5 3515/22 3516/25 3516/25 3517/1 3518/21 3525/20 3528/13 3570/4

**heard [48]** 3499/25 3500/3 3500/12 3500/15 3501/1 3507/17 3508/6 3508/13 3510/1 3510/19 3510/23 3512/18 3514/22 3516/20 3523/20 3524/7 3525/23 3526/1 3528/8 3528/11 3528/16 3531/14 3532/24 3539/25 3541/11 3541/25 3548/17 3549/25 3550/17 3550/24 3550/25 3555/9 3555/17 3556/21 3560/14 3561/7 3561/16 3561/17 3561/21 3563/2 3563/11 3565/2 3566/13 3567/10 3569/13 3570/12 3572/12 3572/24

**hearing [4]** 3493/14 3521/3 3560/15 3562/6

**heartfelt [1]** 3552/21

**heck [1]** 3535/6

**heels [1]** 3555/6

**height [1]** 3570/5

**help [8]** 3503/8 3506/20 3515/21 3517/12 3525/19 3546/4 3556/11 3564/25

**helped [1]** 3560/25

**helpfully [2]** 3546/14 3546/15

**helps [1]** 3546/5

**her [27]** 3504/11 3510/6 3517/22 3551/4 3559/12 3559/23 3560/12 3560/17 3560/18 3560/19 3561/4 3561/6 3561/7 3561/14 3561/15 3561/20 3561/22 3562/9 3563/12 3563/16 3564/8 3565/12 3565/13 3565/17 3565/20 3566/4 3571/6

**here [35]** 3504/14 3507/18 3509/21 3511/11 3514/15 3515/19 3519/17 3520/12 3521/20 3521/22 3522/14 3529/16 3530/13 3530/4 3530/16 3530/21 3533/4 3533/24 3535/3 3535/20 3536/16 3543/9 3546/9 3547/6 3555/7 3556/18 3556/25 3559/5 3559/22 3561/25 3563/7 3563/19 3567/3 3567/21 3573/11

**here's [1]** 3519/14

**herring [2]** 3538/19 3540/7

**Hey [1]** 3535/5

**Hiemstra [1]** 3495/8

**high [4]** 3500/5 3500/21 3536/17 3546/1

**higher [6]** 3502/16 3512/12 3519/9 3519/10 3519/12 3524/2

**highest [1]** 3507/2

**highway [1]** 3535/15

**Hill [36]** 3507/18 3514/2 3514/9 3516/8 3516/16 3518/24 3519/2 3522/25 3527/24 3530/4 3531/2 3531/9 3532/3 3532/17

3533/25 3534/4 3535/21 3536/7 3536/9 3536/10 3537/6 3537/8 3537/10 3537/19 3539/10 3540/20 3541/6 3541/9 3541/24 3542/13 3542/16 3543/3 3543/13 3546/14 3546/20 3547/4

**Hill's [1]** 3527/23

**him [7]** 3519/23 3539/5 3539/12 3541/6 3543/23 3565/12 3565/14

**hindsight [1]** 3543/5

**hinges [1]** 3522/23

**hire [1]** 3548/13

**his [9]** 3508/17 3511/1 3519/4 3537/6 3539/7 3541/8 3541/24 3554/9 3555/7

**historic [1]** 3499/11

**historical [1]** 3540/3

**hit [2]** 3526/2 3552/24

**hold [1]** 3564/5

**holds [1]** 3500/11

**Holler [1]** 3495/24

**home [2]** 3514/25 3542/3

**honor [100]**

**Honor's [2]** 3513/5 3545/12

**HONORABLE [1]** 3493/16

**honored [1]** 3552/11

**hoped [3]** 3500/17 3500/18 3546/13

**hopper [1]** 3533/8

**hospitality [1]** 3551/25

**Hough [1]** 3494/8

**hour [1]** 3536/23

**hourly [1]** 3542/4

**House [2]** 3514/17 3514/17

**household [1]** 3517/19

**households [1]** 3518/7

**how [36]** 3502/13 3507/16 3510/7 3510/10 3513/4 3513/18 3517/7 3518/24 3519/11 3519/12 3519/14 3520/7 3523/18 3524/1 3528/24 3529/1 3530/5 3534/23 3541/6 3542/3 3553/1 3555/11 3555/12 3555/13 3558/1 3561/6 3561/16 3561/22 3564/9 3564/22 3565/1 3565/25 3566/3 3567/4 3567/16 3567/17

**however [1]** 3507/16

**huge [2]** 3564/2 3566/19

**Hughes [2]** 3522/24 3526/24

**human [1]** 3547/22

**hundred [1]** 3510/14

**hundreds [1]** 3505/23

**hurt [2]** 3515/25 3517/7

**hyper [1]** 3573/21

**hyper-competitive [1]** 3573/21

**I**

**I'll [1]** 3513/1

**I'm [18]** 3514/11 3519/16 3529/5 3530/16 3530/17 3531/6 3533/8 3535/6 3535/6 3537/13 3544/19 3546/12 3551/19 3552/20 3552/24 3559/20 3559/20 3574/4

**I've [2]** 3541/7 3562/2

**idea [2]** 3501/18 3541/17

**identical [1]** 3503/3

**identified [2]** 3509/3 3509/6

**idle [1]** 3506/7

**ignored [3]** 3499/16 3499/17 3499/19

**ignores [2]** 3513/3 3571/20

**IL [1]** 3494/25

**illegality [1]** 3538/21

**ILLINOIS [2]** 3494/23 3494/23

**immediate [1]** 3512/9

**immediately [2]** 3542/1 3543/12

**impact [1]** 3519/5

**imperative [1]** 3499/20

**implications [2]** 3513/2 3513/4

**important [18]** 3512/16 3515/5 3519/8

**I**

**important... [15]** 3520/7 3521/25 3522/14
3522/15 3526/4 3539/2 3540/4 3544/21
3546/3 3550/5 3551/15 3552/2 3556/15
3566/16 3567/8
**importantly [5]** 3501/15 3519/4 3525/14
3525/15 3529/7
**improve [4]** 3506/20 3524/11 3552/7
3552/8
**improved [5]** 3523/14 3523/20 3523/25
3524/9 3524/15
**in-store [1]** 3505/11
**inappropriate [1]** 3540/25
**INC [3]** 3493/7 3496/16 3497/2
**include [6]** 3528/22 3542/20 3569/17
3569/17 3569/18 3569/18
**included [3]** 3530/1 3530/14 3563/13
**includes [2]** 3560/5 3560/8
**including [2]** 3555/18 3557/14
**inconsistent [1]** 3534/18
**increase [6]** 3504/24 3505/17 3505/25
3527/25 3551/1 3558/15
**increased [3]** 3523/23 3542/4 3571/18
**increasing [1]** 3515/21
**incredible [1]** 3552/1
**incredibly [2]** 3509/14 3548/17
**indeed [2]** 3500/2 3514/15
**independent [1]** 3527/9
**independently [1]** 3540/13
**INDEX [1]** 3498/1
**indisputably [1]** 3518/24
**individually [2]** 3508/8 3515/9
**individuals [2]** 3559/5 3559/14
**industry [21]** 3504/6 3510/16 3521/19
3521/23 3553/8 3553/9 3553/11 3556/2
3557/23 3560/16 3560/17 3560/18 3561/17
3564/13 3571/22 3571/23 3572/9 3572/14
3573/4 3573/17 3573/21
**Infinger [1]** 3496/21
**influence [1]** 3571/24
**information [5]** 3501/21 3501/22 3521/14
3537/23 3545/16
**informed [1]** 3521/18
**infrastructure [2]** 3524/10 3535/16
**inhibit [1]** 3512/7
**initial [1]** 3538/4
**initiatives [1]** 3555/16
**injunction [10]** 3493/14 3500/8 3522/10
3532/22 3533/3 3533/11 3533/19 3537/2
3539/9 3553/9
**innovation [1]** 3512/12
**innuendo [1]** 3500/14
**input [1]** 3513/24
**inside [1]** 3513/15
**insight [1]** 3501/25
**insisted [1]** 3531/11
**instead [4]** 3517/7 3536/13 3566/12
3570/7
**instructing [1]** 3500/10
**insulting [1]** 3511/3
**insurance [1]** 3555/22
**intended [1]** 3507/10
**intends [1]** 3543/19
**intense [1]** 3501/2
**intensely [1]** 3500/25
**interact [1]** 3502/14
**interacts [1]** 3513/19
**interchangeably [1]** 3531/1
**interest [7]** 3522/14 3522/15 3522/17
3553/2 3554/20 3556/9 3557/11
**interested [1]** 3565/16
**interesting [1]** 3511/20

**interestingly [2]** 3514/1 3516/18
**international [1]** 3572/24

**investment [7]** 3514/23 3519/5 3524/8
3543/15 3546/5 3546/10 3547/8
**investments [3]** 3506/13 3506/14 3506/18
**investor [1]** 3521/7
**investors [2]** 3506/11 3510/19
**involved [3]** 3558/4 3558/6 3560/19
**irrelevant [1]** 3540/7
**irreparable [1]** 3525/22
**is [355]**
**isn't [10]** 3505/20 3506/6 3512/19 3514/4
3517/15 3523/4 3526/13 3539/1 3556/19
3562/16
**Israel [9]** 3527/24 3537/4 3537/8 3537/9
3538/1 3539/5 3540/18 3540/24 3544/3
**Israel's [2]** 3543/25 3546/24
**issue [1]** 3543/9
**issued [1]** 3556/23
**issues [3]** 3526/4 3532/16 3550/16
**it [169]**
**it's [42]** 3502/17 3503/4 3503/6 3504/3
3510/18 3511/3 3512/16 3519/1 3522/11
3523/8 3524/16 3526/4 3527/22 3527/25
3529/7 3530/19 3530/20 3530/21 3531/13
3531/17 3533/13 3535/8 3535/8 3535/15
3535/18 3535/18 3535/21 3536/7 3540/7
3540/24 3541/1 3541/11 3543/3 3543/8
3543/18 3545/2 3546/25 3547/1 3549/9
3556/6 3561/14 3564/11
**its [28]** 3502/10 3502/10 3502/15 3503/15
3507/2 3510/14 3518/9 3524/21 3526/3
3533/21 3538/5 3539/20 3553/6 3553/6
3553/20 3553/21 3554/24 3554/24 3555/1
3555/8 3555/25 3557/1 3557/5 3557/15
3557/15 3559/19 3562/11 3573/8
**itself [3]** 3522/11 3535/9 3541/2

**J**

**Jacob [1]** 3494/4
**Jacob Hamburger [1]** 3494/4
**James [1]** 3497/3
**Jeanine [1]** 3494/11
**Jeanine Balbach [1]** 3494/11
**job [7]** 3506/22 3507/13 3507/14 3507/15
3526/3 3549/13 3552/10
**jobs [2]** 3550/7 3550/10
**Joe's [5]** 3513/9 3525/1 3528/6 3529/25
3531/24
**John [3]** 3494/3 3495/11 3495/24
**join [2]** 3550/1 3550/2
**Jon [1]** 3497/5
**Jon-Peter [1]** 3497/5
**Jonathan [1]** 3496/19
**Joseph [1]** 3496/6
**Joseph Ehrenkrantz [1]** 3496/6
**Joshua [2]** 3495/21 3496/19
**JUDGE [1]** 3493/17
**jurisdiction [1]** 3526/8
**jurors [1]** 3500/10
**jury [2]** 3500/9 3500/10
**just [61]** 3500/12 3500/15 3504/2 3508/21
3510/18 3510/25 3511/4 3511/9 3513/13
3513/14 3513/15 3513/24 3514/21 3515/6
3516/7 3520/14 3521/4 3522/8 3524/16
3525/5 3525/12 3525/13 3526/12 3528/21
3528/25 3529/12 3531/17 3535/4 3535/8
3536/23 3541/13 3543/5 3543/20 3543/20
3543/22 3545/12 3546/21 3546/25 3548/14
3548/14 3549/10 3551/20 3552/15 3554/23
3556/3 3560/11 3560/19 3561/1 3561/14
3562/7 3562/10 3563/14 3565/5 3565/7
3569/1 3570/21 3571/7 3571/8 3571/22

**J**

**just...** **[2]**   3571/22 3572/9
**Justice** **[5]**   3495/5 3495/8 3526/10
3526/11 3526/19
**justifiably** **[1]**   3512/4
**justification** **[1]**   3530/2

**K**

**Katherine** **[1]**   3494/10
**Katie** **[1]**   3495/17
**Kaye** **[2]**   3495/22 3495/24
**Kayser** **[2]**   3495/2 3495/3
**keep** **[5]**   3502/21 3550/6 3556/3 3572/10
3573/9
**keeping** **[2]**   3502/4 3502/5
**keeps** **[1]**   3502/2
**Kelly** **[1]**   3497/5
**Kevin** **[1]**   3562/4
**key** **[3]**   3502/3 3562/13 3573/19
**Kientzle** **[1]**   3495/21
**kind** **[3]**   3518/5 3550/22 3556/5
**kinds** **[1]**   3523/12
**King** **[1]**   3551/14
**Kinney** **[5]**   3567/19 3567/24 3568/21
3569/3 3572/24
**Kinney's** **[3]**   3570/23 3571/2 3571/4
**knew** **[3]**   3543/3 3543/8 3566/13
**knock** **[1]**   3516/11
**knock-on** **[1]**   3516/11
**know** **[30]**   3500/24 3501/23 3502/24
3502/25 3504/17 3514/5 3514/8 3518/2
3525/9 3526/18 3528/20 3530/18 3530/21
3530/21 3531/5 3531/7 3533/7 3533/15
3534/19 3535/3 3536/12 3537/12 3539/9
3540/4 3545/9 3546/12 3556/11 3568/7
3568/19 3568/20
**knowing** **[1]**   3519/12
**knowledge** **[3]**   3519/20 3519/21 3566/12
**knowledgeable** **[1]**   3517/11
**known** **[2]**   3503/19 3526/15
**knows** **[2]**   3526/20 3563/16
**KROGER** **[73]**   3493/6 3495/11 3496/3
3496/12 3496/12 3499/21 3501/14 3501/18
3501/21 3502/9 3502/15 3502/25 3503/4
3503/5 3503/8 3504/5 3504/18 3504/20
3505/2 3505/7 3505/9 3505/12 3505/12
3507/3 3507/22 3515/13 3515/15 3515/17
3516/5 3518/3 3518/9 3518/21 3520/22
3523/11 3523/18 3523/19 3523/22 3524/1
3524/24 3525/3 3525/10 3527/11 3528/11
3528/22 3530/4 3530/5 3530/7 3531/21
3534/10 3534/17 3534/24 3535/1 3535/2
3535/3 3535/5 3536/9 3539/14 3539/19
3540/1 3540/8 3540/9 3542/3 3548/12
3548/13 3548/18 3548/21 3549/1 3562/17
3564/3 3568/5 3569/17 3571/15 3571/22
**Kroger's** **[8]**   3501/17 3502/2 3519/9
3519/11 3527/13 3529/12 3539/6 3540/14
**Kuester** **[1]**   3495/20

**L**

**label** **[9]**   3519/21 3524/9 3564/1 3564/3
3564/7 3564/9 3564/11 3564/14 3564/19
**labor** **[20]**   3504/4 3504/13 3520/23
3525/18 3544/19 3547/19 3547/21 3547/22
3548/2 3548/6 3548/13 3548/15 3548/16
3548/19 3550/6 3555/21 3556/11 3556/12
3556/16 3556/20
**lack** **[1]**   3513/24
**Laguna** **[1]**   3496/5
**landscape** **[2]**   3553/3 3567/8
**large** **[11]**   3513/12 3519/17 3532/13

**large-format** **[8]**   3513/12 3513/19 3532/13
3532/19 3532/23 3533/9 3533/20 3538/10
**larger** **[2]**   3508/7 3551/15
**largest** **[2]**   3534/14 3572/4
**Larkins** **[1]**   3495/3
**LaSalle** **[1]**   3494/24
**last** **[6]**   3500/2 3500/3 3500/4 3500/5
3508/22 3533/22
**late** **[1]**   3523/9
**later** **[3]**   3513/2 3561/2 3570/25
**latest** **[1]**   3501/24
**Laura** **[1]**   3494/7
**law** **[13]**   3496/16 3513/6 3527/18 3529/7
3532/10 3533/12 3534/18 3538/13 3538/19
3540/24 3550/19 3550/21 3558/12
**laws** **[2]**   3516/2 3533/2
**lay** **[1]**   3506/8
**layoffs** **[1]**   3554/12
**lead** **[2]**   3548/10 3549/16
**leader** **[4]**   3502/21 3502/24 3559/9
3561/19
**leadership** **[2]**   3560/9 3560/11
**leads** **[1]**   3504/17
**learned** **[4]**   3501/17 3518/8 3562/4
3570/24
**least** **[4]**   3532/13 3537/22 3538/4 3538/13
**leave** **[4]**   3512/11 3549/1 3551/20 3570/19
**leaves** **[1]**   3563/7
**left** **[5]**   3509/18 3511/16 3518/23 3544/4
3546/1
**legal** **[3]**   3507/21 3513/2 3513/3
**length** **[5]**   3508/4 3511/23 3513/9 3513/23
3539/21
**Leora** **[1]**   3494/12
**less** **[7]**   3505/12 3512/12 3541/17 3542/8
3554/19 3563/2 3563/9
**lessen** **[2]**   3508/2 3520/23
**lessens** **[1]**   3558/20
**let** **[10]**   3511/20 3522/13 3532/13 3548/15
3556/10 3560/12 3565/5 3565/8 3567/7
3567/14
**let's** **[19]**   3500/23 3500/23 3507/8
3511/10 3512/20 3515/8 3515/18 3522/10
3525/21 3526/23 3527/5 3528/4 3532/12
3535/19 3538/12 3541/15 3546/21 3547/19
3547/23
**letter** **[1]**   3556/23
**level** **[1]**   3566/21
**levels** **[1]**   3507/2
**leverage** **[3]**   3551/1 3551/12 3551/17
**Lidl** **[2]**   3528/7 3531/24
**light** **[1]**   3533/2
**like** **[26]**   3499/14 3500/17 3501/23
3507/19 3508/5 3508/10 3520/14 3520/17
3522/13 3523/10 3523/14 3536/4 3542/15
3551/22 3554/22 3555/2 3555/21 3556/1
3562/22 3564/14 3564/17 3567/12 3568/3
3568/4 3568/14 3572/15
**likelihood** **[6]**   3520/2 3522/16 3525/21
3526/23 3532/11 3547/17
**likely** **[5]**   3508/2 3519/25 3520/22 3534/2
3548/10
**Lily** **[1]**   3494/8
**limit** **[2]**   3505/3 3531/16
**limited** **[1]**   3518/4
**limits** **[1]**   3505/8
**line** **[4]**   3510/4 3520/13 3565/21 3567/4
**list** **[3]**   3519/2 3568/14 3569/16
**listening** **[1]**   3514/11
**liter** **[2]**   3501/23 3501/24
**litigation** **[4]**   3497/6 3511/22 3512/5

**L**

litigation... [1]   3526/7
little [6]   3507/16 3534/21 3534/25
 3546/12 3554/21 3554/21
live [1]   3528/12
lived [1]   3537/23
lives [1]   3560/15
LLC [1]   3496/16
LLP [10]   3495/3 3495/12 3495/14 3495/17
 3495/22 3495/24 3496/7 3496/9 3497/3
 3497/8
local [10]   3499/12 3506/24 3506/24
 3506/24 3512/13 3551/6 3552/12 3552/13
 3556/22 3557/5
localized [1]   3524/9
located [1]   3563/5
location [1]   3537/20
lodestar [2]   3503/4 3540/3
logic [2]   3530/14 3541/19
long [6]   3502/11 3512/9 3553/23 3568/14
 3568/25 3569/16
long-term [1]   3512/9
longer [1]   3508/2
look [22]   3507/18 3511/5 3523/10 3526/10
 3531/8 3535/13 3535/19 3535/23 3536/14
 3537/20 3538/14 3543/2 3546/21 3547/10
 3547/11 3547/12 3548/20 3548/25 3549/13
 3553/10 3568/18 3573/13
looks [2]   3536/4 3548/13
lose [12]   3502/22 3504/7 3504/7 3504/15
 3525/13 3529/12 3530/5 3530/9 3530/11
 3541/18 3550/6 3550/7
loses [3]   3504/5 3504/5 3530/7
losing [3]   3504/12 3569/7 3569/7
losses [2]   3506/22 3552/10
lost [3]   3504/6 3511/7 3550/10
lot [12]   3517/14 3518/13 3530/22 3532/14
 3535/15 3550/17 3550/18 3559/4 3562/18
 3566/16 3569/3 3569/7
lovely [1]   3574/2
low [6]   3501/4 3502/17 3502/24 3539/19
 3572/9 3573/5
low-cost [1]   3573/5
low-price [1]   3572/9
lower [28]   3502/3 3502/18 3504/19
 3504/23 3504/23 3504/25 3505/1 3505/17
 3515/23 3516/5 3516/6 3516/12 3523/12
 3523/12 3523/24 3523/25 3524/7 3525/8
 3541/17 3543/10 3544/23 3545/25 3552/7
 3553/20 3554/23 3555/19 3555/19 3555/25
lowering [3]   3502/1 3502/19 3505/2
lowers [2]   3501/18 3543/14
loyalty [1]   3523/15
Luke [1]   3496/4
Luna [1]   3495/16

**M**

MA [1]   3496/10
mac [2]   3572/2 3572/2
mac-and-cheese [2]   3572/2 3572/2
made [15]   3501/10 3506/10 3506/11
 3506/12 3506/12 3512/1 3523/6 3524/8
 3525/24 3553/11 3555/2 3555/5 3562/4
 3562/19 3565/25
Maharoof [1]   3542/10
main [1]   3571/18
Maine [2]   3496/23 3508/9
Mainigi [7]   3496/18 3498/3 3503/10
 3507/9 3510/5 3528/14 3551/19
maintain [1]   3506/14
maintaining [1]   3551/6
major [1]   3558/9

majority [7]   3500/16 3518/19 3521/4
 3521/22 3523/3 3529/6 3555/1
make [25]   3503/24 3505/13 3506/13 3509/5
 3509/22 3510/7 3511/7 3511/9 3515/4
 3518/19 3526/13 3530/22 3533/22 3536/11
 3542/8 3546/22 3554/22 3556/5 3557/21
 3561/7 3562/15 3562/22 3562/24 3563/23
 3566/22
makes [10]   3501/20 3505/12 3505/14
 3507/18 3509/18 3511/5 3534/18 3535/9
 3544/22 3567/22
making [5]   3505/7 3513/6 3553/22 3567/17
 3567/20
managed [1]   3560/22
manager [1]   3521/22
managing [1]   3559/6
Manges [4]   3495/14 3495/17 3496/7 3496/9
many [8]   3513/15 3524/18 3529/4 3529/10
 3550/1 3563/11 3567/17 3571/10
marbles [1]   3537/11
margin [2]   3502/14 3543/25
margins [19]   3501/4 3502/10 3502/15
 3523/12 3523/24 3523/25 3541/16 3541/20
 3541/21 3541/21 3541/22 3542/2 3542/10
 3542/14 3542/17 3543/2 3543/4 3546/24
 3547/5
Mariano's [2]   3540/1 3540/7
Mark [1]   3496/4
market [95]
marketing [2]   3529/6 3560/24
markets [7]   3527/19 3534/9 3536/19
 3554/15 3563/5 3563/8 3573/8
mart [1]   3549/7
Massachusetts [1]   3495/22
massive [1]   3566/20
math [2]   3511/6 3544/5
Matheson [1]   3494/3
matter [8]   3511/6 3515/6 3533/16 3534/19
 3556/18 3559/1 3561/20 3567/4
matters [8]   3515/18 3520/19 3526/19
 3533/17 3552/16 3559/21 3573/10 3573/11
Matthew [1]   3495/19
maximize [1]   3515/20
may [8]   3521/22 3526/16 3531/1 3531/15
 3537/4 3545/7 3545/8 3565/14
maybe [4]   3525/15 3529/3 3529/3 3529/4
McCrary [1]   3548/2
McCrary's [1]   3548/8
McMullen [1]   3523/7
me [15]   3511/20 3522/14 3523/1 3527/24
 3531/3 3532/13 3534/9 3536/21 3543/23
 3556/10 3560/12 3565/5 3565/8 3567/7
 3567/14
meals [1]   3506/22
mean [6]   3506/5 3515/18 3527/22 3535/19
 3567/23 3570/1
meaning [1]   3543/14
means [5]   3506/5 3513/5 3516/5 3516/6
 3565/3
measure [2]   3541/20 3544/24
meats [1]   3506/24
meet [3]   3522/9 3527/9 3541/14
meeting [1]   3565/12
melon [1]   3517/12
member [1]   3559/10
members [7]   3551/5 3551/11 3551/16
 3556/20 3557/1 3557/5 3557/7
membership [2]   3517/25 3551/15
mention [1]   3544/9
mentioned [4]   3537/16 3537/16 3544/8
 3555/15
merchandise [1]   3523/20
merchandising [3]   3505/22 3545/4 3560/23

**M**

mere [1]  3538/19
merge [1]  3545/22
merged [1]  3571/16
merger [106]
merger's [1]  3508/1
merger-specific [1]  3546/2
metaphor [1]  3537/12
methodology [1]  3542/19
Mexico [2]  3544/8 3544/16
Meyer [5]  3533/25 3534/1 3534/5 3534/6
 3535/24
Michael [2]  3495/21 3496/20
middle [1]  3518/5
middle-America [1]  3518/5
might [12]  3511/21 3517/23 3517/24
 3517/25 3543/16 3543/17 3544/24 3546/13
 3557/6 3557/9 3569/25 3571/9
mile [3]  3513/14 3534/1 3535/4
miles [3]  3535/22 3536/8 3536/10
milk [2]  3513/21 3571/10
million [5]  3499/22 3518/7 3518/8 3547/1
 3547/5
millions [2]  3499/8 3505/23
minute [1]  3574/2
minutes [4]  3520/8 3521/8 3531/2 3549/13
misnomer [1]  3507/16
mission [1]  3517/15
mistake [1]  3566/10
misunderstandings [1]  3514/20
misunderstands [1]  3571/13
mitigate [1]  3508/1
model [5]  3502/2 3508/25 3511/8 3543/1
 3543/1
models [2]  3510/10 3510/10
mole [3]  3512/22 3514/7 3536/19
mom [2]  3524/18 3524/18
mom-and-pop [2]  3524/18 3524/18
money [18]  3501/25 3501/25 3509/7
 3510/20 3510/20 3542/3 3542/8 3544/22
 3544/25 3545/11 3545/12 3545/23 3546/3
 3546/5 3546/6 3546/8 3547/12 3547/13
month [1]  3506/8
months [2]  3508/5 3563/15
more [48]  3499/12 3499/22 3500/17
 3501/10 3501/13 3501/15 3501/19 3501/20
 3501/21 3505/5 3505/5 3507/14 3508/15
 3523/15 3523/20 3524/14 3529/7 3529/12
 3529/19 3530/9 3542/5 3542/6 3544/25
 3545/23 3547/12 3547/13 3547/14 3547/15
 3547/23 3551/16 3552/9 3552/12 3557/19
 3560/16 3562/5 3562/7 3564/21 3569/7
 3571/11 3572/16 3572/16 3572/19 3573/3
 3573/4 3573/5 3573/17 3573/17 3573/22
Moriarty [1]  3496/22
morning [3]  3499/3 3552/18 3552/19
Morris [20]  3510/6 3555/18 3559/22
 3560/12 3560/17 3560/17 3561/7 3561/18
 3561/24 3562/1 3562/7 3562/9 3563/11
 3563/16 3564/6 3564/21 3565/2 3565/8
 3566/14 3566/14
Morris' [2]  3561/12 3561/13
Morrison [2]  3495/3 3496/17
mortar [1]  3572/25
most [13]  3511/15 3516/18 3519/3 3521/12
 3522/15 3525/14 3525/15 3533/24 3539/2
 3551/22 3557/3 3561/19 3563/7
motion [4]  3532/22 3533/3 3533/19 3537/2
mountain [1]  3508/10
move [2]  3504/18 3513/11
Mr [34]  3494/3 3494/3 3494/4 3494/5
 3494/9 3494/9 3494/10 3494/15 3494/16

**N**

3494/23 3495/2 3495/5 3495/11 3495/14
3495/19 3495/20 3495/24 3497/11 3505/24
3496/4 3496/4 3496/5 3496/5 3496/6
3496/16 3496/19 3496/19 3496/20 3496/22
3496/22 3497/3 3498/2 3510/25 3524/10
Mr. [32]  3502/22 3503/6 3503/12 3508/17
 3509/8 3511/23 3518/4 3523/7 3524/7
 3525/23 3535/18 3536/3 3542/10 3542/10
 3546/2 3551/14 3554/8 3555/1 3555/4
 3555/18 3556/7 3556/13 3556/17 3556/21
 3556/22 3558/17 3561/18 3562/21 3565/6
 3565/16 3571/19 3572/5
Mr. Aitken [4]  3503/6 3518/4 3535/18
 3536/3
Mr. Clay [2]  3556/21 3556/22
Mr. Cohen [1]  3565/16
Mr. Cosset [1]  3525/23
Mr. Dan Dosenbach [1]  3556/13
Mr. Fox [2]  3562/21 3572/5
Mr. Gokhale [3]  3508/17 3509/8 3546/2
Mr. Groff [2]  3502/22 3542/10
Mr. King [1]  3551/14
Mr. Maharoof [1]  3542/10
Mr. McMullen [1]  3523/7
Mr. Sankaran [6]  3511/23 3554/8 3555/4
 3555/18 3556/7 3561/18
Mr. Silva [1]  3503/12
Mr. Simmons [1]  3556/17
Mr. Winn [1]  3524/7
Mr. Wolf [4]  3555/1 3558/17 3565/6
 3571/19
Ms [34]  3494/2 3494/4 3494/7 3494/8
 3494/8 3494/10 3494/11 3494/11 3494/12
 3494/12 3494/19 3495/8 3495/16 3495/17
 3495/20 3496/6 3496/11 3496/18 3496/20
 3496/21 3496/21 3498/3 3551/19 3559/10
 3560/17 3561/5 3561/18 3561/24 3563/11
 3563/16 3564/6 3565/2 3565/8 3566/14
Ms. [21]  3503/10 3507/9 3510/5 3528/14
 3551/4 3555/18 3558/11 3559/13 3560/12
 3562/1 3564/21 3566/5 3566/9 3567/19
 3567/24 3568/21 3569/3 3570/23 3571/2
 3571/4 3572/24
Ms. Hall [1]  3558/11
Ms. Kinney [5]  3567/19 3567/24 3568/21
 3569/3 3572/24
Ms. Kinney's [3]  3570/23 3571/2 3571/4
Ms. Mainigi [4]  3503/10 3507/9 3510/5
 3528/14
Ms. Morris [2]  3562/1 3564/21
Ms. Oligario [1]  3566/5
Ms. Susan [2]  3555/18 3560/12
Ms. Wukitch [1]  3559/13
Ms. Zinder [2]  3551/4 3566/9
much [11]  3502/16 3505/4 3505/5 3505/14
 3513/14 3530/5 3542/3 3545/23 3554/19
 3564/19 3567/4
MULO [8]  3568/20 3568/23 3568/23 3568/24
 3568/25 3569/5 3569/5 3569/6
multiple [5]  3526/1 3555/9 3555/17
 3561/16 3567/20
Musser [1]  3494/2
must [4]  3504/18 3511/19 3527/19 3573/13
my [11]  3499/7 3503/10 3507/9 3509/24
 3510/5 3513/2 3522/13 3535/6 3544/20
 3554/16 3572/1

**N**

N.E [1]  3495/9
N.W [2]  3494/13 3495/22
Naomi [1]  3566/3
narrow [1]  3528/18
national [3]  3505/9 3505/10 3545/7

**N**

**nationwide [2]** 3499/21 3508/6
**natural [1]** 3540/15
**nature [2]** 3535/16 3538/6
**NE [1]** 3495/6
**nearly [1]** 3503/7
**necessarily [1]** 3552/25
**need [12]** 3506/13 3506/23 3509/5 3510/18
 3516/6 3526/24 3554/12 3554/13 3554/14
 3555/25 3563/23 3573/20
**needed [2]** 3503/12 3521/3
**needs [6]** 3503/8 3508/3 3523/6 3527/8
 3564/10 3567/23
**negotiating [1]** 3545/18
**negotiations [1]** 3551/13
**neighborhood [1]** 3534/22
**NELSON [1]** 3493/16
**network [5]** 3510/15 3523/14 3524/12
 3524/13 3566/20
**networks [1]** 3566/20
**never [11]** 3519/19 3519/20 3519/24
 3520/9 3520/11 3533/10 3533/11 3538/21
 3540/23 3541/7 3566/4
**new [14]** 3495/18 3495/25 3497/9 3523/11
 3524/1 3524/16 3530/5 3530/6 3533/9
 3544/8 3544/16 3548/13 3557/22 3565/9
**news [1]** 3556/23
**newspaper [1]** 3504/11
**next [6]** 3510/14 3539/5 3551/12 3554/11
 3572/17 3572/25
**Ngan [1]** 3495/16
**nice [1]** 3562/10
**Nicole [1]** 3494/19
**night [2]** 3510/11 3510/12
**Ninth [1]** 3495/12
**no [69]** 3493/4 3499/23 3502/7 3502/25
 3503/15 3504/21 3506/15 3506/21 3506/21
 3507/2 3508/2 3508/20 3509/1 3509/10
 3511/18 3516/22 3519/20 3519/21 3520/2
 3520/2 3520/4 3520/5 3520/6 3525/11
 3525/18 3527/2 3527/14 3527/23 3529/21
 3531/3 3531/22 3532/9 3532/11 3534/18
 3535/9 3538/1 3538/16 3539/7 3539/14
 3539/16 3540/12 3540/19 3540/22 3541/15
 3542/12 3542/23 3544/17 3547/20 3548/3
 3548/7 3548/9 3548/10 3548/18 3549/7
 3549/13 3549/19 3549/20 3549/20 3549/22
 3552/8 3552/10 3556/12 3556/18 3561/20
 3562/7 3566/11 3567/4 3570/16 3572/3
**no one [6]** 3516/22 3520/4 3520/5 3520/6
 3548/3 3562/7
**no wonder [1]** 3572/3
**no-comprises [1]** 3504/21
**no-compromised [1]** 3506/15
**no-compromises [1]** 3499/23
**No. [1]** 3510/16
**No. 8 [1]** 3510/16
**Nolan [1]** 3494/16
**non [10]** 3499/13 3501/25 3504/24 3505/8
 3505/17 3506/1 3506/3 3520/25 3550/10
 3550/23
**non-answers [1]** 3520/25
**non-grocery [6]** 3501/25 3504/24 3505/8
 3505/17 3506/1 3506/3
**non-union [3]** 3499/13 3550/10 3550/23
**none [2]** 3507/7 3556/12
**Nord [1]** 3495/5
**Northwest [1]** 3540/1
**not [137]**
**nothing [8]** 3507/22 3507/22 3539/11
 3550/2 3550/18 3555/12 3564/19 3567/2
**notice [1]** 3533/13

**notion [4]** 3532/1 3545/7 3545/14 3549/14
**now [50]** 3497/21 3505/10 3508/5 3508/17
 3512/22 3515/8 3519/14 3521/12 3522/10
 3523/22 3524/5 3524/19 3525/11 3526/23
 3530/16 3532/12 3532/16 3533/8 3535/1
 3537/1 3537/4 3537/10 3538/17 3544/18
 3547/17 3553/9 3554/3 3554/8 3554/21
 3555/8 3556/10 3556/21 3557/18 3558/9
 3559/20 3560/1 3560/12 3561/3 3561/5
 3561/14 3562/15 3563/16 3565/5 3565/24
 3568/3 3569/10 3569/22 3571/2 3571/19
 3572/6
**nowhere [2]** 3536/23 3543/24
**number [15]** 3509/14 3511/25 3515/11
 3529/25 3530/13 3531/17 3542/1 3543/10
 3543/11 3543/11 3543/11 3544/4 3545/25
 3546/1 3551/5
**numbers [2]** 3546/15 3546/16
**NW [3]** 3496/7 3497/4 3497/9
**NY [2]** 3495/18 3495/25

**O**

**Obaro [1]** 3495/14
**objected [1]** 3537/5
**Objection [1]** 3537/5
**objections [1]** 3499/25
**objective [1]** 3515/19
**obtained [1]** 3569/6
**obvious [2]** 3513/8 3523/8
**obviously [3]** 3518/22 3551/21 3567/8
**occasional [1]** 3511/17
**occur [1]** 3512/7
**occurs [1]** 3535/25
**off [3]** 3510/24 3554/6 3565/16
**offer [8]** 3519/22 3519/23 3520/13
 3520/19 3530/25 3540/20 3569/24 3570/16
**offered [5]** 3500/19 3508/17 3512/24
 3520/10 3536/20
**offering [1]** 3520/21
**offerings [1]** 3564/3
**offers [1]** 3573/19
**office [5]** 3494/16 3494/20 3494/23
 3541/7 3560/9
**Official [1]** 3575/11
**offset [2]** 3527/15 3555/21
**often [1]** 3533/22
**OH [1]** 3496/13
**Ohio [1]** 3526/8
**okay [3]** 3533/8 3538/13 3554/11
**old [1]** 3517/18
**Oligario [2]** 3566/4 3566/5
**once [4]** 3523/8 3527/3 3569/5 3570/24
**one [60]** 3499/18 3501/23 3504/23 3506/6
 3510/16 3510/17 3513/17 3513/18 3514/21
 3516/16 3516/22 3520/2 3520/5 3520/6
 3524/25 3525/1 3527/5 3528/25 3530/16
 3530/24 3531/2 3531/4 3531/6 3531/7
 3531/14 3531/20 3532/1 3532/6 3539/6
 3540/10 3543/2 3545/6 3545/12 3548/3
 3553/14 3554/5 3554/17 3558/9 3559/18
 3560/16 3562/7 3562/13 3562/22 3563/5
 3564/4 3566/9 3567/5 3567/12 3567/23
 3567/25 3567/25 3568/6 3568/17 3568/19
 3569/2 3569/2 3570/14 3570/16 3572/7
 3573/19
**one-liter [1]** 3501/23
**one-out-of-four [1]** 3572/7
**one-stop [18]** 3513/17 3513/18 3530/16
 3530/24 3531/2 3531/4 3531/6 3531/7
 3531/14 3531/20 3532/1 3532/6 3553/14
 3567/12 3567/23 3567/25 3568/6 3568/17
**ones [2]** 3504/8 3524/1
**online [1]** 3557/8

**O**

**only [31]** 3504/8 3504/22 3504/25 3505/3 3505/4 3508/5 3511/7 3511/12 3514/25 3515/1 3522/6 3524/21 3540/2 3541/11 3543/16 3547/3 3548/4 3548/16 3548/19 3553/19 3554/5 3559/24 3565/10 3566/12 3566/25 3570/25 3572/22 3572/25 3573/2 3573/17 3573/22
**oOo [1]** 3575/3
**open [1]** 3572/16
**opening [11]** 3499/7 3511/12 3514/22 3522/5 3522/13 3536/24 3537/3 3554/16 3565/25 3570/12 3572/1
**opinion [8]** 3508/18 3519/22 3520/2 3520/10 3520/13 3520/19 3542/25 3559/19
**opinions [1]** 3520/21
**opportunities [2]** 3499/16 3509/1
**opportunity [7]** 3505/17 3510/11 3510/13 3510/21 3511/21 3538/1 3552/3
**opposed [3]** 3516/3 3516/4 3566/7
**opposite [1]** 3545/15
**opt [2]** 3570/8 3570/9
**option [1]** 3543/1
**options [4]** 3528/8 3553/24 3553/25 3556/7
**ord.uscourts.gov [1]** 3497/23
**order [1]** 3504/18
**OREGON [8]** 3493/2 3493/8 3495/2 3495/5 3495/8 3526/18 3533/24 3535/20
**organic [2]** 3529/3 3570/7
**organization [2]** 3504/6 3516/24
**original [1]** 3575/7
**originally [3]** 3539/12 3556/22 3557/5
**other [22]** 3504/2 3504/23 3512/4 3520/4 3521/14 3526/21 3534/14 3536/10 3542/2 3548/25 3549/12 3550/22 3554/17 3555/1 3557/9 3559/14 3562/9 3562/15 3563/20 3563/21 3568/13 3568/15
**others [3]** 3503/21 3516/15 3565/3
**otherwise [1]** 3516/14
**ounces [1]** 3513/21
**our [19]** 3503/24 3503/25 3503/25 3508/8 3508/18 3510/18 3511/4 3515/2 3515/16 3516/8 3525/8 3528/11 3528/11 3529/13 3529/18 3539/23 3546/9 3551/3 3552/21
**ours [2]** 3515/23 3542/15
**out [20]** 3506/8 3511/6 3513/3 3513/4 3519/1 3534/2 3540/2 3542/3 3544/19 3545/10 3550/19 3550/23 3561/6 3561/10 3562/14 3563/9 3563/13 3570/8 3572/6 3572/7
**outcome [2]** 3526/17 3556/8
**outer [1]** 3534/15
**outright [1]** 3516/17
**outside [8]** 3513/14 3525/25 3535/4 3536/1 3549/6 3551/9 3570/4 3570/11
**over [16]** 3500/13 3502/15 3505/2 3508/21 3508/22 3533/22 3551/19 3557/8 3559/2 3559/9 3560/14 3563/12 3564/7 3565/2 3565/2 3572/25
**overcome [1]** 3527/8
**overinclusiveness [1]** 3536/6
**overlap [2]** 3539/20 3549/24
**overseeing [1]** 3561/3
**oversees [1]** 3562/3
**overwhelming [1]** 3503/20
**own [8]** 3524/21 3533/21 3534/4 3538/5 3546/9 3564/15 3565/20 3572/5
**owner [1]** 3565/12

**P**

**pack [1]** 3502/1

**package [2]** 3509/9 3510/2
**PAGE [1]** 3494/13
**paid [5]** 3519/16 3519/17 3521/1 3521/2 3555/1
**pallets [1]** 3570/6
**pandemic [1]** 3531/16
**paper [3]** 3500/13 3555/4 3570/21
**parameters [1]** 3540/21
**parking [2]** 3517/13 3518/13
**Parkway [1]** 3495/15
**part [12]** 3504/2 3520/7 3526/3 3526/16 3528/3 3533/3 3540/5 3547/21 3549/8 3558/23 3560/3 3569/2
**particular [3]** 3559/8 3567/14 3570/19
**particularly [1]** 3505/9
**parties [3]** 3507/5 3551/23 3569/25
**partner [1]** 3503/12
**party [4]** 3507/13 3526/9 3564/13 3568/22
**pass [1]** 3545/1
**passion [1]** 3552/4
**past [2]** 3519/21 3543/3
**patience [2]** 3551/23 3552/23
**Paul [2]** 3494/10 3494/23
**pause [3]** 3526/2 3526/12 3557/25
**pay [5]** 3504/12 3504/13 3518/8 3546/5 3551/6
**paying [1]** 3518/14
**payment [2]** 3512/6 3512/6
**pays [1]** 3504/13
**pendency [1]** 3512/8
**Pennsylvania [1]** 3494/13
**penny [2]** 3501/3 3515/1
**people [34]** 3507/15 3509/15 3517/11 3517/13 3521/19 3528/18 3531/16 3534/20 3534/23 3535/23 3545/9 3548/20 3550/1 3550/2 3552/6 3553/14 3557/7 3557/20 3558/25 3559/18 3559/25 3560/4 3560/8 3560/11 3561/9 3561/13 3561/22 3562/2 3562/9 3564/24 3565/20 3565/20 3566/11 3570/13
**Pepsi [3]** 3501/22 3505/10 3545/9
**per [3]** 3567/17 3567/20 3567/22
**percent [23]** 3501/13 3502/3 3503/7 3519/10 3529/13 3529/18 3529/24 3530/8 3530/9 3530/12 3534/14 3534/15 3535/25 3539/20 3543/10 3548/22 3548/23 3549/5 3563/10 3564/21 3571/1 3572/25 3573/1
**percentage [1]** 3543/7
**percentages [1]** 3501/4
**perfect [1]** 3507/20
**perfection [1]** 3508/3
**perfectly [5]** 3507/22 3507/23 3507/23 3507/24 3509/5
**performance [1]** 3555/9
**performing [2]** 3555/11 3555/13
**perhaps [1]** 3525/14
**permits [2]** 3511/12 3522/6
**Perry [1]** 3496/4
**person [2]** 3520/9 3520/10
**personal [1]** 3560/13
**personnel [1]** 3566/23
**perspective [2]** 3528/21 3529/12
**persuades [1]** 3511/15
**persuasion [2]** 3500/6 3527/6
**Peter [1]** 3497/5
**Pfaffenroth [1]** 3495/20
**phenomena [1]** 3571/3
**phrase [1]** 3537/14
**PI [2]** 3526/4 3537/16
**pick [4]** 3511/14 3511/15 3514/14 3517/12
**picked [2]** 3507/12 3514/13
**Pitt [1]** 3496/19
**place [2]** 3524/14 3548/23

**P**

**places [5]** 3513/20 3548/15 3548/16
3549/12 3570/13
**plainly [2]** 3528/5 3556/8
**plaintiff [8]** 3494/2 3494/15 3494/19
3494/22 3495/2 3527/19 3529/16 3533/18
**plaintiffs [24]** 3493/4 3499/15 3500/1
3501/12 3507/17 3511/18 3511/25 3512/15
3512/18 3519/18 3519/23 3522/7 3522/23
3525/25 3526/12 3527/9 3527/17 3536/12
3536/23 3537/5 3540/23 3554/17 3562/21
3567/4
**plaintiffs' [10]** 3500/12 3509/2 3511/11
3513/1 3515/8 3521/5 3522/5 3533/17
3538/17 3539/25
**plan [7]** 3508/25 3510/7 3510/12 3511/4
3554/19 3565/3 3572/16
**plans [4]** 3510/7 3521/8 3563/18 3572/20
**platform [1]** 3573/7
**play [3]** 3517/8 3531/12 3532/15
**played [1]** 3513/3
**player [1]** 3537/13
**players [3]** 3569/8 3572/15 3573/5
**plays [1]** 3530/17
**pleadings [2]** 3538/4 3538/4
**please [2]** 3499/4 3534/9
**plus [1]** 3569/5
**pockets [3]** 3547/12 3547/13 3547/14
**Podoll [1]** 3496/19
**point [13]** 3500/25 3516/8 3541/3 3541/4
3541/5 3542/14 3545/21 3553/11 3557/16
3562/15 3562/18 3565/7 3565/15
**point-blank [1]** 3565/15
**pointed [2]** 3511/6 3554/4
**pointing [1]** 3572/6
**policy [2]** 3515/19 3540/10
**pop [2]** 3524/18 3524/18
**popular [1]** 3571/4
**Porter [2]** 3495/22 3495/24
**portfolio [1]** 3564/11
**Portland [7]** 3493/8 3495/4 3495/13
3496/17 3497/22 3533/24 3533/25
**position [3]** 3515/10 3515/12 3566/6
**positioned [1]** 3543/20
**positive [1]** 3516/10
**possibility [2]** 3511/1 3561/23
**possible [2]** 3519/13 3543/18
**possibly [2]** 3500/21 3522/9
**post [9]** 3527/11 3539/7 3539/15 3539/17
3540/8 3540/8 3551/4 3551/21 3559/7
**post-trial [1]** 3551/21
**potential [1]** 3519/5
**powerful [1]** 3559/16
**practices [1]** 3519/21
**pre [1]** 3539/17
**precisely [4]** 3541/3 3545/21 3550/4
3551/5
**preclude [1]** 3539/8
**preliminary [9]** 3493/14 3500/8 3522/10
3532/22 3533/3 3533/11 3533/19 3537/2
3539/9
**present [4]** 3511/12 3522/6 3563/9 3567/3
**presentation [6]** 3510/10 3513/2 3521/5
3538/18 3539/25 3540/6
**presentations [3]** 3521/7 3521/7 3521/8
**presented [2]** 3521/9 3522/8
**preservation [1]** 3550/20
**preserve [3]** 3550/5 3553/13 3558/13
**preserved [1]** 3558/19
**president [3]** 3497/6 3560/25 3566/14
**presidents [1]** 3561/21
**press [1]** 3526/2

**pressure [7]** 3516/5 3516/11 3516/15
3523/24 3568/19 3573/4 3573/5
**presupposes [1]** 3512/21
**pretty [4]** 3503/5 3507/1 3519/16 3533/12
**prevent [1]** 3554/2
**prevented [1]** 3501/14
**previous [1]** 3542/17
**price [33]** 3501/15 3502/14 3502/21
3502/24 3504/12 3504/13 3504/14 3504/19
3504/21 3506/18 3514/23 3517/21 3519/5
3521/11 3524/8 3524/24 3525/2 3539/14
3539/19 3539/20 3539/22 3539/22 3540/19
3543/14 3544/11 3546/5 3546/10 3547/8
3571/25 3572/9 3573/4 3573/9 3573/18
**price-check [2]** 3521/11 3539/22
**price-checks [1]** 3539/20
**prices [51]** 3499/24 3501/9 3501/10
3501/18 3502/1 3502/5 3502/16 3502/18
3502/20 3503/2 3504/19 3504/23 3504/25
3505/1 3505/13 3506/5 3512/12 3513/15
3515/4 3515/25 3516/5 3516/6 3516/9
3516/12 3519/9 3519/12 3523/2 3523/12
3524/7 3525/7 3525/8 3525/14 3527/25
3535/2 3535/2 3535/4 3539/4 3540/14
3540/18 3541/18 3543/14 3544/23 3552/7
3553/20 3554/24 3555/19 3555/25 3571/16
3571/18 3572/9 3572/14
**pricing [8]** 3521/11 3527/11 3527/13
3539/6 3539/23 3540/14 3560/22 3571/21
**primary [2]** 3516/16 3569/4
**principal [1]** 3515/19
**prior [1]** 3509/25
**prioritize [1]** 3568/6
**private [13]** 3501/22 3519/21 3521/13
3524/9 3545/6 3545/24 3564/1 3564/3
3564/7 3564/9 3564/11 3564/14 3564/19
**private label [1]** 3519/21
**pro [4]** 3544/23 3544/25 3545/2 3547/10
**pro-competitive [4]** 3544/23 3544/25
3545/2 3547/10
**probable [2]** 3522/24 3573/14
**probably [4]** 3504/11 3529/10 3538/5
3561/18
**problem [9]** 3504/22 3535/8 3535/8 3536/6
3536/17 3536/17 3536/18 3537/17 3572/11
**problematic [2]** 3542/1 3543/12
**proceed [1]** 3555/23
**proceeding [3]** 3525/25 3526/3 3533/12
**proceedings [4]** 3499/3 3526/15 3526/16
3575/6
**proceeds [1]** 3554/7
**process [4]** 3513/4 3532/16 3536/17
3551/17
**produce [4]** 3506/24 3570/22 3571/10
3572/19
**product [4]** 3526/25 3526/25 3548/1
3570/19
**products [6]** 3523/16 3564/7 3570/13
3570/20 3571/7 3571/8
**Professor [2]** 3519/24 3520/20
**profit [6]** 3501/4 3502/15 3515/1 3515/3
3541/17 3541/20
**profitable [1]** 3508/23
**profits [3]** 3502/11 3508/21 3515/2
**programs [1]** 3523/15
**prohibitive [1]** 3517/24
**Project [1]** 3555/3
**promise [2]** 3506/7 3506/7
**proof [1]** 3522/9
**proper [1]** 3549/14
**properly [2]** 3527/10 3527/17
**proposed [3]** 3520/21 3549/16 3558/4
**proposes [1]** 3553/15

**P**

**prove [8]** 3511/18 3511/19 3516/8 3522/16
3541/3 3541/4 3542/13 3542/15
**proves [2]** 3513/24 3541/5
**provide [3]** 3499/23 3508/10 3564/14
**provided [4]** 3521/6 3521/17 3534/2
3563/19
**public [7]** 3522/14 3522/15 3522/17
3531/17 3553/1 3556/8 3557/11
**public's [1]** 3554/20
**pumped [1]** 3502/1
**punch [1]** 3520/12
**punished [1]** 3535/2
**purported [2]** 3546/20 3547/9
**purpose [3]** 3519/6 3531/1 3569/10
**pushing [1]** 3572/8
**put [18]** 3501/11 3502/22 3510/3 3512/23
3515/14 3515/15 3515/17 3516/15 3516/19
3517/6 3517/17 3518/9 3523/3 3533/13
3533/18 3538/7 3539/5 3559/3
**puts [1]** 3566/20
**putting [7]** 3510/19 3510/20 3516/11
3524/24 3537/11 3537/14 3565/20
**puzzle [1]** 3569/2

**Q**

**QFC [2]** 3539/25 3540/6
**qualified [1]** 3562/7
**qualifies [1]** 3561/15
**quality [1]** 3528/1
**quarter [3]** 3503/7 3515/3 3535/25
**question [15]** 3507/24 3507/25 3523/2
3527/23 3530/24 3531/13 3535/1 3535/3
3538/15 3538/23 3538/24 3543/24 3544/9
3558/18 3558/19
**questioned [1]** 3511/23
**quibble [1]** 3544/5
**quick [1]** 3546/22
**quickly [1]** 3544/19
**quite [2]** 3546/13 3551/15
**quo [2]** 3558/13 3558/19

**R**

**raise [4]** 3535/2 3538/2 3538/9 3571/16
**raised [2]** 3537/15 3565/6
**raises [2]** 3535/1 3535/4
**raising [1]** 3541/18
**Raley's [8]** 3515/23 3516/4 3516/7
3516/12 3517/11 3517/15 3524/25 3564/17
**ramifications [1]** 3512/9
**ramping [1]** 3506/6
**ran [2]** 3540/21 3566/2
**random [1]** 3548/6
**rank [1]** 3500/14
**rapid [1]** 3572/23
**rapidly [1]** 3572/13
**rather [3]** 3521/3 3546/17 3557/7
**RDR [2]** 3497/14 3575/11
**re [12]** 3562/20 3562/22 3562/24 3563/3
3563/4 3563/8 3563/12 3563/14 3563/17
3563/17 3563/23 3563/25
**re-banner [4]** 3562/20 3563/8 3563/17
3563/17
**re-bannered [3]** 3563/3 3563/4 3563/14
**re-bannering [4]** 3562/22 3562/24 3563/23
3563/25
**re-bannerings [1]** 3563/12
**reach [1]** 3505/10
**reached [1]** 3558/24
**read [1]** 3541/9
**real [9]** 3503/23 3511/18 3525/18 3527/12
3534/16 3535/20 3540/13 3540/15 3545/9

**real-world [3]** 3527/12 3535/20 3540/13
**realities [1]** 3500/25 3552/10 3556/17
**reality [5]** 3503/16 3528/13 3531/18
3553/18 3571/24
**really [14]** 3500/24 3505/20 3519/7
3519/8 3526/4 3526/13 3528/20 3529/2
3530/21 3531/12 3538/18 3544/21 3556/1
3564/19
**reason [13]** 3500/4 3502/16 3531/19
3539/2 3539/2 3539/3 3539/8 3542/22
3542/24 3550/1 3552/5 3558/9 3559/21
**reasonably [1]** 3530/25
**reasons [5]** 3527/9 3533/4 3540/3 3550/2
3567/5
**Rebecca [1]** 3496/9
**rebut [1]** 3532/5
**rebuttal [4]** 3537/15 3539/10 3548/4
3573/25
**rebutted [1]** 3548/3
**recalibrate [1]** 3554/12
**recall [5]** 3521/13 3531/2 3532/4 3565/14
3568/11
**received [1]** 3569/1
**receives [1]** 3524/20
**recent [1]** 3557/25
**recently [1]** 3568/25
**Recess [1]** 3574/5
**recognize [2]** 3512/16 3522/15
**recognized [1]** 3507/11
**record [6]** 3500/20 3511/13 3512/19
3522/7 3566/25 3575/6
**red [3]** 3538/19 3540/7 3545/11
**reduce [4]** 3505/13 3505/21 3505/21
3527/25
**reduced [2]** 3523/23 3546/16
**reducing [1]** 3502/15
**reduction [2]** 3545/3 3545/4
**Redwood [2]** 3495/15 3495/15
**references [1]** 3511/22
**referred [1]** 3519/16
**reflect [1]** 3546/6
**reflected [2]** 3507/6 3508/25
**refuse [1]** 3522/23
**refused [3]** 3519/6 3531/10 3543/9
**refuses [2]** 3503/17 3503/17
**regarding [1]** 3520/10
**regardless [2]** 3518/10 3558/15
**regroup [1]** 3554/11
**regular [1]** 3561/8
**regulators [1]** 3506/12
**reimbursement [2]** 3506/23 3524/3
**reinforces [1]** 3530/18
**reject [1]** 3528/15
**rejected [2]** 3558/7 3558/9
**rejects [3]** 3528/10 3528/11 3528/14
**relates [2]** 3567/8 3567/9
**relevant [9]** 3520/23 3522/11 3527/19
3527/20 3528/5 3530/23 3531/15 3567/9
3569/9
**relied [2]** 3536/23 3559/8
**rely [1]** 3512/20
**remain [3]** 3539/3 3539/4 3556/5
**remains [1]** 3527/7
**remarkable [2]** 3512/2 3519/1
**remarkably [5]** 3499/15 3518/16 3519/8
3519/22 3520/18
**remarks [1]** 3514/22
**remedy [2]** 3500/7 3522/12
**remember [19]** 3501/21 3512/6 3516/20
3519/2 3519/7 3519/8 3519/10 3524/17
3527/6 3530/23 3534/6 3537/4 3539/4
3541/9 3541/13 3546/14 3549/19 3571/3
3571/5

## R

**remembers [1]** 3572/1
**rendered [1]** 3520/2
**renew [1]** 3506/1
**repeat [1]** 3523/17
**repeating [1]** 3571/20
**replace [1]** 3543/20
**replete [1]** 3514/21
**reply [3]** 3537/8 3538/2 3538/6
**report [9]** 3536/24 3537/3 3537/6 3537/7 3537/8 3537/10 3537/15 3538/3 3541/24
**reporter [3]** 3497/21 3544/20 3575/11
**reports [1]** 3519/25
**representations [1]** 3512/1
**representative [2]** 3516/24 3566/9
**representatives [1]** 3517/6
**represented [2]** 3526/9 3526/10
**represents [1]** 3551/16
**required [1]** 3543/9
**requiring [1]** 3522/12
**reserved [1]** 3500/3
**resourced [1]** 3510/13
**resources [3]** 3507/14 3509/11 3524/20
**respect [1]** 3549/17
**respected [2]** 3561/16 3561/19
**respectfully [2]** 3522/7 3538/9
**respective [1]** 3522/1
**respond [3]** 3525/2 3525/8 3538/1
**responded [2]** 3532/4 3537/8
**response [1]** 3541/8
**rest [1]** 3551/7
**result [6]** 3528/1 3538/24 3553/24 3556/19 3557/21 3572/7
**resulted [1]** 3501/3
**resume [1]** 3561/14
**resumed [1]** 3499/3
**retail [2]** 3559/25 3565/9
**retailers [7]** 3521/14 3555/10 3557/8 3568/15 3568/22 3569/10 3572/13
**retain [1]** 3564/13
**revenue [7]** 3502/1 3505/7 3514/24 3514/24 3514/25 3523/23 3544/22
**revenues [2]** 3504/24 3505/18
**review [1]** 3512/8
**revitalized [1]** 3523/13
**Richardson [1]** 3497/8
**Rick [1]** 3565/12
**Rider [1]** 3495/17
**right [30]** 3499/5 3500/7 3513/24 3514/13 3516/13 3523/4 3526/19 3532/20 3534/12 3536/24 3537/9 3537/13 3537/20 3537/24 3538/12 3543/11 3543/11 3544/1 3544/13 3545/19 3545/25 3555/6 3556/4 3557/20 3557/20 3559/24 3562/16 3563/17 3564/25 3574/4
**right-hand [1]** 3545/25
**rights [1]** 3532/17
**ripe [1]** 3517/12
**rising [4]** 3501/9 3501/9 3525/14 3555/21
**risks [3]** 3509/1 3509/3 3509/6
**Rives [1]** 3495/12
**RMR [1]** 3575/11
**road [1]** 3552/13
**robust [1]** 3510/8
**Rohan [1]** 3494/5
**role [5]** 3530/17 3531/12 3532/15 3561/4 3565/9
**rolling [1]** 3502/2
**room [3]** 3497/22 3545/10 3545/16
**Rothman [1]** 3494/9
**roughly [1]** 3515/3
**roulette [1]** 3537/13

**run [20]** 3510/25 3524/6 3524/6 3524/14 3524/16 3559/19 3559/24 3560/4 3560/10 3560/22 3560/24 3561/7 3561/15 3562/8 3562/8 3562/9 3562/16 3565/6 3565/22 3566/24
**running [5]** 3544/19 3560/6 3564/22 3564/24 3565/11
**Ryan [1]** 3496/22

## S

**S's [5]** 3557/19 3557/24 3560/13 3565/10 3565/12
**S-215 [1]** 3494/17
**S.W [5]** 3494/6 3495/3 3495/12 3496/17 3496/23
**safer [1]** 3547/14
**Safeway [3]** 3512/13 3536/1 3566/15
**said [41]** 3500/16 3507/18 3512/4 3512/15 3514/9 3514/10 3520/5 3523/7 3526/11 3527/15 3528/17 3531/11 3533/6 3535/18 3539/10 3540/22 3540/23 3541/8 3541/12 3541/24 3543/8 3543/18 3548/2 3548/10 3549/20 3550/20 3551/4 3551/9 3551/10 3551/14 3554/12 3554/16 3555/16 3559/10 3561/18 3562/2 3562/5 3564/1 3564/1 3566/1 3567/20
**Saivignesh [1]** 3494/15
**salaries [1]** 3552/8
**sale [2]** 3504/5 3504/6
**Salem [2]** 3495/7 3495/10
**sales [8]** 3504/14 3518/20 3529/13 3529/19 3530/6 3530/8 3550/6 3560/24
**salmon [1]** 3513/21
**Sam's [6]** 3528/6 3529/13 3529/19 3529/21 3531/23 3568/24
**same [11]** 3529/25 3530/12 3547/24 3549/12 3549/24 3549/25 3555/16 3562/5 3564/3 3569/15 3571/3
**San [2]** 3494/21 3549/11
**San Diego [1]** 3549/11
**sand [1]** 3509/4
**Sankaran [6]** 3511/23 3554/8 3555/4 3555/18 3556/7 3561/18
**Santa [1]** 3544/16
**Santa Fe [1]** 3544/16
**sat [1]** 3521/20
**satisfy [2]** 3500/21 3532/1
**Saturday [1]** 3517/14
**save [4]** 3505/23 3544/25 3545/11 3545/22
**saves [1]** 3544/22
**savings [3]** 3501/16 3555/20 3555/25
**saw [12]** 3502/13 3510/9 3510/9 3510/10 3521/4 3521/5 3528/11 3538/17 3539/21 3541/24 3549/23 3570/23
**say [28]** 3500/18 3503/2 3508/13 3508/14 3512/20 3512/20 3518/11 3520/14 3520/15 3531/14 3532/2 3532/13 3533/1 3533/4 3535/5 3540/17 3540/20 3541/1 3541/25 3546/11 3547/2 3549/9 3549/25 3550/24 3550/25 3567/4 3570/12 3570/15
**saying [5]** 3500/1 3528/21 3533/8 3541/10 3544/15
**says [15]** 3514/9 3514/19 3517/11 3531/5 3533/15 3533/15 3533/19 3546/21 3547/4 3553/12 3555/12 3559/23 3569/8 3571/15 3573/12
**scale [9]** 3508/13 3508/14 3508/15 3553/19 3556/1 3571/21 3572/14 3572/17 3573/6
**scattered [2]** 3511/16 3511/17
**Scholer [2]** 3495/22 3495/24
**Schultz [1]** 3495/20
**scope [4]** 3499/21 3537/6 3562/23 3564/3

S

**score [1]** 3543/1
**Scotch [1]** 3548/5
**scraps [1]** 3548/6
**scratched [1]** 3572/22
**screen [8]** 3508/20 3519/3 3521/13 3545/6
3545/12 3545/24 3546/17 3556/25
**seated [1]** 3499/4
**Sebastian [1]** 3496/5
**second [4]** 3532/12 3541/22 3543/1 3549/8
**secondhand [1]** 3566/8
**Section [1]** 3554/1
**Section 7 [1]** 3554/1
**secure [2]** 3508/23 3547/15
**see [27]** 3499/9 3499/11 3504/8 3509/20
3509/21 3513/17 3523/12 3523/19 3524/7
3524/8 3525/7 3531/21 3534/14 3535/21
3536/3 3538/14 3540/6 3545/6 3545/25
3546/9 3550/16 3556/18 3559/4 3559/19
3563/6 3565/13 3569/2
**seeks [1]** 3504/20
**seem [1]** 3554/22
**seen [10]** 3501/5 3502/7 3506/2 3506/7
3529/10 3533/22 3541/7 3565/25 3567/13
3568/8
**sees [1]** 3504/11
**selection [1]** 3524/9
**sell [5]** 3501/22 3510/24 3565/15 3570/6
3572/2
**sells [1]** 3570/15
**senior [3]** 3497/6 3559/8 3561/5
**sense [12]** 3505/14 3507/18 3511/5 3511/9
3515/7 3530/14 3530/22 3533/23 3534/18
3535/9 3536/11 3549/10
**sent [1]** 3540/5
**separate [1]** 3569/12
**September [3]** 3493/6 3499/1 3575/10
**serve [1]** 3518/7
**serves [4]** 3553/7 3554/4 3554/6 3557/16
**service [3]** 3508/7 3521/10 3542/6
**services [5]** 3508/10 3509/18 3512/12
3524/17 3563/22
**serving [1]** 3554/15
**session [1]** 3499/3
**set [5]** 3507/10 3509/16 3510/1 3523/16
3550/16
**setter [1]** 3572/9
**setting [1]** 3552/20
**Seymour [1]** 3496/21
**share [9]** 3501/8 3521/10 3521/10 3529/11
3568/11 3568/18 3569/7 3569/15 3570/2
**shared [1]** 3567/19
**shareholders [1]** 3555/1
**shares [1]** 3537/20
**she [37]** 3500/16 3558/15 3560/21 3560/21
3560/22 3560/22 3560/23 3560/24 3560/25
3560/25 3561/3 3561/7 3561/8 3561/9
3561/17 3563/17 3563/18 3563/19 3563/20
3563/20 3564/7 3564/8 3564/9 3564/12
3565/9 3565/10 3565/11 3565/14 3565/16
3565/19 3565/19 3565/20 3565/21 3565/10
3566/15 3567/20 3571/4
**she's [1]** 3563/12
**shelves [1]** 3523/16
**shift [4]** 3512/22 3513/17 3515/8 3573/8
**shifted [1]** 3513/11
**shifting [2]** 3573/4 3573/6
**shop [13]** 3513/18 3523/19 3525/8 3525/10
3530/24 3531/6 3531/20 3532/1 3535/23
3535/25 3553/14 3567/10 3570/11
**shop' [1]** 3531/8
**shopper [1]** 3530/16

**shoppers [6]** 3490/8 3512/11 3517/14
3523/7 3528/7 3617/12
**shopping [17]** 3517/15 3518/13 3531/3
3531/4 3531/7 3531/15 3532/6 3535/25
3567/24 3567/25 3568/2 3568/3 3568/7
3568/17 3569/24 3571/6 3571/14
**shops [1]** 3524/23
**Shores [2]** 3495/15 3495/15
**short [1]** 3502/11
**should [16]** 3501/14 3501/15 3522/18
3522/21 3530/15 3532/19 3532/24 3533/4
3542/19 3543/2 3543/8 3546/6 3557/6
3558/1 3562/10 3565/1
**shouldn't [2]** 3500/24 3538/9
**show [5]** 3500/19 3522/17 3527/14 3538/3
3539/21
**showed [3]** 3536/14 3563/1 3571/3
**showing [4]** 3502/13 3506/2 3522/12
3571/6
**shown [6]** 3502/9 3527/2 3527/4 3554/17
3556/24 3562/6
**shows [12]** 3527/12 3534/20 3539/23
3540/13 3541/15 3558/14 3558/16 3558/18
3564/5 3567/1 3569/6 3570/18
**side [4]** 3504/24 3504/25 3505/8 3506/3
**sides [1]** 3519/17
**signature [3]** 3575/8 3575/8 3575/8
**signed [1]** 3575/8
**significant [3]** 3512/9 3517/25 3545/18
**signing [1]** 3575/5
**silence [1]** 3517/7
**Silva [1]** 3503/12
**similar [1]** 3558/17
**Similarly [3]** 3505/7 3529/24 3540/13
**Simmons [1]** 3556/17
**simple [8]** 3501/18 3502/14 3527/22
3536/6 3536/7 3540/15 3541/17 3541/19
**simply [8]** 3499/19 3500/18 3500/19
3503/13 3515/6 3518/9 3519/6 3529/21
**single [8]** 3501/4 3528/19 3529/8 3529/22
3534/10 3534/17 3540/9 3560/19
**singularly [2]** 3502/19 3502/20
**sit [2]** 3524/13 3530/20
**situation [2]** 3503/11 3559/22
**Sivitz [1]** 3496/9
**six [4]** 3508/5 3513/21 3567/22 3568/1
**size [3]** 3518/10 3518/20 3551/14
**skeptical [1]** 3546/12
**skipping [1]** 3536/10
**slide [14]** 3508/17 3527/23 3536/14
3555/7 3556/17 3556/25 3558/16 3559/3
3559/4 3559/19 3560/5 3563/6 3565/13
3566/18
**slides [1]** 3538/17
**sliver [7]** 3511/13 3511/14 3511/15
3522/6 3522/8 3522/8 3527/7
**small [1]** 3553/14
**smartest [1]** 3562/1
**Smucker [3]** 3545/14 3545/15 3545/15
**Smucker's [2]** 3545/17 3545/19
**SNAP [2]** 3518/9 3518/14
**snarky [1]** 3511/17
**so [98]**
**solicit [1]** 3565/1
**some [15]** 3499/25 3503/2 3503/3 3510/23
3511/23 3513/23 3554/15 3555/20 3556/5
3556/7 3558/1 3564/17 3566/8 3567/14
3569/25
**someone [10]** 3505/12 3513/15 3526/5
3528/2 3536/9 3556/1 3557/2 3557/3
3561/19 3570/4
**something [6]** 3503/22 3511/20 3523/8
3537/14 3558/17 3567/18

**S**

**somewhere [1]**   3549/5
**Sonia [1]**   3495/20
**Sorry [1]**   3541/12
**sound [1]**   3562/22
**sounded [1]**   3500/16
**source [1]**   3568/22
**sources [1]**   3506/1
**sourcing [2]**   3505/21 3545/4
**Southern [1]**   3526/8
**speak [1]**   3526/7
**Speaking [1]**   3511/10
**special [2]**   3552/1 3554/25
**specific [3]**   3546/2 3568/6 3570/13
**specifically [1]**   3509/25
**speculation [4]**   3500/14 3512/18 3566/7
 3566/8
**speed [1]**   3509/20
**spend [7]**   3511/7 3514/24 3514/25 3514/25
 3515/1 3515/3 3568/12
**spends [1]**   3561/9
**spent [4]**   3521/18 3560/15 3560/17
 3562/18
**splat [3]**   3535/19 3535/19 3536/4
**spoke [1]**   3559/11
**spread [1]**   3503/6
**Sprouts [9]**   3515/23 3516/12 3525/1
 3528/7 3529/2 3529/3 3529/14 3529/24
 3531/24
**spruces [1]**   3543/15
**squeezed [1]**   3501/10
**stack [4]**   3509/13 3564/20 3564/20
 3564/24
**staff [2]**   3551/25 3552/22
**stage [1]**   3538/10
**staggering [1]**   3509/12
**stand [5]**   3516/22 3517/6 3521/20 3538/2
 3541/9
**standalone [1]**   3509/10
**standard [5]**   3507/21 3508/3 3522/10
 3558/15 3558/21
**standards [1]**   3520/12
**stands [1]**   3551/7
**Staples [2]**   3541/2 3541/7
**Staples/Office [1]**   3541/7
**starkly [1]**   3502/22
**start [7]**   3500/23 3511/20 3512/25
 3515/18 3522/14 3547/24 3547/24
**started [1]**   3499/7
**starting [1]**   3510/2
**state [6]**   3494/15 3494/19 3494/22 3495/2
 3506/8 3508/10
**stated [2]**   3518/1 3542/19
**statement [2]**   3499/7 3522/6
**statements [4]**   3521/15 3525/24 3555/5
 3555/8
**Stater [9]**   3515/23 3516/3 3516/7 3516/11
 3517/17 3524/25 3535/13 3564/18 3566/8
**STATES [4]**   3493/1 3493/17 3497/21 3525/6
**status [2]**   3558/13 3558/19
**step [2]**   3528/20 3549/19
**steps [1]**   3554/19
**stereotypical [1]**   3518/5
**Stewart [1]**   3496/20
**still [5]**   3519/22 3521/2 3525/15 3550/21
 3553/14
**Stoel [1]**   3495/12
**stop [23]**   3513/17 3513/18 3526/3 3530/16
 3530/24 3531/2 3531/4 3531/7
 3531/8 3531/14 3531/20 3532/1 3532/6
 3532/11 3538/11 3547/17 3553/14 3567/12
 3567/23 3567/25 3568/6 3568/17

**stops [1]**   3567/17
**store [39]**   3503/22 3503/24
 3504/3 3504/13 3504/21 3505/11 3506/1
 3506/21 3508/7 3508/11 3517/12 3522/4
 3523/13 3525/17 3530/5 3530/6 3534/11
 3534/23 3546/15 3546/16 3548/22 3548/24
 3549/4 3554/13 3561/8 3570/14 3570/15
 3571/5
**store-based [1]**   3534/11
**stores [76]**   3499/9 3499/10 3499/13
 3506/21 3507/3 3507/4 3507/5 3509/12
 3523/13 3524/2 3524/5 3524/11 3524/17
 3524/18 3524/18 3524/21 3525/2 3525/7
 3535/22 3536/10 3536/11 3537/22 3542/1
 3542/5 3543/12 3543/15 3543/17 3544/4
 3544/7 3544/8 3544/11 3544/12 3546/15
 3546/15 3546/17 3548/14 3552/8 3552/8
 3552/12 3552/13 3557/8 3557/21 3560/4
 3560/6 3560/21 3560/22 3560/23 3561/1
 3561/1 3561/2 3561/4 3561/6 3561/10
 3561/10 3561/12 3561/12 3562/3 3562/8
 3562/20 3563/3 3563/4 3563/7 3563/13
 3564/22 3564/23 3564/25 3565/6 3565/11
 3565/15 3565/22 3566/2 3566/24 3568/4
 3572/16 3572/19 3572/21
**story [2]**   3560/13 3566/1
**straight [1]**   3535/10
**straightforward [6]**   3501/6 3507/1 3507/7
 3511/2 3526/24 3529/16
**strategy [1]**   3570/1
**Street [12]**   3494/6 3494/17 3494/24
 3495/3 3495/6 3495/9 3495/25 3496/7
 3496/10 3496/13 3496/17 3497/4
**strike [2]**   3551/2 3551/3
**strong [2]**   3508/19 3564/10
**structure [1]**   3503/15
**studied [1]**   3519/20
**study [1]**   3540/21
**stuff [1]**   3545/16
**submitted [2]**   3537/7 3537/8
**subsequent [1]**   3549/1
**subset [1]**   3569/2
**substantial [2]**   3527/2 3539/1
**substantially [4]**   3508/2 3520/23 3538/25
 3558/20
**substitute [1]**   3570/15
**substitutes [1]**   3531/1
**suburbia [1]**   3518/5
**succeed [4]**   3503/9 3557/25 3562/25
 3567/5
**succeeded [1]**   3509/16
**succeeding [1]**   3503/8
**success [10]**   3507/1 3509/16 3509/17
 3522/17 3526/23 3532/11 3547/17 3553/2
 3555/20 3557/21
**successful [4]**   3504/18 3551/6 3559/17
 3562/16
**successfully [2]**   3563/14 3563/24
**such [4]**   3508/1 3532/9 3569/9 3573/7
**sue [1]**   3533/1
**suffer [2]**   3517/13 3544/12
**sufficient [1]**   3538/21
**sufficiently [1]**   3508/1
**suggest [4]**   3509/4 3515/5 3532/23
 3553/17 3557/16 3571/9
**suggested [2]**   3511/12 3558/11
**suggests [1]**   3568/9
**Suite [6]**   3494/17 3494/21 3495/3 3495/12
 3496/7 3496/17
**Sullivan [2]**   3496/4 3497/8
**summed [1]**   3503/13
**Super [2]**   3529/17 3529/18
**superfans [1]**   3568/8

## S

**supermarket [23]** 3503/2 3512/13 3512/25 3513/7 3513/9 3513/19 3528/4 3528/10 3528/14 3528/15 3528/17 3530/10 3530/15 3530/19 3530/25 3531/23 3532/7 3532/10 3533/2 3533/5 3553/8 3553/13 3568/7
**supermarkets [9]** 3504/11 3553/12 3553/23 3567/11 3568/3 3568/18 3570/11 3570/19 3573/5
**supplier [1]** 3523/15
**supplies [1]** 3542/6
**supply [6]** 3505/22 3510/15 3523/20 3545/5 3566/19 3566/20
**support [5]** 3506/4 3515/10 3539/8 3549/14 3570/16
**supported [5]** 3515/12 3515/13 3515/14 3515/16 3556/22
**suppose [2]** 3546/11 3547/1
**supposed [8]** 3514/8 3514/14 3516/1 3516/2 3517/9 3530/20 3541/23 3542/15
**supposedly [2]** 3553/14 3569/13
**supposition [3]** 3500/14 3500/19 3512/17
**sure [13]** 3503/24 3509/5 3509/18 3510/7 3514/11 3519/16 3528/23 3528/24 3529/2 3529/5 3530/17 3531/6 3559/20
**surface [1]** 3572/22
**surreply [1]** 3537/9
**survival [1]** 3502/11
**survive [3]** 3553/23 3557/14 3573/21
**Susan [12]** 3494/2 3510/6 3555/18 3559/22 3560/12 3560/17 3561/12 3561/13 3562/4 3562/7 3562/8 3566/14
**suspected [2]** 3517/5 3517/5
**SW [1]** 3497/22
**synergies [1]** 3499/21
**system [2]** 3505/4 3564/22
**systems [1]** 3524/15

## T

**table [1]** 3501/11
**tactic [1]** 3550/23
**tactics [1]** 3550/17
**take [12]** 3505/15 3510/18 3514/25 3527/5 3540/16 3542/4 3542/7 3542/8 3551/3 3554/18 3565/9 3574/3
**taken [1]** 3536/19
**takes [1]** 3542/3
**taking [1]** 3528/20
**talent [2]** 3510/6 3559/24
**talented [1]** 3509/14
**talk [29]** 3500/15 3501/2 3503/10 3507/8 3507/9 3510/5 3511/10 3513/1 3513/8 3513/23 3515/9 3519/18 3520/8 3521/23 3521/3 3521/24 3525/21 3528/4 3531/10 3531/10 3532/12 3541/15 3541/21 3544/18 3544/19 3552/3 3560/12 3561/7 3566/6
**talked [14]** 3507/17 3508/4 3512/3 3517/22 3522/22 3525/12 3531/25 3536/13 3543/19 3545/3 3561/22 3564/8 3564/12 3566/3
**talking [11]** 3499/8 3531/7 3531/9 3531/11 3532/6 3532/19 3532/24 3533/7 3547/17 3551/11 3561/9
**tape [1]** 3548/6
**taping [2]** 3548/5 3548/5
**Target [8]** 3529/17 3529/18 3529/24 3530/1 3534/22 3536/2 3564/17 3568/24
**targeting [2]** 3518/2 3518/3
**Targets [1]** 3569/23
**task [1]** 3499/17
**team [6]** 3510/6 3559/5 3559/22 3560/9 3560/11 3571/2

**tech [5]** 3509/13 3523/14 3564/20 3564/20 3564/24
**technology [2]** 3505/22 3545/4
**tell [5]** 3517/7 3520/12 3526/1 3555/13 3566/10
**telling [2]** 3526/21 3557/1
**ten [5]** 3510/17 3528/25 3538/17 3572/25 3574/3
**tend [1]** 3559/24
**tens [1]** 3560/4
**term [4]** 3502/11 3502/12 3512/9 3553/24
**terms [4]** 3501/18 3502/15 3512/3 3549/17
**terrible [1]** 3553/7
**terribly [1]** 3540/4
**test [3]** 3540/23 3541/2 3541/3
**testified [16]** 3501/6 3503/6 3509/8 3515/24 3524/11 3529/9 3534/20 3548/17 3554/9 3556/14 3556/23 3563/18 3563/21 3564/6 3565/19 3567/21
**testify [7]** 3516/25 3521/2 3521/3 3561/8 3566/4 3569/11 3571/23
**testifying [2]** 3561/25 3563/20
**testimony [11]** 3504/9 3528/12 3542/25 3548/6 3548/18 3554/9 3555/7 3556/24 3565/1 3565/13 3565/14
**than [31]** 3501/14 3502/3 3508/7 3508/15 3514/3 3514/16 3519/9 3519/10 3519/12 3520/4 3524/14 3529/12 3529/20 3530/9 3534/22 3543/21 3545/1 3546/17 3556/2 3560/17 3562/7 3563/2 3563/9 3564/21 3566/21 3569/7 3570/1 3571/12 3572/3 3572/16 3572/19
**thank [7]** 3499/6 3551/22 3551/24 3551/25 3552/16 3573/23 3573/24
**thanks [2]** 3546/19 3552/21
**that [483]**
**that's [74]** 3502/7 3503/16 3503/16 3504/16 3506/15 3507/21 3507/24 3508/3 3511/8 3511/14 3511/20 3512/15 3512/16 3513/7 3515/5 3516/1 3516/2 3518/15 3522/3 3522/3 3522/3 3522/4 3523/5 3523/6 3523/22 3526/21 3526/22 3528/12 3528/12 3532/2 3532/25 3534/15 3534/18 3535/3 3535/16 3535/17 3536/4 3536/4 3536/22 3536/25 3537/1 3537/13 3538/18 3540/8 3541/18 3545/11 3545/21 3546/1 3546/1 3546/4 3546/6 3546/8 3546/16 3547/21 3548/24 3549/19 3550/4 3550/9 3550/14 3551/9 3551/10 3555/23 3560/1 3560/2 3562/10 3562/25 3563/10 3567/8 3568/15 3568/19 3569/2 3571/17 3573/12
**their [96]**
**them [30]** 3503/1 3505/16 3507/13 3509/7 3515/24 3515/25 3516/5 3517/2 3517/7 3518/22 3521/3 3521/20 3524/18 3525/3 3529/1 3531/25 3532/1 3533/3 3538/8 3538/12 3540/18 3540/19 3542/13 3543/6 3544/23 3560/16 3562/8 3562/25 3564/12 3565/15
**themselves [5]** 3521/9 3552/10 3569/17 3569/23 3573/13
**then [27]** 3501/25 3504/24 3513/11 3513/17 3513/22 3517/8 3522/20 3527/1 3528/2 3533/5 3537/8 3537/17 3538/4 3538/22 3542/13 3543/8 3543/23 3544/18 3545/1 3546/4 3547/4 3553/3 3564/8 3566/2 3566/21 3568/2 3572/22
**theories [6]** 3510/23 3511/9 3511/10 3512/24 3513/5 3562/13
**theory [17]** 3512/23 3512/25 3513/7 3513/12 3513/17 3513/18 3513/20 3533/14 3533/16 3533/17 3533/18 3547/21 3565/6

**theory... [4]** 3567/14 3567/24 3570/17 3571/18
**there [85]**
**there's [6]** 3519/2 3531/22 3536/8 3536/9 3537/17 3559/4
**these [26]** 3499/16 3499/16 3506/10 3506/13 3506/14 3509/20 3511/25 3512/15 3513/5 3521/25 3525/5 3525/24 3526/11 3527/5 3540/2 3552/11 3557/21 3562/9 3565/6 3565/11 3565/22 3568/7 3569/25 3570/11 3573/2 3573/20
**they [199]**
**they're [22]** 3500/2 3514/19 3518/2 3523/12 3523/19 3524/2 3524/6 3525/13 3526/9 3526/10 3528/3 3529/3 3529/3 3529/20 3529/25 3530/2 3531/7 3537/14 3567/20 3569/7 3570/9 3573/6
**they've [10]** 3499/19 3506/11 3506/11 3506/12 3515/9 3515/11 3536/19 3565/25 3568/23 3568/24
**thing [6]** 3522/15 3532/9 3545/2 3549/2 3563/20 3566/12
**things [8]** 3505/1 3505/3 3510/24 3519/7 3535/15 3556/4 3561/7 3565/1
**think [17]** 3501/24 3507/18 3508/21 3511/13 3512/3 3523/7 3524/23 3528/21 3532/13 3536/12 3537/13 3547/3 3547/3 3551/20 3557/6 3558/17 3572/1
**thinks [1]** 3530/18
**third [4]** 3497/22 3564/13 3568/22 3569/25
**third-party [2]** 3564/13 3568/22
**this [218]**
**Thomas [2]** 3496/22 3496/22
**those [57]** 3499/10 3499/15 3500/10 3501/15 3501/16 3501/20 3501/23 3504/16 3504/25 3505/25 3506/22 3516/9 3517/16 3517/22 3517/23 3517/24 3518/2 3518/3 3518/8 3518/19 3523/11 3524/18 3525/1 3525/9 3525/12 3530/9 3530/24 3533/21 3535/22 3535/23 3536/11 3540/4 3542/6 3542/8 3544/7 3544/11 3546/9 3546/14 3546/16 3549/4 3549/17 3552/2 3554/19 3555/16 3555/20 3557/7 3559/18 3560/4 3560/10 3561/3 3561/9 3561/11 3564/5 3564/25 3569/13 3570/7 3571/11
**though [1]** 3524/16
**thought [3]** 3563/18 3566/9 3566/10
**thoughtful [1]** 3510/13
**thoughtfully [1]** 3563/24
**thousands [4]** 3499/8 3505/2 3560/4 3560/8
**threat [9]** 3503/20 3503/21 3504/3 3504/3 3522/4 3525/17 3525/17 3527/2 3551/3
**threaten [1]** 3551/2
**threats [1]** 3499/17
**three [13]** 3499/7 3499/15 3503/7 3508/7 3518/19 3518/20 3520/25 3520/25 3520/25 3533/22 3546/25 3552/24 3553/4
**three-and-a-quarter [1]** 3503/7
**thrive [2]** 3553/23 3573/21
**through [18]** 3499/9 3499/15 3499/21 3501/19 3501/19 3507/12 3510/3 3515/4 3515/24 3522/18 3522/21 3543/6 3543/14 3547/16 3550/10 3553/1 3556/19 3567/14
**throughout [3]** 3512/18 3514/22 3554/22
**throw [1]** 3533/8
**thrown [1]** 3561/20
**tied [2]** 3540/10 3552/25
**Tim [1]** 3495/5
**time [27]** 3500/1 3500/1 3500/4 3509/19 3511/12 3511/24 3511/25 3522/9 3527/5 3527/7 3533/19 3537/1 3547/12 3560/22 3551/20 3552/1 3552/17 3552/22 3553/11 3555/9 3557/1 3561/9 3562/18 3563/23 3564/12 3566/22 3569/1
**timeline [1]** 3506/8
**times [5]** 3508/7 3518/20 3526/1 3527/7 3567/18
**today [19]** 3500/2 3503/5 3508/15 3512/18 3514/10 3514/11 3523/19 3524/14 3524/17 3531/18 3541/25 3554/21 3555/13 3559/25 3561/2 3567/21 3572/16 3573/22 3574/4
**today's [1]** 3531/14
**Todd [1]** 3561/25
**together [3]** 3548/5 3548/5 3552/25
**toilet [1]** 3570/21
**told [8]** 3508/18 3514/13 3514/17 3530/23 3543/5 3553/4 3557/5 3565/17
**too [10]** 3505/8 3523/8 3528/18 3529/3 3529/4 3529/4 3529/10 3538/10 3569/19 3569/20
**took [1]** 3536/7
**tools [2]** 3570/8 3570/9
**toothpaste [2]** 3570/21 3570/24
**top [4]** 3510/17 3530/20 3536/8 3560/10
**TopCo [4]** 3564/14 3564/16 3564/17 3564/18
**topic [1]** 3507/10
**topics [1]** 3520/25
**total [2]** 3507/5 3545/24
**totally [2]** 3547/2 3553/18
**touch [1]** 3553/3
**touched [1]** 3571/19
**toward [1]** 3573/5
**towards [1]** 3573/6
**track [1]** 3512/19
**tracks [1]** 3503/1
**trade [8]** 3493/3 3494/2 3494/5 3494/13 3514/16 3514/19 3535/11 3535/15
**Trader [5]** 3513/9 3525/1 3528/6 3529/25 3531/24
**Trader Joe's [1]** 3528/6
**traditional [2]** 3553/13 3553/23
**transaction [4]** 3509/15 3520/22 3558/5 3558/20
**transactions [1]** 3520/11
**transactions' [1]** 3522/24
**transcript [2]** 3575/6 3575/7
**transformational [2]** 3556/5 3557/14
**transition [5]** 3509/17 3563/22 3563/23 3564/25 3566/22
**transportation [1]** 3542/7
**treated [1]** 3518/25
**tremendous [1]** 3552/22
**trends [1]** 3573/2
**trial [15]** 3500/9 3512/19 3551/21 3554/4 3554/18 3554/22 3561/16 3563/20 3564/4 3564/16 3566/6 3567/13 3567/19 3572/12 3572/23
**tried [7]** 3511/11 3543/6 3554/24 3555/19 3555/19 3562/21 3565/1
**tries [1]** 3562/15
**trip [3]** 3517/23 3517/24 3567/25
**triple [2]** 3503/7 3547/6
**trips [2]** 3567/20 3567/22
**Trisha [1]** 3494/11
**trivialize [1]** 3515/5
**true [5]** 3500/11 3510/15 3520/20 3535/16 3555/9
**truth [1]** 3526/21
**try [5]** 3545/14 3552/24 3554/21 3567/4 3573/15
**trying [3]** 3511/18 3554/2 3572/10

**T**

**TSA [3]** 3509/17 3510/3 3566/21
**Tucson [1]** 3494/17
**tuition [2]** 3506/23 3524/3
**tune [2]** 3510/22 3543/15
**turn [13]** 3500/23 3516/10 3522/10
3526/23 3528/1 3528/2 3530/16 3546/4
3547/19 3551/19 3557/18 3560/5 3567/7
**turned [1]** 3522/2
**turning [1]** 3500/10
**tussle [1]** 3541/19
**two [22]** 3501/24 3503/7 3504/14 3504/21
3505/1 3505/15 3505/23 3507/5 3508/5
3508/8 3509/21 3518/25 3525/5 3525/21
3536/11 3540/2 3540/2 3540/5 3554/11
3554/24 3555/14 3560/24
**two-liter [1]** 3501/24
**Tyler [1]** 3496/21
**type [4]** 3517/20 3553/19 3555/25 3567/2
**types [1]** 3528/23
**Tyree [1]** 3494/12
**Tyson's [1]** 3570/7

**U**

**U.S [1]** 3525/7
**ultimate [2]** 3500/6 3527/6
**ultimately [5]** 3514/12 3515/12 3526/5
3553/24 3569/14
**unambiguously [1]** 3522/20
**unchecked [2]** 3525/17 3525/18
**uncontradicted [1]** 3554/9
**under [7]** 3503/15 3513/6 3532/10 3533/21
3538/5 3540/24 3558/12
**undercuts [1]** 3562/13
**undergo [1]** 3557/14
**undermines [1]** 3518/22
**understated [1]** 3571/25
**undisputed [5]** 3501/11 3523/17 3523/17
3535/17 3542/9
**unexplained [1]** 3501/12
**unfortunately [2]** 3555/12 3569/6
**unheard [1]** 3541/10
**union [30]** 3499/13 3504/4 3504/13
3505/18 3525/18 3548/2 3548/6 3548/19
3548/22 3548/24 3549/3 3550/3 3550/6
3550/10 3550/22 3550/23 3551/2 3551/5
3551/14 3551/16 3551/16 3552/10 3556/16
3556/20 3556/23 3556/25 3557/3 3557/7
3566/9 3566/10
**unionize [4]** 3550/7 3550/8 3550/8 3550/9
**unionized [6]** 3548/15 3548/16 3549/4
3549/17 3556/11 3556/12
**unions [9]** 3504/7 3504/7 3550/1 3550/2
3550/4 3550/5 3550/6 3551/1 3552/12
**UNITED [4]** 3493/1 3493/17 3497/21 3525/6
**United States [1]** 3525/6
**UnitedHealth [2]** 3558/3 3558/23
**UnitedHealth-Change [1]** 3558/23
**unity [1]** 3551/14
**unprecedented [2]** 3541/10 3541/12
**unrealistic [1]** 3513/13
**unrebutted [5]** 3539/2 3539/24 3548/9
3548/11 3549/23
**unsupported [2]** 3529/6 3529/7
**until [2]** 3537/15 3538/2
**up [36]** 3499/11 3502/21 3503/13 3503/14
3506/6 3507/10 3509/16 3509/20 3510/1
3518/18 3518/19 3521/20 3535/10 3535/22
3536/1 3536/2 3537/10 3538/3 3538/6
3539/10 3540/21 3541/11 3543/15 3544/3
3544/12 3548/20 3552/20 3556/3 3559/3
3560/9 3567/6 3567/18 3570/20

**upon [6]** 3511/10 3524/13 3525/5 3536/15
3536/23 3553/3
**us [17]** 3511/12 3513/14 3514/17 3517/7
3518/18 3518/23 3520/12 3522/6 3522/8
3523/24 3529/22 3530/23 3533/1 3533/13
3552/2 3552/3 3552/23
**use [16]** 3504/7 3505/13 3514/7 3524/21
3524/22 3541/4 3541/20 3541/22 3542/2
3542/13 3542/14 3543/2 3543/11 3547/5
3550/23 3564/18
**used [11]** 3520/12 3524/2 3524/6 3536/7
3541/3 3541/12 3542/17 3543/4 3546/4
3548/21 3548/22
**uses [3]** 3541/2 3564/16 3564/17
**using [2]** 3551/11 3572/14
**utilities [1]** 3555/21
**utterly [2]** 3513/12 3540/7

**V**

**vacated [1]** 3526/16
**Vacura [1]** 3495/3
**valid [1]** 3548/3
**validated [1]** 3546/24
**value [3]** 3530/24 3567/11 3572/13
**variable [11]** 3541/21 3541/22 3542/2
3542/11 3542/14 3542/17 3542/20 3543/2
3543/4 3543/7 3547/5
**variety [1]** 3552/13
**various [2]** 3555/2 3555/15
**vast [5]** 3500/16 3518/19 3521/4 3549/3
3561/10
**Venkat [1]** 3494/15
**verbatim [1]** 3517/18
**verifiable [1]** 3546/2
**version [1]** 3556/7
**versus [1]** 3523/3
**very [19]** 3502/22 3503/3 3503/13 3511/8
3514/16 3519/5 3520/7 3525/19 3529/16
3553/13 3553/23 3557/2 3560/13 3562/24
3562/24 3565/20 3568/6 3568/19 3568/19
**Vice [1]** 3497/6
**view [8]** 3514/3 3514/4 3514/5 3514/16
3515/13 3515/14 3515/16 3565/7
**viewed [2]** 3521/15 3521/16
**vigor [4]** 3509/22 3543/16 3543/17
3543/21
**Vine [1]** 3496/13
**violating [1]** 3533/2
**virtually [1]** 3556/12
**vis [2]** 3516/19 3516/19
**vis-à-vis [1]** 3516/19
**visiting [1]** 3567/11
**visits [1]** 3561/8
**vital [1]** 3510/8
**voice [1]** 3544/20
**voluminous [2]** 3511/13 3522/7
**vote [1]** 3525/10
**vulnerable [1]** 3553/12

**W**

**wages [4]** 3499/11 3506/20 3524/3 3549/24
**Walgreens [1]** 3514/18
**walk [1]** 3567/14
**wallet [6]** 3521/10 3529/11 3568/11
3568/18 3569/15 3570/2
**wallets [1]** 3518/10
**walls [1]** 3551/9
**Walmart [55]** 3499/14 3502/20 3502/21
3502/22 3502/24 3503/3 3503/4 3503/14
3503/20 3504/5 3504/15 3504/20 3504/21
3506/14 3517/20 3518/17 3518/20 3522/3
3525/1 3525/16 3527/10 3528/16 3529/17

**W**

**Walmart...** [32]  3529/18 3530/8 3531/21 3534/21 3535/10 3536/2 3539/3 3539/3 3539/6 3539/14 3539/19 3539/20 3539/22 3539/22 3539/23 3540/3 3540/11 3550/6 3550/7 3553/21 3556/1 3556/13 3564/16 3568/14 3568/24 3569/18 3571/19 3571/23 3572/2 3572/3 3572/8 3572/11

**Walmart's** [3]  3571/21 3571/24 3572/6

**Walmarts** [1]  3569/22

**want** [20]  3501/22 3501/23 3505/10 3512/2 3512/22 3516/25 3517/1 3517/11 3517/13 3518/21 3525/20 3525/24 3526/2 3531/10 3538/13 3544/18 3557/18 3557/25 3565/17 3574/1

**wanted** [3]  3519/23 3531/16 3552/20

**wants** [1]  3553/12

**warehousing** [1]  3542/7

**was** [74]  3508/5 3508/18 3508/20 3508/20 3509/4 3509/10 3510/1 3510/25 3511/1 3511/4 3511/23 3516/23 3518/18 3518/23 3518/25 3519/15 3519/17 3521/5 3521/12 3530/3 3534/5 3534/6 3534/7 3535/10 3536/14 3537/7 3537/9 3539/6 3539/7 3539/10 3540/19 3540/22 3540/23 3541/8 3541/12 3541/19 3541/20 3542/9 3549/2 3551/4 3551/18 3555/10 3555/11 3556/24 3557/1 3557/1 3557/5 3558/2 3558/5 3558/6 3558/10 3558/25 3559/1 3559/9 3559/10 3559/11 3559/16 3560/25 3561/25 3562/4 3562/19 3563/20 3564/16 3565/10 3565/15 3565/16 3565/21 3565/22 3566/1 3566/11 3566/13 3566/14 3569/5 3569/11

**washes** [1]  3547/8

**Washington** [7]  3494/6 3494/14 3495/23 3496/8 3496/24 3497/4 3497/9

**wasn't** [5]  3500/18 3537/15 3548/23 3548/24 3548/24

**watch** [1]  3561/6

**water** [5]  3534/2 3535/7 3564/5 3570/14 3571/8

**waterfall** [1]  3546/18

**way** [19]  3510/3 3513/3 3521/20 3528/18 3537/13 3546/18 3547/10 3547/10 3547/11 3547/24 3553/15 3553/19 3553/21 3554/17 3560/9 3561/20 3568/19 3568/20 3571/14

**ways** [5]  3504/22 3553/11 3554/25 3563/17 3563/18

**we** [172]

**we're** [8]  3503/2 3503/3 3514/8 3514/12 3528/22 3529/1 3540/11 3548/25

**we've** [5]  3501/17 3502/7 3512/18 3543/19 3572/22

**weaving** [1]  3548/4

**week** [3]  3567/17 3567/20 3567/22

**weeks** [5]  3499/7 3499/15 3508/5 3533/22 3553/4

**weight** [2]  3533/21 3538/5

**weighted** [1]  3503/6

**weighted-active** [1]  3503/6

**Weil** [4]  3495/14 3495/17 3496/7 3496/9

**weird** [1]  3517/8

**welfare** [1]  3515/20

**well** [41]  3500/12 3503/5 3507/21 3508/13 3508/19 3508/23 3510/13 3512/19 3515/18 3518/22 3525/11 3525/15 3526/16 3528/11 3529/2 3530/7 3531/12 3532/13 3533/8 3539/1 3540/23 3543/25 3546/13 3546/14 3547/3 3547/4 3547/4 3547/15 3549/1 3549/10 3549/25 3554/4 3555/10 3555/16 3557/2 3561/16 3562/8 3563/22 3567/24 3568/14 3570/24

**well-fed** [1]  3547/15

**well-functioning** [1]  3549/25

**well-funded** [1]  3508/23

**well-resourced** [1]  3510/13

**went** [7]  3511/25 3516/14 3533/11 3543/4 3545/9 3559/18 3570/24

**were** [23]  3499/9 3499/10 3499/12 3500/1 3500/9 3509/24 3519/10 3519/17 3534/7 3539/16 3543/24 3555/9 3562/3 3566/3 3566/11 3566/16 3567/25 3568/17 3571/7 3571/9 3571/9 3571/10 3571/11

**weren't** [1]  3571/7

**west** [2]  3495/25 3508/10

**whack** [3]  3512/22 3514/7 3536/19

**whack-a-mole** [3]  3512/22 3514/7 3536/19

**what** [131]

**what's** [9]  3513/1 3516/1 3516/22 3523/2 3535/14 3547/25 3547/25 3548/1 3561/6

**whatever** [2]  3521/22 3544/24

**whatsoever** [1]  3539/13

**Wheatley** [1]  3496/11

**wheel** [1]  3534/15

**when** [38]  3501/19 3503/5 3509/8 3517/4 3518/11 3530/1 3530/12 3531/11 3532/3 3533/12 3535/1 3535/14 3535/23 3539/10 3539/12 3541/4 3541/5 3541/7 3542/2 3544/3 3544/11 3545/10 3545/21 3548/13 3548/20 3548/21 3549/1 3550/11 3551/1 3559/23 3561/7 3562/4 3563/19 3566/15 3568/2 3570/4 3570/11 3570/19

**where** [19]  3508/13 3513/20 3519/14 3523/3 3523/3 3528/1 3532/16 3533/4 3535/23 3537/23 3540/16 3540/17 3541/11 3548/20 3549/2 3553/10 3559/20 3563/8 3568/2

**whereas** [1]  3542/14

**whether** [16]  3514/8 3514/13 3520/14 3520/15 3526/4 3530/18 3530/19 3530/20 3532/3 3539/13 3539/16 3546/7 3548/9 3554/14 3558/18 3558/19

**which** [21]  3499/18 3513/12 3514/14 3516/6 3527/3 3527/15 3528/12 3530/25 3538/8 3540/10 3547/25 3552/14 3557/11 3557/13 3563/9 3563/14 3566/21 3568/21 3572/19 3572/24 3573/7

**while** [4]  3514/18 3552/20 3560/24 3572/25

**whipsaw** [3]  3550/18 3550/20 3550/21

**White** [2]  3514/17 3514/17

**who** [63]  3499/9 3501/13 3515/22 3517/8 3517/9 3517/11 3517/13 3517/14 3517/20 3517/23 3518/1 3518/2 3518/11 3518/12 3518/13 3518/14 3518/15 3518/16 3520/5 3520/8 3520/9 3520/11 3520/11 3521/15 3521/18 3521/20 3525/4 3528/10 3530/11 3530/24 3533/6 3533/14 3535/14 3543/2 3552/2 3552/9 3553/14 3556/22 3557/6 3557/7 3557/9 3559/1 3559/25 3560/6 3560/15 3561/18 3561/19 3561/21 3561/22 3565/8 3566/1 3566/6 3566/11 3566/11 3566/13 3567/11 3567/11 3568/6 3568/7 3568/22 3572/13 3572/15 3572/18

**whole** [8]  3525/1 3528/6 3528/16 3529/14 3529/25 3531/24 3558/19 3566/21

**Whole Foods** [4]  3528/6 3528/16 3529/14 3531/24

**Wholesale** [1]  3497/8

**wholesaler** [1]  3508/12

**wholesalers** [1]  3524/22

**whom** [4]  3517/23 3517/24 3528/7 3528/17

**whose** [2]  3519/12 3519/12

**why** [37]  3501/12 3501/15 3502/3 3502/19 3502/19 3503/11 3504/17 3504/17 3504/20

**W**

**why... [28]**   3505/14 3506/13 3512/16
 3518/22 3521/25 3525/23 3527/9 3529/2
 3529/5 3529/20 3530/14 3531/7 3531/19
 3532/6 3533/21 3534/19 3539/1 3542/13
 3546/3 3548/12 3550/4 3551/2 3553/2
 3553/9 3555/23 3556/10 3569/2 3571/13
**WIC [2]**   3518/9 3518/14
**will [107]**
**Williams [1]**   3496/23
**willing [6]**   3500/17 3534/21 3534/24
 3534/25 3549/13 3565/22
**win [2]**   3496/5 3521/3
**Winn [3]**   3510/25 3524/7 3524/10
**wiped [1]**   3499/13
**wire [1]**   3548/6
**wish [1]**   3543/5
**within [3]**   3517/12 3521/15 3538/14
**without [14]**   3499/19 3505/5 3519/12
 3530/1 3530/2 3530/13 3530/13 3530/14
 3535/2 3549/24 3554/23 3555/24 3573/16
 3575/7
**witness [21]**   3501/2 3501/2 3501/6 3501/6
 3502/8 3502/8 3531/14 3531/14 3533/6
 3534/4 3534/20 3534/20 3544/15 3548/17
 3548/18 3550/24 3550/24 3550/25 3550/25
 3566/3 3566/5
**witnesses [15]**   3512/20 3515/11 3518/1
 3518/1 3520/25 3521/1 3521/18 3532/8
 3555/10 3555/18 3560/14 3561/16 3563/21
 3564/17 3569/13
**Wolf [6]**   3495/19 3498/2 3555/1 3558/17
 3565/6 3571/19
**won't [6]**   3507/24 3509/18 3529/11
 3554/18 3564/2 3565/6
**wonder [1]**   3572/3
**word [7]**   3500/2 3500/3 3500/4 3500/5
 3510/18 3514/7 3551/3
**words [1]**   3542/2
**work [18]**   3506/13 3507/23 3507/23
 3507/24 3510/24 3511/6 3520/15 3541/5
 3542/5 3546/13 3546/14 3547/3 3548/21
 3548/22 3557/7 3559/7 3560/18 3561/24
**worked [10]**   3509/6 3519/19 3521/20
 3548/23 3554/23 3560/21 3560/23 3561/22
 3562/2 3565/20
**worker [2]**   3548/14 3552/7
**workers [6]**   3505/18 3512/10 3517/12
 3548/10 3549/11 3566/10
**workers' [1]**   3547/13
**working [3]**   3559/25 3560/15 3561/9
**works [3]**   3507/19 3507/22 3510/11
**world [29]**   3499/18 3499/19 3503/11
 3503/16 3507/19 3514/3 3514/4 3514/6
 3521/24 3521/25 3522/22 3522/23 3523/3
 3523/3 3523/10 3527/12 3528/12 3531/14
 3534/16 3535/20 3540/13 3540/15 3545/9
 3545/22 3554/19 3557/11 3557/11 3557/13
 3573/15
**worry [1]**   3531/13
**worse [1]**   3512/12
**worsening [1]**   3549/17
**would [56]**   3499/13 3500/9 3500/17
 3500/18 3502/16 3507/19 3511/13 3511/14
 3511/15 3516/9 3516/10 3516/14 3516/15
 3516/22 3517/2 3517/5 3517/5 3517/5
 3517/7 3520/15 3520/15 3520/16 3520/16
 3523/1 3528/1 3528/2 3536/3 3536/9
 3538/22 3539/8 3539/8 3541/1 3545/17
 3549/3 3549/4 3549/11 3549/16 3551/22
 3553/5 3553/7 3553/9 3553/20 3555/16
 3555/25 3557/3 3557/7 3559/15 3559/16

 3559/17 3562/24 3562/24 3565/1 3565/19
 3567/25 3568/18 3574/2

**wouldn't [3]**   3511/3 3519/22 3521/2
**wrong [6]**   3544/16 3557/20 3558/16
 3567/16 3568/4 3570/10
**wrote [1]**   3572/5
**Wukitch [3]**   3559/9 3559/10 3559/13

**Y**

**year [17]**   3502/9 3502/9 3505/2 3505/2
 3505/24 3506/6 3506/18 3506/19 3508/21
 3508/21 3508/22 3515/2 3517/18 3518/8
 3560/18 3570/25 3572/21
**year-over-year [1]**   3508/21
**years [13]**   3502/16 3508/22 3510/14
 3521/19 3531/15 3531/15 3554/11 3555/14
 3561/2 3561/22 3565/21 3572/17 3572/25
**Yeater [1]**   3520/15
**yes [2]**   3516/15 3520/24
**yet [5]**   3501/11 3517/25 3529/25 3543/9
 3551/18
**York [3]**   3495/18 3495/25 3497/9
**you [171]**
**you're [7]**   3505/10 3507/14 3528/18
 3534/24 3541/22 3542/3 3542/15
**you've [9]**   3510/19 3511/7 3526/1 3555/9
 3555/17 3560/14 3563/2 3563/11 3567/10
**your [120]**
**Your Honor [96]**
**Your Honor's [1]**   3545/12

**Z**

**zero [2]**   3544/12 3544/16
**Zinder [2]**   3551/4 3566/9
**zones [2]**   3539/20 3544/11