# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO – Cincinnati Division

| | |
|---|---|
| THE KROGER CO.<br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE FEDERAL TRADE COMMISSION<br>　　　　　　　Defendant,<br><br>　and<br><br>LINA M. KHAN, REBECCA KELLY SLAUGHTER, ALVARO BEDOYA, MELISSA HOLYOAK, and ANDREW N. FERGUSON, in their official capacities as Commissioners of the Federal Trade Commission<br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-00438-DRC |

## **KROGER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the direction of the Court at the hearing on October 28, 2024, Kroger submits this chart indicating the disposition of each Part 3 proceeding initiated in the last 30 years seeking to enjoin a merger, in which the FTC sought but failed to obtain an injunction of the merger in federal court. The chart represents a good-faith effort by Kroger to represent all such cases; any omissions are inadvertent.

| FTC Case Name / Number | Federal Court Disposition | Part 3 Disposition |
|---|---|---|
| *In re Microsoft Corp.*, No. 9412 (F.T.C.) | Injunction denied, *see FTC v. Microsoft Corp.*, 681 F. Supp. 3d 1069 (N.D. Cal. 2023), *appeal pending*, No. 23-15992 (9th Cir.). | Part 3 evidentiary proceeding to commence 21 days after resolution of appeal |
| *In re Meta Platforms, Inc.*, No. 9411 (F.T.C.) | Injunction denied, *see FTC v. Meta Platforms Inc.*, 654 F. Supp. 3d 892 (N.D. 2023) | Part 3 proceeding dismissed February 24, 2023 |
| *In re Thomas Jefferson University*, No. 9392 (F.T.C.) | Injunction denied, *see FTC v. Thomas Jefferson Univ.*, 505 F. Supp. 3d 522 (E.D. Pa. 2020) | Part 3 proceeding dismissed March 15, 2021 |
| *In re RAG-Stiftung*, No. 9384 (F.T.C.) | Injunction denied, *see FTC v. RAG-Stiftung*, 436 F. Supp. 3d 278 (D.D.C. 2020) | Part 3 proceeding dismissed April 29, 2020 |
| *In re Steris Corp.*, No. 9365 (F.T.C.) | Injunction denied, *see FTC v. Steris Corp.*, 133 F. Supp. 3d 962 (N.D. Ohio 2015) | Part 3 proceeding dismissed October 30, 2015 |
| *In re Laboratory Corp. of America*, No. 9345 (F.T.C.) | Injunction denied, *see FTC v. Lab'y Corp. of Am.*, 2011 WL 3100372 (C.D. Cal. Mar. 11, 2011) | Part 3 proceeding dismissed April 22, 2011 |
| *In re Whole Foods Mkt., Inc.*, No. 9324 (F.T.C.) | Injunction denied, *see FTC v. Whole Foods Mkt., Inc.*, 502 F. Supp. 2d 1 (D.D.C. 2007), *rev'd and remanded*, 548 F.3d 1028 (D.C. Cir. 2008) | Consent order entered March 6, 2009 |
| *In re Paul L. Foster*, No. 9323 (F.T.C.) | Injunction denied, *see FTC v. Foster*, 2007 WL 1793441 (D.N.M. May 29, 2007) | Part 3 proceeding dismissed October 3, 2007 |
| *In re Arch Coal, Inc.*, No. 9316 (F.T.C.) | Injunction denied, *see FTC v. Arch Coal, Inc.*, 329 F. Supp. 2d 109 (D.D.C. 2004) | Part 3 proceeding dismissed June 13, 2005 |
| *In re Tenet Healthcare Corp.*, No. 9289 (F.T.C.) | Injunction granted, *see FTC v. Tenet Health Care Corp.*, 17 F. Supp. 2d 937 (E.D. Mo. 1998), *rev'd*, 186 F.3d 1045 (8th Cir. 1999) | Part 3 proceeding dismissed December 28, 1999 |

| FTC Case Name / Number | Federal Court Disposition | Part 3 Disposition |
|---|---|---|
| *In re Butterworth Health Corp.*, No. 9283 (F.T.C.) | Injunction denied, *FTC v. Butterworth Health Corp.*, 946 F. Supp. 1285 (W.D. Mich. 1996), *aff'd*, 121 F.3d 708 (6th Cir. 1997) | Part 3 proceeding dismissed September 26, 1997 |
| *In re Freeman Hospital*, No. 9273 (F.T.C.) | Injunction denied, *FTC v. Freeman Hosp.*, 911 F. Supp. 1213 (W.D. Mo.), *aff'd*, 69 F.3d 260 (9th Cir. 1995) | Part 3 proceeding dismissed November 30, 1995 |

Date: November 1, 2024

Respectfully submitted,

Nathaniel Lampley, Jr. (0041543)
Petra G. Bergman (0097990)
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East Fourth Street, Suite 3500,
Cincinnati, Ohio 45202
(513) 723-4000
nlampley@vorys.com
pgbergman@vorys.com

*/s/ Mark A. Perry*
Mark A. Perry (*pro hac vice*)
Joshua M. Wesneski (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7248

Daniel M. Lifton (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorneys for Plaintiff The Kroger Co.*