IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| **THE KROGER CO.**, *Plaintiff*, v. **THE FEDERAL TRADE COMMISSION,** *et al.*, *Defendants*. | No. 1:24-cv-00438-DRC<br>Hon. Douglas R. Cole |

**JOINT STATUS REPORT**

The parties respectfully submit this joint report on the current status of this case and anticipated next steps following the decisions in *FTC v. The Kroger Co.*, No. 3:24-cv-00347-AN (D. Or. Dec. 10, 2024), and *Washington v. The Kroger Co.*, No. 24-2-00977-9 (King Cty. Sup. Ct. Dec. 10, 2024), granting preliminary and permanent injunctions, respectively, barring The Kroger Company ("Kroger") and Albertsons Companies, Inc. ("Albertsons") from consummating the proposed merger. *See* Notice of Oregon District Court Decision and Washington State Court Decision, ECF No. 31.

Following those decisions, on December 13, 2024, Kroger and Albertsons each officially abandoned the proposed merger by formally withdrawing their respective premerger notification filings filed pursuant to the Hart-Scott-Rodino Act (colloquially referred to as an "HSR filing"), which parties to certain large transactions must submit to the Federal Trade Commission ("FTC") in advance of such transactions. *See* Letter from Michael B. Bernstein, Arnold & Porter, to Premerger Notification Office, Bureau of Competition, FTC & Premerger and Division Statistics Unit, Antitrust Division, Department of Justice (Dec. 13, 2024) (letter on behalf of Kroger) (attached as Exhibit A); Letter from Edward D. Hassi, Debevoise & Plimpton, to Premerger Notification Office, Bureau of

1

Competition, FTC & Premerger and Division Statistics Unit, Antitrust Division, Department of Justice (Dec. 13, 2024) (letter on behalf of Albertsons) (attached as Exhibit B).

Subsequently, on December 16, 2024, the parties to the underlying Part 3 administrative proceedings—Kroger, Albertsons, and the FTC—jointly moved to dismiss the administrative complaint in full on an expedited basis. *See* Joint Motion to Dismiss, *In re Kroger Co.*, Dkt. No. 9428 (FTC Dec. 16, 2024) (attached as Exhibit C). The Commission will consider and rule upon that motion.

If and when the Commission grants the joint motion to dismiss, the parties agree they will jointly move to dismiss this case.

Dated: December 17, 2024          Respectfully submitted,

    BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIAN D. NETTER
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER
Trial Attorney
Department of Justice
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*

*/s/ Joshua M. Wesneski*
Mark A. Perry (admitted *pro hac vice*)
Joshua M. Wesneski (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP

2

2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7248

Nathaniel Lampley, Jr. (0041543)
Petra G. Bergman (0097990)
VORYS, SATER, SEYMOUR AND PEASE LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
(513) 723-4000
nlampley@vorys.com
pgbergman@vorys.com

Bambo Obaro (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3083

Daniel M. Lifton (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Counsel for Plaintiff The Kroger Co.*