# Exhibit A

# Arnold & Porter

Michael B. Bernstein
+1 202.942.5227 Direct
Michael.B.Bernstein@arnoldporter.com

CONFIDENTIAL

December 13, 2024

**VIA EMAIL**

| | |
|---|---|
| Permerger Notification Office | Department of Justice |
| Bureau of Competition | Antitrust Division |
| Federal Trade Commission | Premerger and Division Statistics Unit |
| Constitution Center Building | 450 Fifth Street, N.W. |
| 400 7th St., S.W., 5th Floor, Room 5301 | Suite 1100 |
| Washington, D.C. 20024 | Washington, DC 20530-0001 |
| *(premerger@ftc.gov)* | *(premerger@usdoj.gov)* |

Re: Transaction File No. 231-0004 – Acquisition by The Kroger Co. of Albertsons Companies, Inc.

Dear Sir or Madam:

Please be advised that our client, The Kroger Co., hereby withdraws the above-referenced Notification and Report Form pursuant to 16 C.F.R. § 803.12, effective December 12, 2024.

Please contact me at (202) 942-5227 if you have any questions.

Sincerely

*[signature]*

Michael B. Bernstein

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW | Washington, DC 20001-3743 | www.arnoldporter.com