# Exhibit B



Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
+1 202 383 8000

December 13, 2024

| | |
|---|---|
| Premerger Notification Office | Department of Justice |
| Bureau of Competition | Antitrust Division |
| Federal Trade Commission | Premerger and Division Statistics Unit |
| Constitution Center Building | 450 Fifth Street, N.W. |
| 400 7th St., S.W., 5th Floor, Room 5301 | Suite 1100 |
| Washington, D.C.  20024 | Washington, DC 20530-0001 |
| *(premerger@ftc.gov)* | *(premerger@usdoj.gov)* |

**Premerger Notification and Report Form: Acquired Person**

**Transaction File No. 231-0004**

**Acquisition by The Kroger Company of Albertsons Companies, Inc.**

Dear Sir or Madam:

Please be advised that our client, Albertsons Companies, Inc., hereby withdraws the above-referenced Notification and Report Form pursuant to 16 C.F.R. § 803.12, effective December 12, 2024.

Please contact me at (202) 383-8135 if I can be of any assistance.

Sincerely,

Edward D. Hassi

www.debevoise.com