# Exhibit C

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:    Lina Khan, Chair
                  Rebecca Slaughter
                  Alvaro Bedoya
                  Melissa Holyoak
                  Andrew Ferguson

| | |
|---|---|
| In the Matter of<br><br>The Kroger Company<br><br>and<br><br>Albertsons Companies, Inc. | Docket No. 9428<br><br>EXPEDITED TREATMENT REQUESTED |

## JOINT MOTION TO DISMISS THE COMPLAINT

Complaint Counsel and Respondents The Kroger Company ("Kroger") and Albertsons Companies, Inc. (together with Complaint Counsel and Kroger, the "Parties") jointly move to dismiss the complaint in the above-captioned matter. On December 13, 2024, Respondents' counsel informed Complaint Counsel that Respondents have each terminated the proposed acquisition. As set forth in Exhibits A and B, Respondents have both withdrawn their Hart-Scott-Rodino Notification and Report Forms filed for the proposed acquisition at issue in the complaint and have no intent to refile. The Parties therefore respectfully request that the Commission dismiss the complaint because it is now moot.

The Parties also respectfully request the Commission's expedited treatment of this motion, for two reasons. First, the evidentiary hearing in this matter is scheduled to begin 21 days after the final resolution of the related federal preliminary injunction proceeding in the U.S. District Court for the District of Oregon captioned *Federal Trade Commission, et al. v. Kroger Company and Albertsons Companies*, No 3:24-cv-00347-AN (D. Or.). On

December 10, 2024, the Oregon court granted Complaint Counsel's preliminary injunction motion to block Respondents' proposed merger, and since that ruling Respondents have each terminated the underlying merger agreement. The Commission's prompt action to dismiss the complaint and resolve this matter would thus conserve the Commission's limited adjudicatory resources and help the Parties avoid unnecessary litigation expenses in this forum.

Second, Kroger has filed a constitutional challenge to the Commission's administrative proceeding in U.S. District Court for the Southern District of Ohio captioned *The Kroger Company v. Federal Trade Commission*, No. 1:24-cv-00438-DRC (S.D. Ohio), in which Kroger seeks to preliminarily enjoin this administrative proceeding before it resumes. During a recent hearing, the Ohio court requested a prompt update after the Oregon court issued its ruling on Complaint Counsel's preliminary injunction motion. As shown in Exhibit C, on December 11, 2024, the Commission filed a notice in the Ohio court informing it of the Oregon court's ruling and stating that the Commission "expect[s] to submit a status report jointly with Plaintiffs by December 17, 2024, regarding next steps in this case." Therefore, the Commission's prompt action to dismiss the complaint and resolve this matter would likewise free the Ohio court to dismiss the case it is adjudicating as moot, and thereby conserve its judicial resources and help the Parties avoid unnecessary litigation expenses in that forum.

The Parties therefore respectfully request that the Commission dismiss the complaint on an expedited basis. A proposed order is attached.

2

Dated: December 16, 2024

Respectfully submitted,

_s/ Barrett J. Anderson_
Barrett J. Anderson
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2237
Email: banderson1@ftc.gov

_Counsel Supporting the Complaint_

_s/ Mark A. Perry_
Mark A. Perry
Luke Sullivan
Weil Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7511
Email: mark.perry@weil.com

Luna Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10053
Telephone: (212) 310-8421

Matthew M. Wolf
Sonia K. Pfaffenroth
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 94-6831

_Counsel for The Kroger Company_

_s/ Enu A. Mainigi_
Enu A. Mainigi
Jonathan B. Pitt
Beth A. Stewart
A. Joshua Podoll
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000

Michael G. Cowie
Dechert LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Email: mike.cowie@dechert.com

_Counsel for Albertsons Companies, Inc._

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:  Lina Khan, Chair
Rebecca Slaughter
Alvaro Bedoya
Melissa Holyoak
Andrew Ferguson

| | |
|---|---|
| In the Matter of<br><br>The Kroger Company<br><br>and<br><br>Albertsons Companies, Inc. | Docket No. 9428 |

**[PROPOSED] ORDER TO DISMISS COMPLAINT**

This matter comes before the Commission on Complaint Counsel's and Respondents' Joint Motion to Dismiss Complaint. Having considered the motion, it is hereby **ORDERED**:

The Joint Motion to Dismiss the Compliant, dated December 16, 2024, is **GRANTED** and the complaint is DISMISSED without prejudice.

By the Commission.

ORDERED:

                                                                                                                   April Tabor
                                                                                                                   Secretary

Date: _____

**PUBLIC**

# Exhibit A



**Debevoise & Plimpton LLP**
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
+1 202 383 8000

December 13, 2024

| | |
|---|---|
| Premerger Notification Office | Department of Justice |
| Bureau of Competition | Antitrust Division |
| Federal Trade Commission | Premerger and Division Statistics Unit |
| Constitution Center Building | 450 Fifth Street, N.W. |
| 400 7th St., S.W., 5th Floor, Room 5301 | Suite 1100 |
| Washington, D.C. 20024 | Washington, DC 20530-0001 |
| *(premerger@ftc.gov)* | *(premerger@usdoj.gov)* |

**Premerger Notification and Report Form: Acquired Person**

**Transaction File No. 231-0004**

**Acquisition by The Kroger Company of Albertsons Companies, Inc.**

Dear Sir or Madam:

Please be advised that our client, Albertsons Companies, Inc., hereby withdraws the above-referenced Notification and Report Form pursuant to 16 C.F.R. § 803.12, effective December 12, 2024.

Please contact me at (202) 383-8135 if I can be of any assistance.

Sincerely,

Edward D. Hassi

www.debevoise.com

# Exhibit B

# Arnold & Porter

Michael B. Bernstein
+1 202.942.5227 Direct
Michael.B.Bernstein@arnoldporter.com

**CONFIDENTIAL**

December 13, 2024

**VIA EMAIL**

| | |
|---|---|
| Permerger Notification Office | Department of Justice |
| Bureau of Competition | Antitrust Division |
| Federal Trade Commission | Premerger and Division Statistics Unit |
| Constitution Center Building | 450 Fifth Street, N.W. |
| 400 7th St., S.W., 5th Floor, Room 5301 | Suite 1100 |
| Washington, D.C. 20024 | Washington, DC 20530-0001 |
| *(premerger@ftc.gov)* | *(premerger@usdoj.gov)* |

Re: Transaction File No. 231-0004 – Acquisition by The Kroger Co. of Albertsons Companies, Inc.

Dear Sir or Madam:

Please be advised that our client, The Kroger Co., hereby withdraws the above-referenced Notification and Report Form pursuant to 16 C.F.R. § 803.12, effective December 12, 2024.

Please contact me at (202) 942-5227 if you have any questions.

Sincerely

*[signature]*

Michael B. Bernstein

# Exhibit C

Case: 1:24-cv-00438-DRC Doc #: 32-3 Filed: 12/17/24 Page: 11 of 15  PAGEID #: 1323
**PUBLIC**
Case: 1:24-cv-00438-DRC Doc #: 31 Filed: 12/11/24 Page: 1 of 2  PAGEID #: 1104

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| THE KROGER CO.,<br><br>  *Plaintiff*,<br><br>v.<br><br>THE FEDERAL TRADE COMMISSION, *et al.*,<br><br>  *Defendants*. | No. 1:24-cv-00438-DRC<br>Hon. Douglas R. Cole |

**NOTICE OF OREGON DISTRICT COURT DECISION
AND WASHINGTON STATE COURT DECISION**

  Defendants respectfully provide the Court with notice of the Oregon district court's December 10, 2024 decision preliminarily enjoining The Kroger Company ("Kroger") and Albertsons Companies, Inc. ("Albertsons") from consummating the proposed merger pending the outcome of the administrative proceedings before the Federal Trade Commission ("FTC").  *See* Opinion & Order, *FTC v. The Kroger Co.*, No. 3:24-cv-00347-AN (D. Or. Dec. 10, 2024), ECF No. 521 at 71 (attached as Exhibit A).

  Defendants also provide the Court with notice of the Washington state court's December 10, 2024 decision permanently enjoining Kroger and Albertsons from consummating the proposed merger.  *See* Findings of Fact and Conclusions of Law, *Washington v. The Kroger Co.*, No. 24-2-00977-9 (King Cty. Sup. Ct. Dec. 10, 2024) at 121 (attached as Exhibit B).

  Defendants expect to submit a status report jointly with Plaintiffs by December 17, 2024, regarding next steps in this case.

1

Case: 1:24-cv-00438-DRC Doc #: 32-3 Filed: 12/17/24 Page: 12 of 15  PAGEID #: 1324
PUBLIC
Case: 1:24-cv-00438-DRC Doc #: 31 Filed: 12/11/24 Page: 2 of 2  PAGEID #: 1105

Dated: December 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIAN D. NETTER
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Cassandra M. Snyder*
CASSANDRA SNYDER
Trial Attorney
Department of Justice
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2024, I filed the foregoing document electronically using the FTC's E-Filing System, which will send notification of such filing to:

>April Tabor
>Secretary
>Federal Trade Commission
>600 Pennsylvania Ave., NW, Rm. H-113
>Washington, DC 20580
>ElectronicFilings@ftc.gov
>
>The Honorable D. Michael Chappell
>Administrative Law Judge
>Federal Trade Commission
>600 Pennsylvania Ave., NW, Rm. H-110
>Washington, DC 20580

I also certify that I caused the foregoing document to be served via email to as of December 16, 2024:

Michael B. Bernstein
Matthew Wolf
Sonia Pfaffenroth
Joshua Davis
Michael Kientzle
Jason Ewart
Yasmine Harik
Christina Cleveland
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 942-5227
Email: michael.b.bernstein@arnoldporter.com
Email: matthew.wolf@arnoldporter.com
Email: sonia.pfaffenroth@arnoldporter.com
Email: joshua.davis@arnoldporter.com
Email: michael.kientzle@arnoldporter.com
Email: jason.ewart@arnoldporter.com
Email: yasmine.harik@arnoldporter.com

John Holler
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-7739
Email: john.holler@arnoldporter.com

Mark Perry
Luke Sullivan
Weil, Gotshal & Manges LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7511
Email: mark.perry@weil.com
Email: luke.sullivan@weil.com

Luna Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8421
Email: luna.barrington@weil.com

Bambo Obaro
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3083
Email: bambo.obaro@weil.com

*Counsel for The Kroger Company*

Enu A. Mainigi
Tyler Infinger
Adam J. Podoll
Thomas Ryan
Williams and Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: emainigi@wc.com
Email: tinfinger@wc.com
Email: apodoll@wc.com
Email: tryan@wc.com

Edward Hassi
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-8135
Email: thassi@debevoise.com

Michael Schaper
Shannon R. Selden
J. Robert Abraham
Natascha Born
Jaime Freilich-Fried
Tom E. Buckley
Marie Ventimiglia
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6737
Email: mschaper@debevoise.com
Email: srselden@debevoise.com
Email: jrabraham@debevoise.com
Email: nborn@debevoise.com
Email: jmfried@debevoise.com
Email: tebuckley@debevoise.com
Email: msventim@debevoise.com

Mike Cowie
James Fishkin
Dechert LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3339
Email: mike.cowie@dechert.com
Email: james.fishkin@dechert.com

*Counsel for Albertsons Companies, Inc.*

                *s/ Barrett J. Anderson*
                Barrett J. Anderson

                *Counsel Supporting the Complaint*